UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
EX. REL. DERRICK DEVON GRIFFIN

*PLAINTIFF'S*

2:1D-cV-780-FtM-36SPC

v.

STATE OF FLORIDA, INCORPORATED AND MUNICAPL CORPORATIONS [COUNTIES][1]; *JUDICIAL MINISTERS* [ CHIEF JUSTICE OF FLORIDA SUPREME COURT Peggy A. Quince and underlings; CHIEF JUDGE OF THE FLORIDA DISTRICT COURT OF APPEALS Edwin B. Browning, Jr., Carolyn K. Fulmer, Stevan T. Northcutt, David M. Gersten, George A. Shahood and William D. Palmer and underlings of each district court; CHIEF JUDGE OF THE CIRCUIT/ COUNTY COURT Kim A. Skievaski, Charles A. Francis, E. Vernon Douglas, Donald R. Moran, Jr., Daniel B. Merritt, Sr., Robert J. Morris, Jr., J. David Walsh, Frederick D. Smith, Belvin Perry Jr., J. David Langford, Joseph P. Farina, Lee E. Haworth, Manuel Menendez, Jr., Hentz McClellan, Kathleen J. Kroll, Sandra Taylor, Victor Tobin, Clayton D. Simmons, William L. Roby, G. Keith Cary and underlings of each circuit/ county court]; *ADMINISTRATIVE COUNSELS* [ STATE OF FLORIDA ATTORNEY GENERAL Bill McCullum; STATE ATTORNEY'S William "Bill" Eddins, William N. Meggs, Jerry M. Blair, Harry L. Shortstein, Brad King, Bernie McCabe, John Tanner, William P. Cervone, Lamar Lawson, Jerry Hill, Katherine Fernandez Rundle, Earl Moreland, Mark A. Ober, Steve Medows, Barry Krischer, Mark E. Kohl, Michael J. Satz, Norman R. Wolfinger, Bruce Colton, Stephen B. Russell and underlings of each circuit/ county court; and *THIRD PERSONS* [ Sheriff's Sadie Darnell, Joey Dobson, W. Frank McKeithem, Robert W. Milner, Jr., J.R. Parker, Kenneth Jenne, Al Lamberti, David L. Tatum, John G. Davenport, Jeffrey J. Dawsy, Rick Beseler, Jr., Don Hunter, Bill Gottee, Robert L. Parker, Vernon L. Keen, Dewey H. Hatcher, John H. Rutherford, Ron McNesby, Don Fleming, Mike Mock, Morris A. Young, David P. Turner, Stuart K. Whiddon, Jr., Joe Nugent, J. Harrell Reid, J. Loran Cogburn, Ronald E. Lee, Sr., Richard B. Nugent, Susan Benton, David A. Gee, Dennis Lee, Roy H. Raymond, John P. McDaniel, David C. Hobbs, Owen Carson McCall, Gary S. Borders, Mike Scott, Larry Campbell, Johnny M. Smith, Harrell W. Revell, Peter C. Bucher, W. Brad Steube, Ed Dean, Bob Crowder, Richard D. Roth, T.L. Seagraves, Jr., Charlie Morris, Paul C. May, Kevin Beary, Bob Hansell, Ric L. Bradshaw, Bob White, Jim Coats, Grady C. Judd, Jr., Dean Kelly, David B. Shoar, Ken Mascara, Wendell Hall, William F. Backwill, Donald F. Esclinger, William Farmer, Tony C. Cameron, L.E. Williams, Jerry Whitehead, Ben Johnson, David, Harvey, Ralph L. Johnson, Robert C. Haddock and underlings of each court AND CHIEF CLERK OF THE FLORIDA SUPREME COURT Thomas D. Hall; CHIEF CLERK OF THE DISTRICT

---

[1] See attached counties/ county seats as Appendix (i)

**COURT OF APPEALS** Jon S. Wheeler, James R. Birkhold, Mary Cay Blanks, Marilyn N. Beutten-Muller, Susan Wright and underlings of each district court; **CHIEF CLERK OF THE CIRCUIT/ COUNTY COURT** Ernie Lee Magaha, Don W. Howard, Mary Johnson, Martha Ingle, Marcia M. Johnson, Nicholas Thomas, Dale Boatwright, Bob Inzer, Brent X. Thurmond, Robert Hill, P. Dewitt Cason, Dana Johnson, Greg Goowin, Ricky Lyons, Tim Sanders, Kenneth Dasher, Annie Mae Murphy, Jim Fuller, James B. Jett, John A. Crawford, Betty Strifler, Karen Nicholai, Neil Kelly, David R. Ellspermann, Gloria Hayward, Ken Burke, Jed Pittman, Gail Wadsworth, Tim Smith, Cheryl Strickland, Diane M. Matousek, J.K. "Buddy" Irby, Al Fraser, Ray Norman, Joe Gilliam, Danny Shipp, Regina Parrish, Lydia Gardner, Larry Whaley, B. Hugh Bradley, Luke Brooker, Richard M. Weiss, Harvey Ruvin, Mitize McGravic, R.B. "Chips" Shore, Karen E. Rushing, Pat Frank, Harold Bazzel, Ruth Attaway, Becky Norris, Cody Taylor, Dale R. Guthrie, Linda Cook, Sharon Bock, Danny L. Kolhaue, Howard C. Forman, Scott Ellis, Maryanne Morse, Jeffrey K. Barton, Marsha Ewing, Sharon Robertson, Edwin M. Fry, Jr., Barbara Scott, Dwight E. Brock, Joe Flint, Barbara S. Butler, Charlie Green and underlings of each circuit/ county court] Defendant(s).

---

CASE NO.:_____

---

FEDERAL

FALSE CLAIMS ACT

PURSUANT TO 31 U.S.C.A. § 3729 ET SEQ;

31 U.S.C. § 3730

FILED BY:

MR. DERRICK DEVON GRIFFIN, PRO SE
FLA. DEPT OF CORR. NO.: L10895
LEAD COUNSEL OF RECORD
OKALOOSA CORRECTIONAL INSTITUTION
3189 LITTLE SILVER ROAD
CRESTVIEW, FLORIDA 32539

# APPENDIX ( i )



# Judicial Circuits
## Counties/County Seats

**First Circuit**
Escambia
  Pensacola
Okaloosa
  Crestview
Santa Rosa
  Milton
Walton
  DeFuniak Springs

**Second Circuit**
Franklin
  Apalachicola
Gadsden
  Quincy
Jefferson
  Monticello
Leon
  Tallahassee
Liberty
  Bristol
Wakulla
  Crawforville

**Third Circuit**
Columbia
  Lake City
Dixie
  Cross City
Hamilton
  Jasper
Lafayette
  Mayo
Madison
  Madison
Suwannee
  Live Oak
Taylor
  Perry

**Fourth Circuit**
Duval
  Jacksonville
Clay
  Green Cove Springs
Nassau
  Fernandina Beach

**Fifth Circuit**
Citrus
  Inverness

Hernando
  Brooksville
Lake
  Tavares
Marion
  Ocala
Sumter
  Bushnell

**Sixth Circuit**
Pasco
  Dade City
Pinellas
  Clearwater

**Seventh Circuit**
Flagler
  Bunnell
Putnam
  Palatka
St. Johns
  St. Augustine
Volusia
  DeLand

**Eighth Circuit**
Alachua
  Gainesville
Baker
  Macclenny
Bradford
  Starke
Gilchrist
  Trenton
Levy
  Bronson
Union
  Lake Butler

**Ninth Circuit**
Orange
  Orlando
Osceola
  Kissimmee

**Tenth Circuit**
Hardee
  Wauchula
Highlands
  Sebring
Polk
  Bartow

**Eleventh Circuit**
Dade
  Miami

**Twelfth Circuit**
DeSoto
  Arcadia
Manatee
  Bradenton
Sarasota
  Sarasota

**Thirteenth Circuit**
Hillsborough
  Tampa

**Fourteenth Circuit**
Bay
  Panama City
Calhoun
  Blountstown
Gulf
  Port St. Joe
Holmes
  Bonifay
Jackson
  Marianna
Washington
  Chipley

**Fifteenth Circuit**
Palm Beach
  West Palm Beach

**Sixteenth Circuit**
Monroe
  Key West

**Seventeenth Circuit**
Broward
  Ft. Lauderdale

**Eighteenth Circuit**
Brevard
  Titusville
Seminole
  Sanford

**Nineteenth Circuit**
Indian River
  Vero Beach
Martin
  Stuart
Okeechobee
  Okeechobee
St. Lucie
  Ft. Pierce

**Twentieth Circuit**
Charlotte
  Punta Gorda
Collier
  Naples
Glades
  Moore Haven
Hendry
  LaBelle
Lee
  Ft. Myers

# APPENDIX ( i i)

# Courts, Administrative Officials

The Supreme Court of Florida . . . 2

District Courts of Appeal . . . 2

Circuit Courts . . . 4

County Courts . . . 12

Judges of Compensation Claims. . . 18

U.S. District Courts of Florida . . . 19

Federal Courts . . . 20

Maps . . . 22

City-County-Circuit Chart . . . 24

# THE SUPREME COURT OF FLORIDA

**Supreme Court Building, 500 South Duval Street, Tallahassee 32399-1925\*\***

**www.floridasupremecourt.org**

Chief Justice Peggy A. Quince .. 850/922-5624
  Glenda Larry, Judicial Assistant
  Maria Barker, Judicial Assistant
  Della White, Judicial Assistant
  Brian Orsborn, Staff Attorney
  Susan O'Halloran, Career Staff Attorney
  Payal Shah, Staff Attorney
  James J. Logue, Reporter of Decisions
  .......................................... 850/922-9793
  Ken Chambers, Inspector General
  .......................................... 850/488-9123
  Craig Waters, Director of Public Information
  .......................................... 850/414-7641
  Fax:................................... 850/922-6625
  Deborah Meyer, Director of Central Staff
Justice Charles T. Wells\* ........ 850/921-1096
  Pamela Stewart, Judicial Assistant
  Lyyli Van Whittle, Staff Attorney

Kristina Samuels, Senior Staff Attorney
Justice Harry Lee Anstead\* ... 850/488-2281
  Kay Livings, Judicial Assistant
  Mireille Fall-Fry, Senior Staff Attorney
  Daniel Cervantes, Staff Attorney
  Sara Witmeyer, Staff Attorney
Justice Kenneth B. Bell\* ........ 850/488-2361
  Pat Madden, Judicial Assistant
  Vincent Li, Staff Attorney
  Diane West, Staff Attorney
  Andrew Thomson, Staff Attorney
Justice Raoul G. Cantero III\* .. 850/410-8092
  Lily Dominguez, Judicial Assistant
  Dalana Johnson, Career Staff Attorney
  Brooke Lewis, Staff Attorney
  Michele Forte, Staff Attorney
Justice R. Fred Lewis
  .......................... 850/488-0007

Gail Posey, Judicial Assistant
Michelle Ballard, Career Staff Attorney
Kim Jones, Staff Attorney
David Luck, Staff Attorney
Justice Barbara J. Pariente ... 850/488-8421
  Brenda Williams, Judicial Assistant
  Zainabu Rumala, Senior Staff Attorney
  Andrew Manko, Staff Attorney
  Janice Scott, Career Staff Attorney
Thomas D. Hall, Clerk ........... 850/488-0125
  After hours emergency pager .. 850/251-1972
  Tanya Carroll, Chief Deputy Clerk
  Gregory Philo, Career Staff Attorney
  Vickie Van Lith, Administrative Assistant
Elisabeth H. Goodner, State Courts
  Administrator ...................... 850/922-5081
Kevin White, Interim Marshal . 850/488-8845
Billie Blaine, Librarian ........ 850/922-5520

**Regular Terms:**
  January 1st
  July 1st

\* Justice Cantero's term will end in Sept. 2008.
  Justice Bell's term will end in Oct. 2008.
  Justice Anstead's term will end in Jan. 2009.
  Justice Well's term will end in March 2009.

**Oral Arguments:**
  First full week of each month, beginning
    with Mondays, excluding holidays. M-Th.
  No oral arguments during recess.

Supreme Court Justices—32399-1925
Supreme Court Library—32399-1926
Supreme Court Clerk's Office—32399-1927
Supreme Court Marshal's Office—32399-1928

---

# DISTRICT COURTS OF APPEAL

## FIRST DISTRICT
### STATE OF FLORIDA
301 S. Martin L. King, Jr., Blvd.
Tallahassee 32399-1850
www.1dca.org
(Comprising the 1st, 2d, 3d, 4th,
8th, and 14th Circuits)

Chief Judge Edwin B. Browning, Jr.
  .......................................... 850/487-1000
  Phillip Tomberlin, Jr. and Sara Steele
    Law Clerks
  Linda Bulecza, Craig Hewitt, Cindy
    McNeely, Katie Miller, Rachic Wilson,
    Eugenia Keough Rains, Courtney
    Lee, Dawn Mackland, Edna Parker Mann,
    Ken McLaughlin, Kent R. Putnam,
    Matthew Simmonds, Rachic Wilson,
    Central Staff Attorneys
Judge Edward T. Barfield ....... 850/487-1000
  Sheila Callahan and Carol D. Peacock,
    Law Clerks
Judge Michael E. Allen .......... 850/487-1000
  Robert Lewis and Mark Murray,
    Law Clerks
Judge James R. Wolf .............. 850/487-1000
  Sarah Bolinder and Ana Freire,
    Law Clerks
Judge Peter D. Webster .......... 850/487-1000
  Gregory Martinson and Diane Scott,
    Law Clerks
Judge Robert T. Benton II ...... 850/487-1000

Darby Scott and Jennifer Miller,
  Law Clerks
Judge William A. Van Nortwick, Jr.
  .......................................... 850/487-1000
  Terry Milla and Cindy Piotrowski,
    Law Clerks
Judge Philip J. Padovano........ 850/487-1000
  Ellen Gwynn and Laura Methvin,
    Law Clerks
Judge Joseph Lewis ............... 850/487-1000
  Patricia Horal and Lindsay Lawton,
    Law Clerks
Judge Ricky L. Polston.......... 850/487-1000
  Julia Thomasi and Matt Simmonds,
    Law Clerks
Judge Paul M. Hawkes .......... 850/487-1000
  Grayden Schafer, Law Clerk
Judge Bradford L. Thomas ..... 850/922-4020
  Rachel Nordby, Law Clerk
Judge L. Clayton Roberts ....... 850/487-1000
  Courtney Land and Elba Serrano,
    Law Clerks
Judge Charles J. Kahn, Jr....... 850/487-1000
  Caroline Johanson and Alex Burkett,
    Law Clerks
Jon S. Wheeler, Clerk ............. 850/488-6151
Donald H. Brannon, Marshal .. 850/488-8136

Regular Terms: At Headquarters.
Special Terms: Judicial circuits of districts
  having ready business.
Motion Days: As scheduled.
Oral Argument Days: As scheduled.

## SECOND DISTRICT
### STATE OF FLORIDA
Headquarters: P.O. Box 327 (33802)
1005 E. Memorial Blvd.
Lakeland 33801
Branch Headquarters:
1700 N. Tampa St., Suite 300
Tampa 33602

www.2dca.org
(Comprising the 6th, 10th, 12th, 13th,
and 20th Circuits)

Located at Lakeland Headquarters:
Judge Carolyn K. Fulmer.......... 863/499-2290
  Karen M. Kinney and Jay Thomas, Law Clerks
Judge Charles A. Davis, Jr...... 863/499-2290
  Sarah Corbett and Karen Rossi, Law Clerks
Judge Charles T. Canady ........ 863/499-2290
  Dionne M. Skelton and Jordan Wells,
    Law Clerks
Judge Nelly N. Khouzam ......... 863/499-2290
  Nancy N. Burton and Shannon H. Tan,
    Law Clerks
Judge Douglas A. Wallace....... 863/499-2290
  Robin H. Orr, Law Clerk
Judge Edward C. LaRose........ 863/499-2290
  Carol Castleberry and Jennifer Y. Fogle,
    Law Clerks
Christina C. McAdams
  Director Central Staff ......... 863/499-2290
Berdene B. Beckles, William A. Wildhack III,

and Jay W. Thomas, Central Staff Attorneys
James R. Birkhold, Clerk ....... 863/499-2290
Jo Haynes Suhr, Marshal ....... 863/499-2290
Located at Tampa Branch:
Chief Judge Stevan T. Northcutt . 813/272-3430
  Frances H. Toomey and Mary Beth Kuenzel,
  Law Clerks
Judge Chris W. Altenbernd ..... 813/272-3430
  Kristen A. Norse and Brandon Christian,
  Law Clerks
Judge James W. Whatley .......813/272-3430
  Jill E. Pettigrew and Bonnie E. Eshleman,
  Law Clerks
Judge Craig G. Villanti ......... 863/499-2290
  Luisette Gierabolino and Tracy Leduc,
  Law Clerks
Judge Darryl C. Casanueva.... 813/272-3430
  Jared Krukar and Patricia Williams,
  Law Clerks
Judge Thomas E. Stringer, Sr.... 813/272-3430
  Joye B. Walford and Stacy Strohauer-Son,
  Law Clerks
Judge Morris Silberman ......... 813/272-3430
  Deborah A. Tozier and Shari D. Castagnos,
  Law Clerks
Judge Patricia J. Kelly ........... 813/272-3430
  Lorraine P. Nertney and Donna K. Valenti,
  Law Clerks
Nicholas A. Whittle, Ronald C. Glickman
  Central Staff Attorneys

Regular Terms: At Lakeland Headquarters
  and Tampa Branch Headquarters.
Special Terms: One session every year in each
  judicial circuit within the district wherein
  there is ready business to transact.
Motion Days: As scheduled.
Oral Argument Days: As scheduled.
Filings: Lakeland headquarters.

### THIRD DISTRICT
### STATE OF FLORIDA
**2001 S.W. 117 Ave.**
**MIami 33175-1716**
**www.3dca.flcourts.org**

(Comprising the 11th and 16th Circuits)

Chief Judge David M. Gersten .. 305/229-3200
  Kimberly Kanoff and Sara Garcia Reyes,
  Law Clerks
Judge Gerald B. Cope, Jr......... 305/229-3200
  Annette Cil and Barbara Perez, Law Clerks
Judge Juan Ramirez, Jr. ......... 305/229-3200
  Mercy Sarria-Sanchez and Montserrat
  Bond, Law Clerks
Judge Linda Ann Wells ........... 305/229-3200
  Gale Bramnick and Kyle Nickel, Law Clerks
Judge Frank A. Shepherd ....... 305/229-3200
  Erin Loeb and Jeremy Scott, Law Clerks
Judge Richard J. Suarez ......... 305/229-3200
  Diane Kuker and Melanie Trexler, Law Clerks
Judge Angel A. Cortinas ......... 305/229-3200
  Enrique Lopez and Jonathan Kaskel,
  Law Clerks
Judge Leslie B. Rothenberg .... 305/229-3200
  Rosa Rodriguez and Henry H. Bolz,
  Law Clerks
Judge Barbara Lagoa.............. 305/229-3200
  April Veilleux and Susan Faerber,
  Law Clerks
Judge Vance E. Salter ............ 305/229-3200
  Justin Siegwald and Mercedes Prieto,
  Law Clerks
Judge Melvia G. Green............ 305/229-3200
  Kimberly Mills, Law Clerk

Senior Judge Alan R. Schwartz
  ...................................... 305/229-3200
Mary Cay Blanks, Clerk ......... 305/229-3200
Debbie McCurdy, Deputy Clerk.. 305/229-3200
Dorothy Munro, Marshal ....... 305/229-3200
  Fax: ...................................... 305/229-3206
Al Sadowski, Deputy Marshal 305/229-3200
  Fax: ...................................... 305/229-3206
Joanne Sargent, Court Counsel.. 305/229-3200

Oral Argument Days: Monday through
  Wednesday at 9:30 a.m.

### FOURTH DISTRICT
### STATE OF FLORIDA
**1525 Palm Beach Lakes Blvd. (33401)**
**P.O. Box 3315**
**West Palm Beach 33402**
**www.4dca.org**

(Comprising the 15th, 17th, and
19th Circuits)

Chief Judge George A. Shahood.. 561/242-2063
  Jonathan Mann and Todd Alfuth,
  Staff Attorneys
Judge Barry J. Stone ............. 561/242-2038
  Rachel Glasser and Yelizaveta Batres,
  Staff Attorneys
Judge Martha C. Warner ........ 561/242-2023
  Sara Gershbein and Elisabeth Reid,
  Staff Attorneys
Judge Mark E. Polen............... 561/242-2043
  Margaret Bichler, Staff Attorney
Judge Gary M. Farmer........... 561/242-2048
  Sabrina Tirabassi and Robert Sheres,
  Law Clerks
Judge Larry A. Klein.............. 561/242-2053
  Judith Kolich and Mary Dawson,
  Staff Attorneys
Judge W. Matthew Stevenson. 561/242-2058
  Mishannock Artz and Ali Tal-Mason,
  Staff Attorneys
Judge Robert M. Gross............ 561/242-2068
  Grace Murillo and Colleen Rhynne,
  Staff Attorneys
Judge Carole Y. Taylor ........... 561/242-2073
  Randy Ellison and Nicole Golden,
  Staff Attorneys
Judge Fred A. Hazouri ........... 561/242-2078
  Barbara Kelley and Anthony Stella,
  Staff Attorneys
Judge Melanie G. May ........... 561/242-2028
  Leanne Innet and John Atkinson,
  Staff Attorneys
Judge Dorian Damoorgian...... 561/242-2033
  Sara KIco and Stephanie Cochran,
  Staff Attorneys
Central Staff Attorneys:
  Lauren Liebman, Lori Weiss, Marcia
  Adler, Jennifer Brooks, Joseph Levis
Marilyn N. Beuttenmuller, Clerk
  ...................................... 561/242-2000
Glen G. Rubin, Marshal ........ 561/242-2000

Regular Terms: (At Headquarters)
  Second Tuesday in January; second
  Tuesday in July.
Special Terms: At least one each year in each
  judicial circuit within the district.
Motion Days: As noticed.
Oral Arguments: As scheduled and noticed.

### FIFTH DISTRICT
### STATE OF FLORIDA
**300 South Beach St.**
**Daytona Beach 32114**
**www.5dca.org**

(Comprising the 5th, 7th, 9th, and
18th Circuits)

Chief Judge William D. Palmer .. 386/947-1502
  Susan Hopkins, Career Attorney
  Teri E. Piechocki, Senior Law Clerk
  Sharon Serra, Senior Law Clerk
Judge Kerry I. Evander .......... 386/947-1518
  Suzanne L. Place, Career Attorney
  Elaine M. Williams, Career Attorney
Judge C. Alan Lawson............. 386/947-1506
  Joshua D. Moore, Law Clerk·
  Tu-Quynh N. Vu, Career Attorney
Judge Jacqueline R. Griffin  ... 386/947-1583
  Reba Abraham, Law Clerk
  Cynthia B. Beissel, Senior Law Clerk
Judge Thomas D. Sawaya ....... 386/947-1555
  Joanne P. Simmons, Career Attorney
  Bretton C. Albrecht, Law Clerk
Judge Richard B. Orfinger ...... 386/947-1510
  Meredith Crowell, Senior Law Clerk
  Tamzen J. Merchant, Career Attorney
Judge Robert J. Pleus, Jr......... 386/947-1550
  John N. Bogdanoff, Career Attorney
  David M. Barr, Career Attorney
Judge David A. Monaco........... 386/947-1514
  Randall B. Griffis, Career Attorney
  Erica T. Silversmith, Law Clerk
Judge Vincent G. Torpy, Jr. ..... 386/947-1523
  Melly D. Northcutt, Law Clerk
  Sandra Williams, Senior Law Clerk
Judge Jay P. Cohen ................. 386/947-1576
  Carol A. Bhenken, Senior Law Clerk
  J. Birt Reynolds, Law Clerk
Central Staff Attorneys:
  Robert Seegmiller, Director.. 386/947-1552
  Robert R. Bensko, Jr., Barbara A. Fink,
  Pamela Masters, Love Phipps,
  Todd C. Richardson, Austin Goodrich
Susan Wright, Clerk .............. 386/255-9600
Ty W. Berdeaux, Marshal........ 386/947-1527
Pamela C. Wild, Deputy Marshal.. 386/947-1527
Fax: 386/947-1562; 386/947-1563; 386/947-
  1565; and 386/947-3443

Regular Terms: (At Headquarters)
  Second Tuesday in January; second
  Tuesday in July.
Oral Argument Days: Tuesday and
  Wednesday of each week except
  during August.
Special Terms: At least one each year in each
  circuit within the judicial district having
  ready business to transact.



# CIRCUIT COURTS

## FIRST Judicial Circuit
(Escambia, Okaloosa, Santa Rosa,
and Walton Counties)
www.firstjudicialcircuit.org

Judges:
Kim A. Skievaski (Chief Judge)
190 Governmental Center, 5th Fl.,
Pensacola 32502............... 850-595-4456
Michael G. Allen
190 Governmental Center,
Pensacola 32502............... 850-595-4442
G. Robert Barron
1250 N. Eglin Pkwy., Ste. C125,
Shalimar 32579............... 850-651-7470
Frank Bell
190 Governmental Center, 6th Fl.,
Pensacola 32502............... 850-595-4436
Gary Bergosh
6865 Caroline St.,
Milton 32570............... 850-981-5540
W. Joel Boles
190 Governmental Center, 6th Fl.,
Pensacola 32502............... 850-595-4448
Nickolas P. Geeker
190 Governmental Center,
Pensacola 32502............... 850-595-4439
Marci Goodman
6865 Caroline St., Box K,
Milton 32570............... 850-981-5541
Ross Goodman
1800 St. Mary's St.,
Pensacola 32505............... 850-595-3715
Jack R. Heflin
1250 N. Eglin Pkwy., Ste. B121,
Shalimar 32579............... 850-651-7478
T. Michael Jones
190 Governmental Center,
Pensacola 32502............... 850-595-4445
Terrance Ketchel
101 James Lee Blvd. East, Ste. 204,
Crestview 32536............... 850-689-5735
W. Howard LaPorte
571 Hwy. 90 East,
DeFuniak Springs 32435... 850-892-5425
Edward P. Nickinson III
1800 St. Mary's St.,
Pensacola 32505............... 850-595-3710
Linda L. Nobles
190 Governmental Center, 6th Fl.,
Pensacola 32502............... 850-595-4459
Paul Rasmussen
190 Governmental Center,
Pensacola 32502............... 850-595-4351
Thomas Remington
1250 N. Eglin Pkwy., Ste. C121,
Shalimar 32579............... 850-651-7474
Thomas Santurri
6865 Caroline St.,
Milton 32570............... 850-981-5632
Jan Shackelford
190 Governmental Center, 5th Fl.
Pensacola 32502............... 850-595-4453
William F. Stone
1250 N. Eglin Pkwy., Ste. C120,
Shalimar 32579............... 850-651-7482
Ronald W. Swanson
6865 Caroline St., Box S,
Milton 32570............... 850-981-5542
Terry D. Terrell (Admin. Judge)
190 Governmental Center, 5th Fl.,
Pensacola 32502............... 850-595-4464

Kelvin C. Wells (Admin. Judge)
571 Hwy. 90 East,
DeFuniak Springs 32433... 850-892-8134
Kenneth L. Williams (Admin. Judge)
190 Governmental Center, 5th Fl.
Pensacola 32502............... 850-595-4465
Court Administrator:
Robin Wright
190 Governmental Center,
Pensacola 32501............... 850-595-4400
Fax ............... 850-595-0360
State Attorney:
William "Bill" Eddins
190 Governmental Center
Pensacola 32501............... 850-595-4200
Santa Rosa Co. Office: 6495 Caroline St.,
Ste. S, 2nd Fl., Milton 32570 .. 850-981-5500
Okaloosa Co. Offices:
151 Cedar St.,
Crestview 32536............... 850-689-7820
1B 9th Ave.
Shalimar 32579............... 850-651-7260
Walton Co. Office: 524A E. Hwy. 90,
P.O. Box 630
DeFuniak Springs 32435... 850-892-8080
Public Defender:
Jack Behr
190 Governmental Ctr., 1st Fl.,
P.O. Drawer 12666
Pensacola 32591-2666 ..... 850-595-4100
Branch Offices:
Walton Co.: 732 Baldwin Ave.,
DeFuniak Springs 32435 850-892-8090
Okaloosa Co.: 1-A 9th Ave., Shalimar
32579 ............... 850-651-7350
302 N. Wilson Street, Suite 301
Crestview 32536............... 850-689-5580
Santa Rosa Co.: 5210 Willing St.,
Milton 32570 ............... 850-981-5600
Clerks, Circuit Court:
Ernie Lee Magaha (Escambia County)
190 Governmental Center, Rm. 23001,
Pensacola 32501............... 850-595-4310
Don W. Howard (Okaloosa County)
101 E. James Lee Blvd., Rm. 210,
Crestview 32536 ............... 850-689-5000
Mary Johnson (Santa Rosa County)
P.O. Box 472,
Milton 32572 ............... 850-983-1987
Martha Ingle (Walton Co.)
571 U.S. Hwy. 90 E.,
DeFuniak Springs 32435... 850-892-8115

## SECOND Judicial Circuit
(Franklin, Gadsden, Jefferson, Leon,
Liberty, and Wakulla Counties)
www.2ndcircuit.leon.fl.us

Judges:
Leon County Courthouse
301 S. Monroe St., Tallahassee 32301
Charles A. Francis (Chief Judge)
Rm. 365-A............... 850-577-4306
Nikki Ann Clark
Rm. 365-E............... 850-577-4301
John C. Cooper, Rm. 365-L... 850-577-4313
John E. Crusoe, Rm. 301-D.. 850-577-4302
P. Kevin Davey, Rm. 365-B... 850-577-4303
Kathleen F. Dekker, Rm. 327.. 850-577-4304
Angela C. Dempsey
Rm. 301-A............... 850-577-4322

Janet E. Ferris, Rm. 365-D... 850-577-4305
Charles A. Francis, Rm. 365-A.. 850-577-4306
William L. Gary, Rm. 365-I.. 850-577-4307
James C. Hankinson, Rm. 301-F
............... 850-577-4320
Terry P. Lewis, Rm. 301-C... 850-577-4308
Jonathan Sjostrom, Rm. 331-A.. 850-577-4321
L. Ralph Smith, Jr., Rm. 365-J
............... 850-577-4312
Gadsden County Cthse., 10 E. Jefferson St.
Quincy 32351
George S. Reynolds III, Rm. 201.. 850-627-7780
Gadsden County Cthse. Annex
24 N. Adams St., Quincy 32351
Thomas Bateman III, Ste. 2... 850-875-3626
Wakulla County Cthse., 3056 Crawfordville
Hwy., Crawfordville 32327
N. Sanders Sauls ............... 850-926-0917
Court Administrator:
Grant Slayden, 301 S. Monroe St., Rm. 225-L
Tallahassee 32301............... 850-577-4420
State Attorney:
William N. Meggs
301 S. Monroe St., Ste. 475
Tallahassee 32399-2550 .... 850-606-6000
Wakulla: 3056 Crawfordville Hwy.
Crawfordville 32327 ....... 850-926-0914
Gadsden & Liberty: 1A E. Jefferson St.
Quincy 32351 ............... 850-627-9647
Franklin: Co. Courthouse Annex, Ste. 3
34 Forbes St., Apalachicola 32320
............... 850-653-8181
Jefferson: 106 E. Washington St.
Monticello 32344............... 850-342-0196
Public Defender:
Nancy Daniels
Leon Co. Cthse., 301 S. Monroe St., Ste.
401, Tallahassee 32301 ... 850-606-1000
Franklin: 33 Commerce St., Apalachicola
32320-1733 ............... 850-653-9506
Gadsden and Liberty: 24 N. Adams St.,
Ste. #1, Quincy 32351 ...... 850-627-9241
Jefferson: 175 East Dogwood St.,
Monticello 32344............... 850-342-0202
Wakulla: P.O. Box 98,
Crawfordville 32327 ....... 850-926-0912
Clerks, Circuit Court:
Marcia M. Johnson (Franklin)
34 Market St., Ste. 203,
Apalachicola 32320 ......... 850-653-8861
Nicholas Thomas (Gadsden), P.O. Box 1649,
Quincy 32351 ............... 850-875-8601
Dale Boatwright (Jefferson) Co. Cthse.,
Rm. 10, Monticello 32344 .. 850-342-0218
Bob Inzer (Leon), 301 S. Monroe St.
Tallahassee 32302............... 850-577-4000
Brent X. Thurmond (Wakulla),
3056 Crawfordville Hwy.,
Crawfordville 32327 ......... 850-926-0905
Robert Hill (Liberty), P.O. Box 399,
Bristol 32321............... 850-643-2215

## THIRD Judicial Circuit
(Columbia, Dixie, Hamilton, Lafayette,
Madison, Suwannee, and Taylor Counties)
www.jud3.flcourts.org

Judges:
E. Vernon Douglas (Chief Judge)
  P.O. Drawer 2075, Lake City 32056
  ...................................386-758-1010
James Roy Bean
  P.O. Drawer 1000, Perry 32348
  ...................................850-838-3520
Paul S. Bryan
  P.O. Drawer 2083, Lake City 32056
  ...................................386-758-2083
Julian E. Collins
  P.O. Drawer 2077, Lake City 32056
  ...................................386-719-7546
David W. Fina
  Suwannee Co. Cthse., Live Oak 32060
  ...................................386-362-6353
Leandra G. Johnson
  P.O. Drawer 2123, Lake City 32056
  ...................................386-719-2012
John W. Peach
  207 N.E. First St., Jasper 32052
  ...................................386-792-1719
Court Administrator:
  Sondra Williams, P.O. Drawer 1569,
  Lake City 32056................386-758-2163
  Fax: ...............................386-758-2162
State Attorney:
  Jerry M. Blair, P.O. Box 551,
  Live Oak 32056 ................386-362-2320
  Branch Offices:
  P.O. Box 551,
  Lake City 32056................386-758-0470
  108 N. Jefferson St.,
  Perry 32347 .....................850-584-2886
  P.O. Drawer 1770,
  Cross City 32628...............352-498-1248
Public Defender:
  C. Dennis Roberts, P.O. Drawer 1209,
  Lake City 32056-1209........386-758-0540
  Fax ...................................386-758-0497
  Branch Offices:
  106 S. Ohio St.
  Live Oak 32064 .............386-362-7235
  P.O. Box 292
  Madison 32341 ................850-973-4258
  P.O. Box 2013, Perry 32348...850-838-2830
Clerks, Circuit Court:
  P. DeWitt Cason (Columbia)
  P.O. Drawer 2069,
  Lake City 32056-2069........386-758-1342
  Dana Johnson (Dixie)
  P.O. Box 1206,
  Cross City 32628...............352-498-1200
  Greg Godwin (Hamilton)
  207 N.E. 1st St., Rm. 106
  Jasper 32052 .....................386-792-1288
  Ricky Lyons (Lafayette)
  P.O. Box 88, Mayo 32066 ...386-294-1600
  Tim Sanders (Madison)
  125 W. Range St.,
  Madison 32341...................850-973-1500
  Kenneth Dasher (Suwannee)
  200 S. Ohio/MLK Ave.,
  Live Oak 32064 .................386-362-0500
  Annie Mae Murphy (Taylor)
  P.O. Box 620, Perry 32347 . 850-838-3506

## FOURTH Judicial Circuit
(Clay, Duval, and Nassau Counties)
www.coj.net/departments/fourth+judic
ial+circuit+court/default.htm

Judges:
Duval Co. Cthse., 330 E. Bay St., Jacksonville
  32202
Donald R. Moran, Jr. (Chief Judge)
  Rm. 220 .............................904-630-2541
Civil:
Charles W. Arnold, Rm. 224  904-630-2526
Aaron K. Bowden, Rm. 224 ..904-630-2526
Lance M. Day, Rm. 227.........904-630-2530
Peter J. Fryefield, Rm. 224 ...904-630-2591
Charles O. Mitchell, Jr., Rm. 208,
  (Admin. Judge) ..................904-630-2395
Bernard Nachman, Rm. 202...904-630-2532
John H. Skinner, Rm. 210 ....904-630-2876
L. Haldane Taylor, Rm. 210..904-630-2536
Frederick B. Tygart, Rm. 202...904-630-2583
Criminal:
Charles W. Arnold, Rm. 229 ..904-630-1084
Hugh A. Carithers, Rm. 206  904-630-2349
Mallory D. Cooper, Rm. 220..904-630-7154
L. Page Haddock, Rm. 206  ..904-630-2567
Mark H. Mahon, Rm. 201 ....904-630-2592
Linda M. McCallum, Rm. 228..904-630-2540
John Merrett, Rm. 219 .........904-630-2534
Michael R. Weatherby, Rm. 204, (Admin. Judge)
  ..........................................904-630-2524
Family:
Karen K. Cole, Rm. 227.........904-630-2583
Jean M. Johnson, Rm. 204 ...904-630-2111
E. McRae Mathis, Rm. 200 ..904-630-2111
W. Gregg McCaulie, Rm. 503..904-630-2111
Elizabeth Senterfitt, Rm. 501 ..904-630-1462
Brad Stetson, Rm. 200..........904-630-2111
David C. Wiggins, Rm. 208, (Admin. Judge)
  ..........................................904-630-2111
Juvenile:
Henry E. Davis, Rm. 107 .....904-630-2528
David M. Gooding, Rm. 107..904-630-2688
Jack A. Schemer, Rm. 107 ...904-630-2642
Waddell A. Wallace, Rm. 107, (Admin. Judge)
  ..........................................904-630-2537
Probate:
Peter L. Dearing, Rm. 503.....904-630-7257
Clay County:
Clay County Cthse., Green Cove Springs 32043
Frederic A. Buttner
  P.O. Drawer 1867...............904-284-6323
McCarthy Crenshaw, Jr.
  P.O. Drawer 1866...............904-529-4760
Daniel Wilensky
  P.O. Drawer 1018...............904-529-3772
William A. Wilkes,
  P.O. Drawer 1845...............904-284-6338
Nassau County:
Robert M. Foster, 76347 Veterans Way, Ste. 3061
  Yulee 32097 .....................904-548-4910
Brian J. Davis, P.O. Box 456
  Fernandina Beach 32035...904-491-7275
Court Administrator:
H. Britt Beasley, 330 E. Bay St., Rm. 220,
  Jacksonville 32202............904-630-2564
  Fax: ..................................904-630-2979
State Attorney:
Harry L. Shorstein
  220 E. Bay St., 6th Fl.
  Jacksonville 32202............904-630-2400
  Branch Offices:
  Jacksonville Beach City Hall
  11 N. 3rd St., 1st Fl.
  Jacksonville Beach 32250 ..904-246-0532
  Clay County Cthse., 825 N. Orange Ave.
  Green Cove Springs 32043 ..904-269-6319
  Nassau County Cthse., 76347 Veterans Way,

Ste. 2105, Yulee 32097.......904-548-4700
Public Defender:
Bill White
  25 N. Market St.,
  Jacksonville 32202.............904-630-1501
  Branch Offices:
  Nassau County: 76347 Veterans Way, Ste.
  2065, Yulee 32097 .............904-548-4750
  Clay County: P.O. Box 386,
  Green Cove Springs 32043...904-284-6318
Clerks, Circuit Court:
Jim Fuller (Duval), 330 E. Bay St., Rm 103,
  Jacksonville 32202.............904-630-2028
James B. Jett (Clay), P.O. Box 698,
  Green Cove Springs 32043...904-284-6317
John A. Crawford (Nassau), P.O. Box 456,
  Fernandina Beach 32035...904-584-4600

## FIFTH Judicial Circuit
(Hernando, Lake, Marion,
Citrus, and Sumter Counties)
circuit5.org

Judges:
Daniel B. Merritt, Sr. (Chief Judge, Admin. Judge)
  20 N. Main St.
  Brooksville 34601 .............352-754-4221
Citrus Co. Cthse., 110 N. Apopka Ave.,
  Inverness 34450
Carol Falvey .........................352-341-6717
Barbara Gurrola....................352-341-6709
Richard Howard .....................352-341-6705
Daniel B. Merritt, Jr...............352-341-7001
Patricia Thomas (Admin. Judge)..352-341-6701
Hernando Co. Cthse, 20 N. Main St.,
  Brooksville 34601
Daniel B. Merritt, Sr. (Admin. Judge)
  ..........................................352-754-4221
Daniel B. Merritt, Jr...............352-754-4480
Curtis J. Neal........................352-754-4287
Stephen Rushing ..................352-754-4237
Jack Springstead ..................352-754-4281
Richard Tombrink, Jr. ...........352-754-4280
Lake Co. Judicial Ctr., 550 West Main St.,
  Tavares 32778-7800
Don F. Briggs (Admin. Judge)..352-742-4224
Mark J. Hill...........................352-742-4218
T. Michael Johnson ..............352-742-4215
William G. Law.......................352-742-4390
Mark A. Nacke......................352-742-4139
Lawrence J. Semento..............352-742-4212
G. Richard Singeltary............352-742-4209
Michael G. Takac...................352-742-4285
Marion Co. Judicial Ctr., 110 N.W. 1st Ave.,
  Ocala 34475
David B. Eddy (Admin. Judge)..352-401-7868
Sandra Edwards-Stephens ..352-401-6740
Robert W. Hodges.................352-401-6735
Frances S. King.....................352-401-6713
Brian Lambert.......................352-401-6785
Jonathan D. Ohlman ............352-401-7833
Willard Pope .........................352-401-7877
S. Sue Robbins (Admin. Judge United
  Family Court)......................352-401-7820
William Singbush (Admin. Judge Civil)
  ..........................................352-401-7815
Edward Scott ........................352-401-7810
Hale R. Stancil......................352-401-6763
Sumter Co. Cthse., 225 E. McCollum Ave.,
  Bushnell 33513
William H. Hallman III (Admin.)
  ..........................................352-793-0280
Michelle Morley ....................352-569-6028
Court Administrator:
David M. Trammell, 110 N.W. 1st Ave.,
  Ocala 34475.......................352-401-6796

State Attorney:
Brad King
Hernando: 20 N. Main St., Rm. 400
Brooksville 34601 ............. 352-754-4255
Branch Offices:
Lake: 550 W. Main St.
Tavares 32778 ................ 352-742-4236
Citrus: 110 N. Apopka Ave.,
Inverness 34450 ............. 352-341-6670
Sumter: 323 N. Lawrence St.,
Bushnell 33513 ............... 352-793-0285
Marion: 19 N.W. Pine Ave.,
Ocala 34475 .................... 352-620-3800
Public Defender:
Howard H. Babb, Jr.
Lake County Judicial Center,
550 W. Main St., Ste. 407; P.O. Box 7800,
Tavares 32778-7800 .......... 352-742-4270
Branch Offices:
Citrus: 110 N. Apopka Ave.,
Inverness 34450 ............. 352-341-6777
Hernando: 20 N. Main St.,
Brooksville 34601 .......... 352-754-4270
Marion: 204 N.W. 3rd Ave.,
Ocala 34474 .................... 352-671-5454
Sumter: Cthse., 202 N. Florida St., Ste. A
Bushnell 33513 ................ 352-793-0290
Clerks, Circuit Court:
Betty Strifler (Citrus), 110 Apopka Ave.,
Inverness 34450 ................ 352-341-6400
Karen Nicolai (Hernando), 20 N. Main St.,
Brooksville 34601 ............... 352-540-6216
Neil Kelly (Lake), 550 W. Main St.;
P.O. Box 7800, Tavares 32778... 352-742-4100
David R. Ellspermann (Marion), 110 N.W.
1st Ave., Ocala 34475 ...... 352-671-5604
Gloria Hayward (Sumter), 209 N. Florida St.,
Bushnell 33513 ................. 352-793-0211

## SIXTH Judicial Circuit
(Pasco and Pinellas Counties)
www.jud6.org

Judges:
Robert J. Morris, Jr., (Chief Judge)
Criminal Justice Center,
14250 49th St. N., Ch. 14
Clearwater 33762 .............. 727-464-7457
Joseph A. Bulone, Ch. 12..... 727-464-8101
Pamela A.M. Campbell, Ch. 4.. 727-453-7559
Jack Day, Ch. 2 ..................... 727-464-6425
Dee Anna Farnell, Ch. 3...... 727-464-7350
Philip J. Federico, Ch. 13...... 727-464-6440
Marion L. Fleming, Ch. 16 ... 727-464-7333
Raymond O. Gross, Ch. 18.... 727-464-6440
Chris Helinger, Ch. 2 ............. 727-453-7700
Nancy Moate Ley, Ch. 6...... 727-464-6494
Richard A. Luce, Ch. 9.......... 727-464-6430
Cynthia J. Newton, Ch. 8 .... 727-464-7125
R. Timothy Peters, Ch. 5 ..... 727-464-6222
Frank Quesada, Ch. 1........... 727-453-7680
Irene H. Sullivan, Ch. 19 ..... 727-453-7103
Ray E. Ulmer, Jr., Ch. 15...... 727-464-6137
St. Petersburg Judicial Bldg., 545 1st Ave. N.,
St. Petersburg 33701
David A. Demers, Rm. 400.... 727-582-7882
Lauren C. Laughlin, Rm. 412.. 727-582-7871
John C. Lenderman, Rm. 300.. 727-582-7200
Walt Logan, Rm. 402 ........... 727-582-7200
J. Thomas McGrady, Rm. 312.. 727-582-7550
Peter Ramsberger, Rm. 217.. 727-582-7200
Anthony Rondolino, Rm. 317 727-582-7200
Mark I. Shames, Rm. 200 .... 727-582-7734
Amy M. Williams, Rm. 417... 727-582-7436
Clearwater Cthse., 315 Court St.,
Clearwater 33756
Linda R. Allan, Rm. 473 ....... 727-464-3263
Michael F. Andrews, Rm. 413.. 727-582-7200

W. Douglas Baird, Rm. 421 .. 727-464-3233
Bruce Boyer, Rm. 410 ........... 727-582-7200
George W. Greer, Rm. 417..... 727-582-7200
George Jirotka, Rm. 489....... 727-582-7200
John Schaefer, Rm. 484 ....... 727-582-7200
Jack R. St. Arnold, Rm. 468 .. 727-464-3239
West Pasco Judicial Ctr., 7530 Little Rd.,
New Port Richey 34761
W. Lowell Bray, Jr., Rm. 120.. 727-847-8128
Thane Covert, Rm. 104......... 727-815-7058
Shawn Crane, Rm. 312......... 727-847-8180
Jack Day, Rm. 317 ................. 727-847-8922
Daniel D. Diskey, Rm. 104 ... 727-847-8059
Stanley R. Mills, Rm. 314..... 727-847-8092
Walter Shafer, Jr., Rm. 214 .. 727-815-7057
William R. Webb, Rm. 104... 727-847-8172
Pasco Cty. Cthse., 38053 Live Oak Ave.,
Dade City 33523
Linda Babb, Rm. 106D ......... 352-521-4404
Wayne L. Cobb, Rm. 106A ... 352-521-4414
Pat Siracusa.......................... 352-518-4030
Lynn Tepper, Rm. 106B ........ 352-521-4370
Courts Administrator:
Gay Lynne Inskeep
324 S. Ft. Harrison Ave., Rm. 102
Clearwater 33756............. 727-464-4470
State Attorney:
Bernie McCabe, P.O. Box 5028,
Clearwater 33758.............. 727-464-6221
Public Defender:
Bob Dillinger, 14250 49th St. N.,
Clearwater 33762............... 727-464-6516
38053 Live Oak Ave.,
Dade City 33523............... 352-521-4388
7530 Little Rd.,
New Port Richey 34654... 727-847-8155
Clerks, Circuit Court:
Ken Burke (Pinellas)
315 Court St., Rm. 400,
Clearwater 33756............. 727-464-3341
Jed Pittman (Pasco)
P.O. Drawer 338,
New Port Richey 34656... 727-847-2411
38053 Live Oak Ave.,
Dade City 33523.............. 352-521-4274

## SEVENTH Judicial Circuit
(Flagler, Putnam, St. Johns, and
Volusia Counties)
www.circuit7.org

Judges:
J. David Walsh (Chief Judge)
251 N. Ridgewood Ave.,
Daytona Beach 32114........ 386-239-7790
R. Michael Hutcheson ........ 386-239-7792
Patrick G. Kennedy ........... 386-239-7793
J. David Walsh ..................... 386-239-7790
Joseph G. Will ..................... 386-239-7791
4010 Lewis Speedway, St. Augustine 32084
John M. Alexander..............904-827-5603
Wendy Berger .....................904-827-5600
J. Michael Traynor ..............904-827-5606
Clyde E. Wolfe.....................904-827-5647
125 E. Orange Ave., Daytona Beach 32114
Shawn L. Brisee...................386-257-6090
Richard S. Graham...............386-257-6071
Margaret W. Hudson ...........386-257-6099
William A. Parsons...............386-257-6091
Julianne Piggotte ................ 386-257-6051
John W. Watson III ............. 386-257-6072
101 N. Alabama Ave., DeLand 32724
James R. Clayton..................386-740-5270
John V. Doyle ......................386-943-7060
Hubert L. Grimes .................386-822-5744
Frank Marriott .....................386-822-5073
Robert K. Rouse, Jr...............386-626-6590
Randell H. Rowe III..............386-736-5946

C. McFerrin Smith III ......... 386-736-5945
124 N. Riverside Dr., New Smyrna Beach 32168
S. James Foxman ...................386-424-6871
1768 E. Moody Blvd., Bldg. 1, Bunnell 32110
Kim C. Hammond ................386-313-4510
Raul Zambrano.....................386-313-4515
Edward Hedstrom, P.O. Box 1317,
Palatka 32178 .................... 386-329-0263
Terry J. LaRue, P.O. Box 758,
Palatka 32178 .................... 386-329-0266
A.W. Nichols III, P.O. Box 26,
Palatka 32178 ..................... 386-329-0471
Court Administrator:
Mark A. Weinberg
125 E. Orange Ave., Rm. 200,
Daytona Beach 32114 ....... 386-257-6097
State Attorney:
John Tanner
Flagler: 1769 E. Moody Blvd., Bldg. 1,
3rd Fl., Bunnell 32100............386-313-4300
Putnam: 410 St. Johns Ave., Rm. 109,
Palatka 32178-1346 ......... 386-329-0259
St. Johns: 4010 Lewis Speedway, Rm. 252,
St. Augustine 32804 ........904-823-2300
Volusia: 251 N. Ridgewood Ave.,
Daytona Beach 32114 ...... 386-239-7710
101 N. Alabama Ave., 4th Fl.,
DeLand 32724 ................386-822-6400
Public Defender:
James S. Purdy
Volusia: 251 N. Ridgewood Ave.,
Daytona Beach 32114........ 386-239-7730
101 N. Alabama Ave., Ste. B304
DeLand 32724 ................386-822-5770
Flagler: 1769 E. Moody Blvd., Bldg. 1
Bunnell 32110 ................386-313-4545
Putnam: 410 St. Johns Ave., Rm. 126
Palatka 32177...................386-239-0301
St. Johns: 4010 Lewis Speedway, Rm. 299
St. Augustine 32084 ........904-824-8623
Clerks, Circuit Court:
Gail Wadsworth (Flagler)
1769 E. Moody Blvd., Bldg. 1
Bunnell 32110.......................386-313-4400
Tim Smith (Putnam)
P.O. Box 758, Palatka 32178 .. 386-329-0361
Cheryl Strickland (St. Johns)
4010 Lewis Spdwy.,
St. Augustine 32084............. 904-819-3600
Diane M. Matousek (Volusia)
P.O. Box 6043, DeLand 32721-6043
.................................................386-736-5915

## EIGHTH Judicial Circuit
(Alachua, Baker, Bradford, Gilchrist,
Levy, and Union Counties)
www.circuit8.org

Judges:
Frederick D. Smith (Chief Judge)
Alachua Co. Cthse., 201 E. University Ave.,
Rm. 415, Gainesville 32601...352-374-3652
Robert P. Cates, Rm. 302...... 352-374-3653
Stanley H. Griffis III, Rm. 301 .. 352-374-3645
Ysleta W. McDonald, Rm. 409.. 352-374-3607
James P. Nilon, Rm. 305........ 352-384-3081
Toby S. Monaco, Rm. 416...... 352-374-3641
Robert E. Roundtree, Jr., Rm. 304. 352-374-3644
112 S. Main St., Trenton 32693
David A. Glant ..................... 352-463-3421
Bronson ..............................352-486-5348
220 S. Main St., Gainesville 32601
Martha Ann Lott, Rm. A317 .. 352-374-3646
Stan R. Morris, Rm. A325 .... 352-374-3640
Bronson ..............................352-486-5545
Peter K. Sieg, Rm. A307 ...... 352-374-3651
Trenton.................................352-463-3421

339 Macclenny Ave., Macclenny 32063
Mark W. Moseley .................. 904-259-4705
Starke ................................. 904-966-6210
Phyllis M. Rosier ................. 904-259-0216
Gainesville ....................... 352-374-3606
Court Administrator:
Ted McFetridge
201 E. University Ave., Rm. 417,
Gainesville 32601 ............ 352-374-3648
State Attorney:
William F. Cervone
120 W. University Ave.,
Gainesville 32602................352-374-3670
Baker: 339 E. Macclenny Ave., Ste. 126,
Macclenny 32063 ............. 904-259-3137
Bradford: 945 N. Temple Ave.; P.O. Box 779,
Starke 32091 .................... 904-964-6280
Gilchrist: 112 S. Main St., Ste. 218
Trenton 32693 .................... 352-463-3406
Levy: 353 S. Court St.; P.O. Drawer 1595
Bronson 32621 .................... 352-486-5140
Union: 101 N. Lake Ave.
Lake Butler 32054 ............. 386-496-2832
Public Defender:
C. Richard Parker, P.O. Box 2820,
Gainesville 32602 ............. 352-338-7370
P.O. Box 1059,
Starke 32091 .................... 904-966-6273
P.O. Box 1119, Bronson 32621.. 352-486-5350
339 E. Macclenny Ave.,
Macclenny 32063................904-259-4245
Clerks, Circuit Court:
J.K. "Buddy" Irby (Alachua), P.O. Box 600,
Gainesville 32602 ............. 352-374-3636
Al Fraser (Baker), 339 E. Macclenny Ave.,
Macclenny 32063 ............. 904-259-8113
Ray Norman (Bradford), P.O. Drawer B,
Starke 32091 .................... 904-966-6280
Joe Gilliam (Gilchrist), P.O. Box 37,
Trenton 32693 .................... 352-463-3170
Danny Shipp (Levy), P.O. Box 610,
Bronson 32621 .................... 352-486-5266
Regina Parrish (Union), 55 W. Main St.,
Rm. 103, Lake Butler 32054 ... 386-496-3711

## NINTH Judicial Circuit
(Orange and Osceola Counties)
www.ninja9.org
Judges:
Belvin Perry, Jr. (Chief Judge) (Probate)
425 N. Orange Ave.,
Orlando 32801.................... 407-836-2008
Osceola ............................. 407-343-2406
425 N. Orange Ave., Orlando 32801
Alice L. Blackwell (Admin. Judge) (Fam.)
.......................................... 407-836-2084
John H. Adams, Sr. (Civ.)......407-836-2281
Theotis Bronson (Admin. Judge) (Dom.)
.......................................... 407-836-2229
Jennifer M. Davis (Crim.) .... 407-836-0568
Robert M. Evans (Dom.)...... 407-836-2336
Jeffrey M. Fleming (Crim.) . 407-836-2312
Donald E. Grincewicz (Dom.) 407-836-0560
Lawrence R. Kirkwood (Prob.).. 407-836-2018
Walter Komanski (Dom.)......407-836-2039
Alicia L. Latimore (Crim.)... 407-836-0577
Frederick J. Lauten (Bus.) .. 407-836-2009
Bob LeBlanc (Crim.)............. 407-836-2012
Marc L. Lubet (Crim.) .......... 407-836-2022
Cynthia Z. Mackinnon (Civ.).. 407-836-2342
Thomas A. Mihok (Crim.).....407-836-2350
Lisa T. Munyon (Admin. Judge) (Crim.)
.......................................... 407-836-2470
Julie H. O'Kane (Civ.) ......... 407-836-2406
Renee A. Roche (Bus.) ........ 407-836-1464
Jose R. Rodriguez (Crim.) .. 407-836-0417
Tim Shea (Crim.).................. 407-836-2038

Maura T. Smith (Civ.) .......... 407-836-0540
Thomas B. Smith (Dom.)...... 407-836-2119
George A. Sprinkel IV (Civ.).. 407-836-2040
Stan Strickland (Crim.)........ 407-836-2121
Janet C. Thorpe (Dom.) ...... 407-836-1486
Thomas W. Turner (Civ.)...... 407-836-0441
F. Rand Wallis (Crim.)......... 407-836-2014
Bob Wattles (Crim.) ............ 407-836-0545
Reginald Whitehead (Admin. Judge, Civ.)
.......................................... 407-836-2028
2 Courthouse Square, Kissimmee 34741
Jeffrey M. Fleming (Fam.)....407-742-2506
John Marshall Kest (Civ.) ... 407-343-2491
Sally D.M. Kest (Juv.)..........407-343-2556
Jon B. Morgan (Crim.)......... 407-343-2516
Scott Polodna (Crim.) ......... 407-343-2548
R. James Stroker (Prob.)..... 407-343-2558
Margaret T. Waller (Fam.)... 407-343-2499
2000 E. Michigan St., Orlando 32806
Gail A. Adams (Juv.)............ 407-836-7590
Alan S. Apte (Fam.) ............ 407-836-7590
Jeffrey C. Arnold (Juv.)....... 407-836-7590
Robert J. Egan (Fam.)......... 407-836-7590
Daniel P. Dawson (Juv.)....... 407-836-9583
Anthony H. Johnson (Juv.)... 407-836-7590
Thomas A. Mihok (Juv.)....... 407-836-7590
3855 S. John Young Pkwy., Orlando 32839
Roger J. McDonald (Crim.)... 407-254-7665
Court Administrator:
Matthew Benefiel, 425 N. Orange Ave.,
Ste. 2130, Orlando 32801 .. 407-836-2050
Fax ................................... 407-836-2299
Osceola: 2 Cthse Sq., 6th Fl.,
Kissimmee 34741.............. 407-343-2400
Fax ................................... 407-343-2401
Public Defender:
Robert Wesley, 435 N. Orange Ave.,
Orlando 32801.................... 407-836-4800
2 Courthouse Sq.,
Kissimmee 34741 ............. 407-343-7100
2002B E. Michigan St.,
Orlando 32806.................... 407-836-7580
State Attorney:
Lawson Lamar, 415 N. Orange Ave.;
P.O. Box 1673, Orlando 32802.. 407-836-2400
Clerks, Circuit Court:
Lydia Gardner (Orange), 425 N. Orange Ave.,
Orlando 32801.................... 407-836-2060
Larry Whaley (Osceola), 2 Cthse Sq.,
Ste. 2000, Kissimmee 34741 .. 407-343-3500

## TENTH Judicial Circuit
(Hardee, Highlands, and Polk Counties)
www.jud10.org
Judges:
J. David Langford (Chief Judge)
255 N. Broadway Ave., P.O. Box 9000,
Bartow 33830 .................... 863-534-4650
Roger A. Alcott (Civ.) .......... 863-534-4625
Ralph Artigliere (Fam.)........ 863-534-5860
Charles L. Brown (Juv.)....... 863-534-7761
Mark F. Carpanini (Fel.) ..... 863-534-4149
Charles B. Curry (Civ.)........ 863-534-4666
Robert L. Doyel (Fam.)........ 863-534-4668
J. Dale Durrance (Fel.)........ 863-534-4648
Judith J. Flanders (Fel.)...... 863-534-4627
J. Michael Hunter (Fel.)...... 863-534-4670
Donald G. Jacobsen (Fel.)... 863-534-4649
Ernest M. Jones, Jr. (Juv.).. 963-534-5827
Harvey A. Kornstein (Juv.)... 863-534-4652
John F. Laurent (Prob.)....... 863-534-4651
Dennis P. Maloney (Fel.) .... 863-534-4624
Ellen S. Masters (Fam.)....... 863-534-4669
J. Michael McCarthy (Juv.) . 863-534-4646
Randall G. McDonald (Juv.).. 863-534-4622
Dick Prince (Civ.)................ 863-534-4647
Susan W. Roberts (Fam.)..... 863-534-4623

Neil Roddenbery (Fel.) ........ 863-534-4688
Steven L. Selph (Fel.) ......... 863-534-4628
Wm. Bruce Smith (Fel.)........ 863-534-4653
Karla F. Wright (Fam.) ........ 863-534-5820
James A. Yancey (Civ.)........ 863-534-4576
Highlands:
Peter F. Estrada (Fel.) ......... 863-402-6994
Ernest M. Jones (Juv.)......... 863-534-5827
Olin W. Shinholser (Fam.)... 863-402-6901
John K. Stargel (Fam.)......... 863-402-6617
Hardee:
Marcus Ezelle ..................... 863-773-6547
Court Administrator:
Nick Sudzina, 255 N. Broadway Ave.,
Bartow 33830 .................... 863-534-4690
Fax ................................... 863-534-4699
State Attorney:
Jerry Hill, 255 N. Broadway Ave.;
P.O. Box 9000–Drawer SA,
Bartow 33831 .................... 863-534-4800
411 S. Eucalyptus St.,
Sebring 33870 ................... 863-402-6549
124 S. 9th Ave., Ste. 100, ·
Wauchula 33873................ 863-773-6613
930 E. Parker St., Ste. 238,
Lakeland 33801 ................. 863-499-2596
3425 Lake Alfred Rd., 9 Gill Jones Plaza,
Winter Haven 33881.......... 863-401-2477
Public Defender:
J. Marion Moorman, 255 N. Broadway Ave.;
P.O. Box 9000, Drawer P.D.,
Bartow 33831.................... 863-534-4200
510 Fernleaf Ave., P.O. Box 3741,
Sebring 33871 ................... 863-402-6724
413 W. Orange St.,
Wauchula 33873................ 863-773-6758
Clerks, Circuit Court:
B. Hugh Bradley (Hardee)
P.O. Drawer 1749,
Wauchula 33873................ 863-773-4174
Luke Brooker (Highlands)
590 S. Commerce Ave.,
Sebring 33870 ................... 863-386-6564
Richard M. Weiss (Polk)
255 N. Broadway Ave., P.O. Box 9000,
Bartow 33831 .................... 863-534-4540

## ELEVENTH Judicial Circuit
(Dade County)
www.jud11.flcourts.org
Judges:
Joseph P. Farina (Chief Judge)
175 N.W. 1st Ave., Rm. 3045-LET
Miami 33130 ...................... 305-349-7054
Criminal Division:
Richard E. Gerstein Justice Bldg.,
1351 N.W. 12th St., Miami 33125
Peter Adrien, Rm. 305 ......... 305-548-5761
Barbara Areces, Rm. 712..... 305-548-5613
Stanford Blake (Admin. Judge),
Rm. 212 ............................ 305-548-5721
Beatrice Butchko, Rm. 408... 305-548-5728
Reemberto Diaz, Rm. 414..... 305-548-5730
Spencer Eig, Rm. 322 .......... 305-548-5182
Leonard E. Glick, Rm. 300 .. 305-548-5771
Jacqueline Hogan Scola, Rm. 603.. 305-548-5733
Julio Jimenez, Rm. 229 ....... 305-548-5168
Mark King Leban, Rm. 424... 305-548-5718
Ellen Leesfield, Rm. 400...... 305-548-5478
Peter R. Lopez, Rm. 201 ...... 305-548-5191
Antonio Marin, Rm. 420....... 305-548-5178
Dennis J. Murphy, Rm. 204... 305-548-5715
Orlando A. Prescott, Rm. 713.. 305-548-5618
Israel U. Reyes, Rm. 410...... 305-548-5167
Rosa Rodriguez, Rm. 318 ..... 305-548-5102
Jeffrey Rosinek (Assoc. Admin. Judge
Appellate Div.), Rm. 405 ... 305-548-5103

John Schlesinger, Rm. 625 ..305-548-5734
Lawrence A. Schwartz, Rm. 215.305-548-5110
Bertila Soto, Rm. 413 (Assoc. Admin. Judge)
...........................................305-548-5170
William Thomas, Rm. 209 ...305-548-5166
John W. Thornton, Jr., Rm. 317.305-548-5295
Marisa Tinkler Mendez, Rm. 711.305-548-5769
Dava J. Tunis, Rm. 624...........305-548-5536
Ellen Sue Venzer, Rm. 602 ...305-548-5403
Diane Ward, Rm. 217...........305-548-5727
**Family Division:**
Lawson E. Thomas Courthouse Center,
175 N.W. 1st Ave., Miami 33128
Jerald Bagley (Admin. Judge)
Rm. 2222 ...........................305-349-5681
Scott M. Bernstein, Rm. 2025 ..305-349-5744
Joel H. Brown ( Admin. Judge)
Rm. 2214 ...........................305-349-5720
Amy Steele Donner, Rm. 2314 .305-349-6240
Ronald Dresnick, Rm. 2915...305-349-6001
Eugene J. Fierro, Rm. 2015...305-349-5723
Leon Firtel, Rm. 2128............305-349-5741
Maynard A. Gross, Rm. 1925....305-349-5680
Sandy Karlan (Admin. Judge)
Rm. 2327 ...........................305-349-5753
Judith L. Kreeger, Rm. 2114.305-349-5729
Maxine Cohen Lando
Rm. 2227 ...........................305-349-5738
Roberto M. Pineiro, Rm. 2820..305-349-6162
Marc Schumacher, Rm. 2826...305-349-5735
Bernard S. Shapiro, Rm. 1915...305-349-5732
Paul Siegel, Rm. 2815...........305-349-5726
**General Jurisdiction Division:**
Dade Co. Cthse., 73 W. Flagler St.,
Miami 33130
Jennifer D. Bailey, Rm. 1001.305-349-7020
Mary Barzee Flores, Rm. 817 .305-349-7074
Jeri B. Cohen, Rm. 303...........305-349-7109
Gisela Cardonne Ely, Rm. 1500..305-349-7024
Maria Espinosa Dennis, Rm. 412
...........................................305-349-7144
Pedro P. Echarte, Jr., Rm. 505...305-349-6237
Kevin M. Emas, Rm. 1307 ...305-349-7157
Margarita Esquiroz, Rm. 635 305-349-7049
Joseph P. Farina, Rm. 3045-LET...305-349-7054
Ivan F. Fernandez, Rm. 1110 ..305-349-7016
Gill S. Freeman, Rm. 1407 ...305-349-7255
Ronald M. Friedman, Rm. 1304..305-349-7065
Michael A. Genden, Rm. 1202..305-349-7069
Jon I. Gordon (Assoc. Admin. Judge)
Rm. 400 ...........................305-349-7078
Gerald D. Hubbart, Rm. 243..305-349-7101
David C. Miller, Rm. 414 .......305-349-7082
Victoria Platzer, Rm. 416 .....305-349-7096
Jose M. Rodriguez, Rm. 1111 ..305-349-7122
Robert N. Scola, Jr., Rm. 1201 305-349-7131
Victoria S. Sigler, Rm. 525 ....305-349-7044
Scott J. Silverman, Rm. 800 ..305-349-7059
Stuart M. Simons (Admin. Judge)
Rm. 405 ...........................305-349-7152
Daryl E. Trawick, Rm. 524...305-349-7140
Thomas S. Wilson, Jr., Rm. 626.305-349-7161
Sarah I. Zabel, Rm. 1105......305-349-7029
**Juvenile Division:**
Juvenile Justice Center, 3300 N.W. 27th
Ave., Miami 33142
Douglas J. Chumbley, Rm. 204..305-633-6873
Mindy S. Glazer, Rm. 205......305-633-6879
William Johnson, Rm. 210 ...305-638-6229
Lester Langer (Assoc. Admin. Judge)
Rm. 206 ...........................305-638-6106
Cindy S. Lederman (Admin. Judge)
Rm. 201 ...........................305-638-6087
Valerie R. Manno Schurr, Rm. 215
...........................................305-633-1598
George A. Sarduy, Rm. 220...305-638-6521
Nushin G. Sayfie, Rm. 208 ...305-638-6238
Roger A. Silver, Rm. 212.......305-638-6234

**Probate Division:**
Dade Co. Cthse., 73 W. Flagler St.,
Miami 33130
Norman Gerstein, Rm. 309 ..305-349-7135
Maria M. Korvick (Admin. Judge)
Rm. 310 ...........................305-349-7086
Celeste H. Muir, Rm. 308 .....305-349-7105
Arthur L. Rothenberg, Rm. 311
...........................................305-349-7117
**Unified Family Court/Complex Litigation Div.:**
Lawson E. Thomas Cthse. Ctr.,
175 N.W. 1st Ave., Miami 33128
Joseph P. Farina (Admin. Judge)
Rm. 3045-LET...................305-349-7054
Mindy S. Glazer, Rm. 205.....305-633-6879
Sandy Karlan,
Rm. 2327-LET..................305-349-5753
Margaret Ann Rosenbaum,
Rm. 1718-LET..................305-349-5712
**Court Administrator:**
Ruben O. Carrerou, 175 1st Ave., Ste. 3016
Miami 33130 ..................305-349-7000
Fax .................................305-349-7011
**State Attorney:**
Katherine Fernandez Rundle
E.R. Graham Bldg., 1350 N.W. 12th Ave.,
Miami 33136-2111............305-547-0100
5400 N.W. 22 Ave., Miami 33142
...........................................305-636-2240
15555 Biscayne Blvd., Miami 33160
...........................................305-354-8725
10710 S.W. 211 St., Miami 33189
...........................................305-234-1430
**Public Defender:**
Bennett H. Brummer,
1320 N.W. 14th St., Miami 33125.
...........................................305-545-1600
3300 N.W. 27th Ave., 1st and 2nd Floors
Miami 33142 ..................305-638-6241
1500 N.W. 12th Ave., 9th Fl.
Miami 33136 ..................305-545-3348
175 N.W. First Ave., Ste. 2400
Miami 33128 ..................305-349-5780
**Clerk, Circuit and County Courts:**
Harvey Ruvin
Dade Co. Cthse., 73 W. Flagler St.,
Ste. 242, Miami 33130 ......305-275-1155

## TWELFTH Judicial Circuit
(DeSoto, Manatee, and Sarasota Counties)
www.12circuit.state.fl.us
**Judges:**
2002 Ringling Blvd., Sarasota 34237
Lee E. Haworth (Chief Judge)
...........................................941-861-7950
Donna Padar Berlin .......941-861-7933
Rochelle Curley...............941-861-4868
Rick A. DeFuria ..............941-861-7929
Deno G. Economou ..........941-861-7953
Robert W. McDonald, Jr. ...941-861-7935
Andrew D. Owens, Jr. .........941-861-7946
Charles E. Roberts.............941-861-7972
Becky Titus .....................941-861-4866
Charles E. Williams...........941-749-7942
R.L. Anderson Bldg., South Co. Cthse.,
4000 S. Tamiami Trail, Venice 34293
Robert B. Bennett, Jr..........941-861-3240
Manatee Co. Ctse., 1051 Manatee Ave. W.,
Bradenton 34206
Durand J. Adams................641-749-3631
Scott M. Brownell.............941-749-3623
Peter A. Dubensky.............941-749-3629
Janette Dunnigan...............941-749-3635
Marc B. Gilner ..................941-749-3621
Paul E. Logan ...................941-749-3625
Diana L. Moreland .............941-749-3617
Edward Nicholas ...............941-749-3633

Debra Riva...........................941-749-3619
DeSoto Co. Cthse., 115 E. Oak St.,
Arcadia 34266
James S. Parker...................863-993-4644
**Court Administration:**
Walt Smith, Court Administrator
2002 Ringling Blvd., 8th Fl.,
Sarasota 34237 ...............941-861-7800
**State Attorney:**
Earl Moreland
2071 Ringling Blvd., Ste. 400,
Sarasota 34237 ...............941-861-4400
Branch Offices:
1112 Manatee Ave. W.; P.O. Box 1000,
Bradenton 34206 ..........941-747-3077
115 E. Oak St., 3rd Fl., Arcadia 34266
...........................................863-993-4881
4000 S. Tamiami Trail,
Venice 34293 ..................941-861-3200
**Public Defender:**
Elliott C. Metcalfe, Jr.
2071 Ringling Blvd., 5th Fl.,
Sarasota 34237 ...............941-861-5500
Branch Offices:
920 Manatee Ave. W., Ste. 50
Bradenton 34205 ..........941-747-6436
115 DeSoto Co. Cthse., 115 E. Oak St.,
Arcadia 34266 ...............863-993-4891
4000 S. Tamiami Trail, Rm. 221,
Venice 34293 ..................941-861-3540
**Clerks, Circuit Court:**
Mitzie McGavic (DeSoto), 115 E. Oak St.,
Rm. 101, Arcadia 34266.....863-993-4876
Fax .................................869-993-4669
R.B. "Chips" Shore (Manatee),
P.O. Box 25400
Bradenton 34206 ...............941-749-1800
Fax .................................941-741-4082
Karen E. Rushing (Sarasota), 2000 Main St.,
Sarasota 34237 ...............941-861-7400
Fax .................................941-861-7453

## THIRTEENTH Judicial Circuit
(Hillsborough County)
www.fljud13.org
**Judges:**
Edgecomb Cthse.: 800 E. Twiggs St.,
Tampa 33602
N. Annex: 801 E. Twiggs St.,
Tampa 33602-3554
Plant City: 302 N. Michigan Ave., Plant City 33563
Annex: 800 E. Kennedy Blvd.,
Tampa 33602-4146
Old Cthse.: 419 Pierce St., Tampa 33602-4022
Floriland Mall (Traffic): 9309 N. Florida Ave.,
Rm. 103 Tampa 33612
Manuel Menendez, Jr. (Chief Judge)
800 E. Twiggs St., Rm. 602,
Tampa 33602.....................813-272-5022
**Criminal Justice and Trial:**
North Annex:
Lamar A. Battles, 317..........813-272-6875
Anthony K. Black, 462..........813-272-6559
Barbara Fleischer, 516 ........813-272-6872
Gregory P. Holder, 334.........813-272-6851
Daniel L. Perry, 123 (Assoc. Admin.)
...........................................813-272-6855
Wayne Timmerman, 344 ...813-272-6850
Mark R. Wolfe, 213 ............813-272-6879
Annex:
Ronald Ficarrotta, 122 (Assoc. Admin.)
...........................................813-272-7139
Robert A. Foster, 125 ..........813-272-5450
Manuel A. Lopez, 109..........813-272-7225
Daniel H. Sleet, 121..............813-272-6874
Edgecomb:
William Fuente, 426 ............813-272-6870
**General Civil:**

## FOURTEENTH Judicial Circuit
(Bay, Calhoun, Gulf, Holmes, Jackson,
and Washington Counties.)
www.jud14.flcourts.org

Judges:
Calhoun Co. Cthse., 20859 E. Central Ave.
Blountstown 32424
Hentz McClellan (Chief Judge)
............................................850-674-5442
Bay Co. Cthse., 300 E. 4th St., Panama City 32401
Richard Albritton....................850-747-5318
Dedee S. Costello ....................850-747-5341
Jim Fensom............................850-914-6485
Michael C. Overstreet...............850-747-5650
Judy M. Pittman ......................850-747-5320
Don T. Sirmons........................850-747-5322
Elijah Smiley ..........................850-767-3341
Jackson Co. Cthse., 4445 Lafayette St.,
Marianna 32446
Brantley S. Clark, Jr. ...............850-482-9659
William L. Wright ....................850-482-9078
Washington Co. Cthse . 1293 Jackson Ave.
Chipley 32428
Allen L. Register....................850-638-6255
Court Administrator:
Jan Shadburn, P.O. Box 1089,
Panama City 32402 ...........850-747-5370
State Attorney:
Steve Meadows, 421 Magnolia Ave;
P.O. Box 1040,
Panama City 32402 ...........850-872-4473
Calhoun County: P.O. Box 503,
Blountstown 32424 ..........850-674-4589
Gulf County: P.O. Box 922,
Port St. Joe 32457 ...........850-229-6131
Holmes County: P.O. Box 787,
Bonifay 32425 ..................850-547-2262
Jackson County: P.O. Box 956,
Marianna 32446.................850-482-9555
Washington County: P.O. Box 590,
Chipley 32428 ..................805-638-6150
Public Defender:
Herman D. Laramore, P.O. Box 636,
Marianna 32447-0636 .......850-482-9366
Calhoun County:
20859 Central Ave. E., Rm. 207,
Blountstown 32424 ..........850-674-9301
Bay County: P.O. Box 580,
Panama City 32402 ...........850-784-6155
Washington and Holmes counties:
1293 Jackson Ave., Bldg. 300, Ste. B,
Chipley 32428 ..................850-638-6000
Gulf County: 1000 Cecil G. Costin Blvd.,
Rm. 228, Port St. Joe 32456 ..850-229-9600
Clerks, Circuit Court:
Harold Bazzel (Bay), 300 E. 4th St.,
Panama City 32401 ...........850-763-9061
Ruth Attaway (Calhoun)
20859 E. Central Ave., #130,
Blountstown 32424 ..........850-674-4545
Becky Norris (Gulf), 1000 Cecil G. Costin, Sr Blvd.,
Port St. Joe 32456 ...........850-229-6113
Cody Taylor (Holmes)P.O. Box 397,
Bonifay 32425 ...................850-547-1101
Dale R. Guthrie (Jackson), P.O. Box 510,
Marianna 32446.................850-482-9552
Linda Cook (Washington), P.O. Box 647,
Chipley 32428 ...................850-638-6285

## Edgecomb:
James D. Arnold, 514............813-272-6991
James M. Barton II, 512 (Admin.)
............................................813-272-6994
Charles Ed Bergmann, 526....813-272-5774
Martha Cook, 511 ..................813-276-2968
Marva L. Crenshaw, 519........813-307-4751
Frank Gomez, 527 ..................813-272-5414
Charlene E. Honeywell, 522....813-272-6991
Claudia R. Isom, 513 .............813-272-6972
William P. Levens, 520 ...........813-272-6360
Richard A. Nielsen, 524 .........813-272-5330
Sam D. Pendino, 525..............813-272-6993
Annex:
J. Rogers Padgett, 124 ...........813-301-7288
Drug Court:
N. Annex:
Vivian C. Maye, 330...............813-276-2433
East Circuit:
Plant City:
Chet A. Tharpe, Rm. 9 ...........813-272-6550
Christine K. Vogel, Rm. 7 .......813-272-6530
Emergency/First Appearance:
Annex:
Walter R. Heinrich, 123.........813-272-6841
Probate, Guardianship & Trust:
Edgecomb
Susan Sexton, 430 ..................813-272-5211
United Family Court:
Edgecomb:
Rex M. Barbas, 425................813-276-2478
Debra K. Behnke, 421 ...........813-272-7137
J. Kevin Carey, 422 ................813-272-6999
Jack Espinosa, Jr., 416...........813-307-4750
Katherine G. Essrig, 523 ........813-272-5080
Kimberly K. Fernandez, 424 ..813-272-5496
Raul C. Palomino, Jr., 312......813-272-5122
Emily A. Peacock, 427 ...........813-272-6913
Christopher Sabella, 428........813-272-6997
Tracy Sheehan, 429................813-307-4750
Bernard C. Silver, 423 ...........813-272-5777
Scott Stephens, 420................813-272-6992
Ralph E. Stoddard, 521 .........813-272-6995
Cheryl Thomas, 313................813-272-7138
N. Annex:
Herbert Baumann, Jr., 437 (Admin.)
............................................813-272-7266
Vivian C. Corvo, 330 ..............813-276-2433
Ashley B. Moody, 415.............813-272-5775
Denise Pomponio, 429 ...........813-272-5819
Michelle Sisco, 414 ................813-276-2338
Court Administrator:
Michael T. Bridenback, 800 E. Twiggs St.,
Rm. 604, Tampa 33602 ....813-272-5894
State Attorney:
Mark A. Ober, 800 E. Kennedy Blvd.,
Tampa 33602....................813-272-5400
Branch Office:
302 N. Michigan Ave.,
Plant City 33563................813-757-3890
Public Defender:
Julianne M. Holt, 700 E. Twiggs St.,
Tampa 33602
P.O. Box 172910, Tampa 33672..813-272-5980
Plant City Office: 302 N. Michigan Ave.,
Plant City 33563
Clerk, Circuit & County Courts:
Pat Frank, P.O. Box 1110,
Tampa 33601.....................813-276-8100

## FIFTEENTH Judicial Circuit
(Palm Beach County)
15thcircuit.co.palm-beach.fl.us/

Judges:
Kathleen J. Kroll (Chief Judge)
Palm Beach County Courthouse,
205 N. Dixie Hwy., Rm. 5.2500
West Palm Beach 33401 ....561-355-4378
Civil Division:
Thomas A. Barkbull .............561-355-1523
Edward H. Fine ....................561-355-6386
David French .......................561-355-1940
Edward A. Garrison...............561-355-2698
Jonathan D. Gerber (Admin.)..561-355-1774
John J. Hoy ..........................561-355-6385
Glenn Kelley ........................561-355-1980
Diana Lewis .........................561-355-2097
Timothy P. McCarthy .............561-355-2147
Robin Rosenberg..................561-355-1950
Kenneth D. Stern...................561-355-6115
Jeffrey A. Winikoff................561-355-3496
Family Law Division:
Catherine Brunson (Admin.) ..561-355-2595
David F. Crow .......................561-355-6580
Elizabeth T. Maass ...............561-355-6050
Stephen A. Rapp...................561-355-3838
Foreclosure Division:
Jeffrey Colbath ....................561-355-6570
Civil (N. County) ...............561-624-6551
Juvenile Division:
Ronald V. Alvarez..................561-355-4410
Moses Baker, Jr. (Admin. Judge)
............................................561-355-4622
Peter Blanc .........................561-355-1721
Karen Martin .......................561-355-3842
Criminal Division:
Lucy Chernow Brown............561-355-4866
Charles E. Burton.................561-355-4952
Edward A. Garrison (Admin. Judge)
............................................561-355-2698
Jorge Labarga......................561-355-3964
Krista Marx (Admin.).............561-355-1898
Sandra K. McSorley..............561-355-3625
Karen Miller ........................561-355-6602
Trial Division:
Richard I. Wennet.................561-355-2315
Probate and Guardianship Division:
Jack H. Cook (Admin.) ..........561-355-3730
John L. Phillips (S. Cnty).......561-330-1750
Richard L. Oftedal (N. Cnty)..561-624-6593
South Co. Cthse., 200 W. Atlantic Ave.,
Delray Beach 33444
Martin H. Colin ....... .............561-274-1415
Amy Smith............................561-274-1487
John L. Phillips (Admin.)........561-330-1750
Court Administrator:
Barbara Dawicke, 205 N. Dixie Hwy.,
Rm. 5.2503, West Palm Beach 33401
............................................561-355-2431
State Attorney:
Barry Krischer, 401 N. Dixie Hwy.,
West Palm Beach 33401 ....561-355-7100
200 W. Atlantic Ave., Ste. 100,
Delray Beach 33444...........561-274-1490
38844 S.R. 80,
Belle Glade 33430.............561-996-4820
3188 PGA Blvd.,
Palm Beach Gardens 33410 ..561-624-6630
3228 Gun Club Rd.,
West Palm Beach 33406 ....561-688-4640
Public Defender:
Carey Haughwout,
Criminal Justice Bldg., 421 3rd St.,
West Palm Beach 33401 ....561-355-7500
3228 Gun Club Rd.,
West Palm Beach 33406 ....561-688-4610
3188 PGA Blvd.,
Palm Beach Gardens 33410..561-624-6560

View the Court Section Online at:
www.floridabar.org

200 W. Atlantic Ave.,
Delray Beach 33444..........561-274-1522
2976 S.R. 15,
Belle Glade 33430..............561-996-4880
Clerk, Circuit and County Courts:
Sharon Bock, 205 N. Dixie Hwy.; P.O. Box 229
West Palm Beach 33401 ....561-355-2996

## SIXTEENTH Judicial Circuit
(Monroe County)
www.keyscourts.net
Judges:
502 Whitehead St., Key West 33040
Sandra Taylor (Chief Judge)..305-292-3480
Mark H. Jones.....................305-292-3422
David Audlin.......................305-292-3433
Marathon............................305-289-2870
88820 Overseas Highway, Plantation 33070
Luis M. Garcia.....................305-852-7165
Court Administrator:
Mary VandenBrook, 502 Whitehead St.,
1st Fl., Key West 33040 ...305-295-3640
Fax: ..................................305-292-3435
State Attorney:
Mark E. Kohl
530 Whitehead St., Ste. 201
Key West 33040..................305-292-3400
4695 Overseas Hwy.
Marathon 33050...................305-289-2593
88820 Overseas Hwy.
Tavernier 33070.................305-852-7170
Public Defender:
Rosemary E. Enright,
P.O. Box 4127 (33041), 524 Eaton St.,
Key West 33040..................305-294-2501
Branch Offices:
89240 S. Overseas Highway, Ste. 2,
Tavernier 33070...........305-853-3232
4695 Overseas Highway, Ste. 2,
Marathon 33050.............305-289-6015
Clerk, Circuit Court:
Danny L. Kolhage, 500 Whitehead St.,
Key West 33040..................305-292-4641

## SEVENTEENTH Judicial Circuit
(Broward County)
www.17th.flcourts.org
Judges:
Broward Co. Cthse., 201 S.E. 6th St.,
Ft. Lauderdale 33301
Victor Tobin (Chief Judge) ...954-831-6332
Civil Division:
Cheryl J. Aleman ................954-831-6341
Robert Andrews .................954-831-7717
John B. Bowman.................954-831-6362
Robert B. Carney (Admin.)...954-831-7642
Richard D. Eade.................954-831-7804
Barry E. Goldstein.............954-831-7755
Charles M. Greene..............954-831-7700
Patti Englander Henning.....954-831-7787
John T. Luzzo ....................954-831-7829
Thomas M. Lynch IV (Admin.)..954-831-7831
Leroy H. Moe .....................954-831-7793
Carol-Lisa Phillips ..............954-831-7554
Robert A. Rosenberg ...........954-831-6021
Dale Ross ...........................954-831-7837
Ronald Rothschild ...............954-831-7795
Jeffrey E. Streitfeld ............954-831-7809
Peter M. Weinstein ..............954-831-5506
Criminal Division:
Paul L. Backman .................954-831-7566
Marcia Beach (Drug Ct.)......954-831-7871
Martin J. Bidwell.................954-831-7091
Dale C. Cohen .....................954-831-5895

Pedro E. Dijols .....................954-831-7565
Ana I. Gardiner (Admin.).....954-831-6767
Michael L. Gates..................954-831-7112
Marc H. Gold.......................954-831-7807
Ilona M. Holmes...................954-831-7797
Cynthia G. Imperato.............954-831-1653
Michael G. Kaplan ...............954-831-1663
Stanton S. Kaplan ...............954-831-7791
Susan Lebow.......................954-831-7853
Jeffrey R. Levenson ..............954-831-7817
John J. Murphy III ...............954-831-1648
Eileen O'Connor ..................954-831-1673
Mily Rodriguez-Powell .........954-831-7785
Andrew L. Siegel ..................954-831-6348
Michelle Towbin Singer........954-831-7825
Unified Family Court:
Susan J. Aramony.................954-831-6916
Arthur M. Birken..................954-831-7819
Marina Garcia-Wood ...........954-831-3580
Renee Goldenberg (Admin.)..954-831-7395
Susan F. Greenhawt ..............954-831-7749
Alfred J. Horowitz................954-831-7765
Victor Tobin........................954-831-6332
Jack Tuter...........................954-831-7576
Linda L. Vitale.....................954-831-7779
(Domestic Violence Division)
Geoffrey D. Cohen...............954-831-7823
Matthew I. Destry ................954-831-7342
Julio E. Gonzalez, Jr. ...........954-831-7489
Juvenile Division:
(Dependency)
Martin Dishowitz .................954-831-5601
John A. Frusciante (Admin.) 954-831-7704
David Krathen .....................954-831-6389
Lisa Porter .........................954-831-0601
Carlos S. Rebollo.................954-831-7708
Hope Bristol Tieman .............954-831-7882
(Delinquency)
Charlie I. Kaplan .................954-831-6787
Michael J. Orlando ...............954-831-6344
Elijah H. Williams ...............954-831-6974
Howard M. Zeidwig..............954-831-7763
Probate Division:
Mel Grossman .....................954-831-7759
Dale Ross ...........................954-831-7837
Mark A. Speiser ..................954-831-7805
Victor Tobin........................954-831-6332
Trial Court Administrator:
Carol Lee Ortman, Rm. 880...954-831-7740
State Attorney:
Michael J. Satz
201 S.E. 6th St.,
Ft. Lauderdale 33301 ........954-831-6955
Satellite Offices:
1600 W. Hillsboro Blvd.,
Deerfield Beach 33442
100 W. Pine Island Rd., Plantation 33324
3550 Hollywood Blvd., Hollywood 33021
Public Defender:
Howard Finkelstein
201 S.E. 6th St., Rm. 3872
Ft. Lauderdale 33301 ....... 954-831-8650
North Satellite Courthouse:
1600 N. Hillsboro Blvd.,
Deerfield Beach 33442......954-831-1420
South Satellite:
3550 Hollywood Blvd., Rm. 155,
Hollywood 33021.................954-831-0383
West Satellite:
100 N. Pine Island Rd.,
Plantation 33324 ..............954-831-2366
Clerk of Circuit and County Courts:
Howard C. Forman
201 S.E. 6th St., Ft. Lauderdale 33301
..................................954-831-7019

## EIGHTEENTH Judicial Circuit
(Brevard and Seminole Counties)
www.flcourts18.org
Judges:
Seminole County Cthse., 301 N. Park Ave.,
Sanford 32771
Clayton D. Simmons (Chief Judge)
.................................407-665-4299
Alan A. Dickey ....................407-665-4048
Nancy I. Alley .....................407-665-4245
James E.C. Perry ................407-665-4218
Criminal Justice Center, 101 Bush Blvd.,
Sanford 32771
Marlene M. Alva ..................407-665-4926
O.H. Eaton, Jr. ....................407-665-4939
Donna McIntosh ..................407-665-4993
Debra Steinberg Nelson .......407-665-4996
Juvenile Justice Center, 190 Bush Blvd.,
Sanford 32773-6196
John D. Galluzzo..................407-665-5342
Kenneth R. Lester, Jr...........407-665-5341
Brevard Co. Justice Center, Harry T. and
Harriette V. Moore Justice Center, 2825
Judge Fran Jamieson Way, Viera 32940
Meryl L. Allawas.................321-617-7285
Charlie Crawford.................321-617-7258
Lisa Davidson ....................321-617-7281
David Dugan ......................321-617-7279
Jim Earp............................321-617-7236
John M. Griesbaum ..............321-617-7289
John M. Harris ....................321-617-7287
Bruce W. Jacobus ................321-617-7260
George W. Maxwell III..........321-617-7256
Tonya Rainwater ..................321-617-7283
Morgan Laur Reinman...........321-617-7272
J. Preston Silvernail.............321-617-7262
George B. Turner .................321-617-7284
Robert A. Wohn, Jr. .............321-617-7274
Titusville Courthouse, 506 S. Palm Ave.,
Titusville 32796-3592
Charles M. Holcomb .............321-264-6756
John Dean Moxley, Jr. ..........321-264-6759
Court Administrator:
Mark Van Bever, 2825 Judge Fran
Jamieson Way, Viera 32940..321-637-5555
State Attorney:
Norman R. Wolfinger
2725 Judge Fran Jamieson Way, Bldg. D,
Viera 32940 .....................321-617-7510
400 South St., Titusville 32780
.................................321-264-6933
101 Bush Blvd., Sanford 32771
.................................407-665-6000
51 S. Nieman Ave., Melbourne 32901
.................................321-952-4617
190 N. Bush Blvd. (Juvenile), Sanford
32773 ..............................407-665-5454
Public Defender:
James F. Russo, 2725 Judge Fran Jamieson
Way, Bldg. E, 2d Fl., Viera 32940
.................................321-617-7373
400 South St., Titusville ...321-617-7373
190 Bush Blvd., Juvenile Office, Sanford
32773 ..............................407-665-4524
101 Bush Blvd.; P.O. Box 8004, Sanford
32772 ..............................407-665-4524
Clerks, Circuit Court:
Scott Ellis (Brevard)
400 South St., 2nd Fl.;
P.O. Box 999, Titusville 32781
.................................321-637-2000
Maryanne Morse (Seminole)
P.O. Box 8099, Sanford 32772-8099
.................................407-665-4330

## NINETEENTH Judicial Circuit
(Indian River, Martin, Okeechobee, and St. Lucie Counties)
www.circuit19.org

**Judges:**
William L. Roby (Chief Judge)
250 N.W. Country Club Dr.,
Port St. Lucie 34986 ..........772-871-7252
218 S. 2nd St., Ft. Pierce 34950
Barbara Bronis, 316 .............772-462-2761
Ben L. Bryan, Jr., 324.............772-462-1460
Larry Schack, 213.................772-462-2545
Cynthia L. Cox, 312................772-462-2382
James W. McCann, 327...........772-462-1469
Robert E. Belanger, 320.........772-462-1470
135 N. 7th St., Ft. Pierce 34950
Burton C. Connor, Ste. B ......772-462-6809
2000 16th Ave., Vero Beach 32960
Robert A. Hawley, Ste. 374 ...772-770-5054
Paul B. Kanarek, Ste. 375 ....772-770-5052
Robert L. Pegg, Ste. 384 .......772-770-5050
Dan L. Vaughn, Ste. 383........772-770-5231
100 S.E. Ocean Blvd., Stuart 34994
Sherwood Bauer, Jr. Ste. A371 .772-288-5575
Robert E. Belanger, Ste. A263 .772-288-5560
Steven J. Levin, Ste. A363......772-223-4827
Robert R. Makemson, Ste. A359 .772-288-5570
Elizabeth A. Metzger, Ste. A353 .772-463-3281
Sherwood Bauer, Jr., Ste. A371 .772-288-5575
312 N.W. 3rd St., Okeechobee 34972
Lawrence Mirman .................863-763-1122
F. Shields McManus ..............863-763-1240

**Court Administrator:**
Thomas A. Genung, 250 N.W. Country Club Dr.,
Ste. 217, Port St. Lucie 34986
..........................................772-807-4370

**State Attorney:**
Bruce Colton, 411 S. Second St.,
Ft. Pierce 34950 .................772-462-1300
100 East Ocean Blvd., Ste. 400,
Stuart 34994 ......................772-288-5646
2000 16th Ave., Ste. 329,
Vero Beach 32960 .............772-778-5060
501 N.W. 5th Ave., Ste. 401,
Okeechobee 34972 .............863-763-5557

**Public Defender:**
Diamond R. Litty, 216 S. 2nd St.,
Ft. Pierce 34950 .................772-462-2048
2000 16th Ave., Ste. 235
Vero Beach 32960 .............772-770-5080
312 N.W. 3rd St., Ste. 220
Okeechobee 34972 .............863-763-7977
100 E. Ocean Blvd., Ste. 300
Stuart 34994 ......................772-288-5581
1664 S.E. Walton Rd., Ste. 203,
Port St. Lucie 34952 ..........772-337-5691

**Clerks, Circuit Court:**
Jeffrey K. Barton (Indian River), P.O. Box 1028,
Vero Beach 32961-1028 .....772-770-5185
Marsha Ewing (Martin), P.O. Drawer 9016,
Stuart 34995-9016 .............772-288-5576
Sharon Robertson (Okeechobee),
312 N.W. 3rd St.,
Okeechobee 34972 ..............863-763-2131
Edwin M. Fry, Jr. (St. Lucie), P.O. Box 700,
Ft. Pierce 34954 .................561-462-6900

## TWENTIETH Judicial Circuit
(Charlotte, Collier, Glades, Hendry and Lee Counties)
www.ca.cjis20.org

**Judges:**
Lee County Justice Center,
1700 Monroe St., Ft. Myers 33901
G. Keith Cary (Chief Judge)... 239-533-9140
John S. Carlin (Admin.) ....... 239-533-2871

R. Thomas Corbin.................239-533-2500
John W. Dommerich.............239-533-2913
Joseph C. Fuller..................239-533-2831
Lynn Gerald, Jr....................239-533-2775
Michael T. McHugh...............239-533-9152
Thomas S. Reese..................239-533-9161
Jay B. Rosman.....................239-533-9161
James H. Seals....................239-533-9160
Joseph A. Simpson...............239-533-8297
Hugh E. Starnes (Admin.).....239-533-9162
Margaret O. Steinbeck .........239-533-9147
Mark A. Steinbeck................239-533-8244
Edward J. Volz Jr..................239-533-2860
Sherra Winesett...................239-533-2600
Collier Co. Cmplx, 3301 E. Tamiami Tr.,
Naples 34112
Franklin G. Baker ...............239-774-8126
Lauren L. Brodie .................239-774-8909
Cynthia A. Ellis (Admin.) .....239-732-2783
Frederick R. Hardt ..............239-774-8395
Hugh D. Hayes....................239-774-8116
Elizabeth V. Krier ................239-304-4260
Keith K. Kyle ......................239-304-4264
Lawrence D. Martin ............239-774-8747
Daniel R. Monaco................239-774-8118
Charlotte Co. Justice Center,
350 E. Marion Ave., Punta Gorda 33950
Elisabeth Adams.................941-637-2257
Lynne E. Dailey ..................941-637-3033
Donald E. Pellicchia (Admin.)..941-637-2170
J. Frank Porter ...................941-637-2375
Hendry County Courthouse,
25 E. Hickpoochee Avenue; P.O. Box 567
LaBelle 33975
James Shenko......................863-675-5225

**Court Administrator:**
L. Caron Jeffreys, 1700 Monroe St.,
Ft. Myers 33901 .................239-335-2231
Fax:....................................239-335-2387

**State Attorney:**
Stephen B. Russell, Lee Co. Justice Ctr.,

Felony/Domestic Division:
1700 Monroe St., 7th Fl.;
P.O. Drawer 399,
Ft. Myers 33902 ............239-335-2700
County Court Division:
2000 Main St., 6th Fl.,
Ft. Myers 33901 .............239-533-1000
Charlotte: 350 E. Marion St.,
Punta Gorda 33950..........941-637-2104
Collier: 3301 E. Tamiami Trail, 6th Fl.,
Naples 34112......................239-774-8470
Glades: 500 Ave. J; P.O. Box 1087
Moore Haven 33471..........863-946-0077
Hendry: 1045 Pratt Blvd.; P.O. Drawer 387,
LaBelle 33975 ..................863-612-4920

**Public Defender:**
Kathleen A. Smith,
Lee: P.O. Drawer 1980, 1700 Monroe St.,
Ft. Myers 33902-1980 .....239-335-2911
1039 S.E. 9th Place, Ste. 201,
Cape Coral 33915...........239-242-7701
Collier: 2260 Airport Rd.,
Naples 34112-4902..........239-774-8397
Charlotte: P.O. Box 510304,
Punta Gorda 33951-0304 ..941-637-2181
Glades: 500 Avenue J,
Moore Haven 33471.........863) 675-5263
Hendry: P.O. Box 1345,
LaBelle 33935-1345 ........863-675-5249

**Clerks, Circuit Court:**
Barbara Scott (Charlotte), P.O. Box 511687,
Punta Gorda 33951-1687 ..941-637-2199
Dwight E. Brock (Collier),
3301 Tamiami Tr., Bldg. L, 5th Fl.,
Naples 34112.....................239-252-2745
Joe Flint (Glades), P.O. Box 10,
Moore Haven 33471..........863-946-6010
Barbara S. Butler (Hendry),
25 E. Hickpoochee Ave.,
LaBelle 33975 ..................863-675-5217
Charlie Green (Lee), P.O. Box 2469
Ft. Myers 33902 ...............239-533-5000



St. Jude patient Brook (center) with her sisters

*Honor a friend...*
*Remember a loved one.*

*Finding cures. Saving children.*

# COUNTY COURTS

## ALACHUA
### (8th Judicial Circuit)
**www.clerk-alachua-fl.org**
County Court Judges:
220 S. Main St., Gainesville 32601
  Walter M. Green, Rm. A207 ..352-264-6996
  Victor Lawson Hulslander, Rm. A203
  ..................................352-374-3643
  Thomas M. Jaworski, Rm. A221 .352-374-3650
201 E. University Ave., Gainesville 32601
  Mary Day Coker, Rm. 206 ....352-337-6130
  William E. Davis, Rm. 201 ...352-264-7007
Clerk of Circuit & County Courts:
  J.K. "Buddy" Irby, P.O. Box 600,
  Gainesville 32602-0600 .....352-374-3636
  Fax.......................................352-338-3201
Sheriff:
  Sadie Darnell, 2621 S.E. Hawthorne Rd.,
  Gainesville 32641 .............352-367-4000

## BAKER
### (8th Judicial Circuit)
**www.bakercountyfl.org/clerk**
County Court Judge:
  Joseph M. Williams, 339 E. Macclenny
  Ave., Macclenny 32063 ......904-259-3575
Clerk of Circuit and County Courts:
  Al Fraser, 339 E. Macclenny Ave.,
  Macclenny 32063 ...............904-259-8113
  Fax......................................904-259-4176
Sheriff:
  Joey Dobson, 56 N. Second St.,
  Macclenny 32063 ...............904-259-2231

## BAY
### (14th Judicial Circuit)
**www.baycoclerk.com**
County Court Judges:
  Bay County Cthse., 300 E. Fourth St.,
  Panama City 32401
  Michael J. Hauversburk.......850-747-5515
  John D. O'Brien ...................850-747-5211
  Shane Vann...........................850-747-5205
  Thomas F. Welch ..................850-747-5208
Clerk of Circuit and County Courts:
  Harold Bazzel, 300 E. Fourth St.,
  Panama City 32401 ............850-763-9061
  Fax......................................850-747-5359
Sheriff:
  W. Frank McKeithen, 3421 Hwy. 77,
  Panama City 32405 ..........850-747-4700

## BRADFORD
### (8th Judicial Circuit)
**www.bradfordclerk.com**
County Court Judge:
  Bradford Cty. Cthse., 945 N. Temple Ave.,
  Starke 32091
  Johnny R. Hobbs, Jr., P.O. Drawer 340
  ....................................904-966-6221
Clerk of Circuit and County Courts:
  Ray Norman, 945 N. Temple Ave.;
  P.O. Drawer B, Starke 32091 ..904-966-6280
  Fax......................................904-966-6256
Sheriff:
  Robert W. Milner, Jr., 945-B N. Temple Ave.;
  Starke 32091 ......................904-966-6380

## BREVARD
### (18th Judicial Circuit)
**www.brevardclerk.us**
County Court Judges:
Melbourne Cthse., 51 S. Nieman Ave.,
  Melbourne 32901
  Benjamin B. Garagozlo, Ste. 160
  ....................................321-952-4702
  David E. Silverman, Ste. 130..321-952-4703
Moore Justice Center, 2825 Judge Fran
  Jamieson Way, Viera 32940
  Judy Atkin ..........................321-637-5644
  Rhonda E. Babb....................321-637-5604
  Cathleen B. Clarke ..............321-617-7266
  A.B. Majeed..........................321-617-7270
  William T. McCluan..............321-617-7268
  Kelly J. McKibben ................321-637-5594
  John C. Murphy ....................321-637-5641
Titusville Cthse., 506 S. Palm Ave.,
  Titusville 32796
  Kenneth Friedland................321-264-6777
  Oscar A. Hotusing.................321-264-6996
Clerk of the Circuit & County Courts:
  Scott Ellis, 400 South St., 2nd Fl.;
  P.O. Box 999, Titusville 32781
  ....................................321-637-2000
  Fax......................................321-264-6940
Sheriff:
  J.R. Parker, 700 S. Park Ave., Bldg. J,
  Titusville 32780 .................321-264-5201

## BROWARD
### (17th Judicial Circuit)
**www.browardclerk.org**
County Court Judges:
Broward Co. Cthse., 201 S.E. 6th St.,
  Ft. Lauderdale 33301
  Sharon Zeller (Admin.).........954-831-7841
Civil Division:
  Martin R. Dishowitz ...........954-831-5601
  Leonard Feiner....................954-831-7821
  Robert W. Lee (Chair) .........954-831-5509
  Linda R. Pratt.....................954-831-7776
  Lee Jay Seidman..................954-831-7691
  Peter B. Skolnik ..................954-831-7835
  Lisa G. Trachman .................954-831-6033
  Robert S. Zack ....................954-831-7307
Criminal Division:
  Fred J. Berman .................954-831-7567
  Gary Cowart (Chair-County Crim.)
  ....................................954-831-7568
  Robert F. Diaz ....................954-831-7783
  Leonard Feiner ...................954-831-7821
  Peggy Gehl .........................954-831-7675
  Kathleen Ireland.................954-831-7671
  Joel T. Lazarus ...................954-831-5842
  Ginger Lerner-Wren ............954-831-7240
  Joseph A. Murphy ...............954-831-7706
  Gisele Pollack......................954-831-0456
  Mary Rudd Robinson ...........954-831-7039
  Stacy Ross ...........................954-831-7396
  Lee Jay Seidman..................954-831-7691
County Court Satellite Courthouses:
South Regional Co. Cthse.,
  3550 Hollywood Blvd., Hollywood 33021
  Eric M. Beller......................954-831-0306
  Terri-Ann Miller.................954-831-0473
  Arlene Joy Simon..............954-831-0308
West Regional Cthse., 100 N. Pine Island Rd.,
  Plantation 33324
  Catalina M. Avalos..............954-831-3304
  Jane D. Fishman (Chair)...954-831-2314

Alan R. Marks....................954-831-3381
Steven Shutter...................954-831-7571
North Regional Cthse., 1600 W. Hillsboro Blvd.,
  Deerfield Beach 33442
  Stephen P. DeLuca..............954-831-0322
  Jill K. Levy.........................954-831-1272
  Louis H. Schiff....................954-831-7839
Clerk of Circuit and County Courts:
  Howard C. Forman, 201 S.E. 6th St.,
  Ft. Lauderdale 33301 .......954-831-7019
  Fax......................................954-831-7047
Sheriff:
  Al Lamberti, 2601 W. Broward Blvd.;
  P.O. Box 9507, Ft. Lauderdale 33312
  ....................................954-831-8900

## CALHOUN
### (14th Judicial Circuit)
**www.calhounclerk.com**
County Court Judge:
  Kevin Grover, 20859 E. Central Ave.,
  Rm. 117, Blountstown 32424
  ....................................850-674-5061
Clerk of Circuit and County Courts:
  Ruth Attaway, 20859 Central Ave. E., Rm.
  130, Blountstown 32424 ...850-674-4545
  Fax:.....................................850-674-5553
Sheriff:
  David L. Tatum, 20776 Central Ave. E.,
  Blountstown 32424 ...........850-674-5049

## CHARLOTTE
### (20th Judicial Circuit)
**www.co.charlotte.fl.us/clrkinfo/clerk_**
**default.htm**
County Court Judges:
350 E. Marion Ave., Punta Gorda 33950
  Paul Alessandroni................941-505-4826
  Peter A. Bell.......................941-637-2291
  W. Wayne Woodard .............941-637-2266
Clerk of Circuit and County Courts:
  Barbara T. Scott, 350 E. Marion Ave., P.O.
  Box 511687, Punta Gorda 33951
  ....................................941-637-2199
  Fax......................................941-637-2172
Sheriff:
  John G. Davenport, 7474 Utilities Rd.,
  Punta Gorda 33982...........941-639-2101

## CITRUS
### (5th Judicial Circuit)
**www.clerk.citrus.fl.us**
County Court Judge:
  Mark J. Yerman, 110 N. Apopka Ave.,
  Inverness 34450.................352-341-6713
Clerk of Circuit and County Courts:
  Betty Strifler, 110 N. Apopka Ave.,
  Inverness 34450-4299........352-341-6400
  Fax......................................352-341-6491
Sheriff:
  Jeffrey J. Dawsy, 1 Dr. Martin Luther King,
  Jr., Ave., Inverness 34450..352-726-4488

## CLAY
### (4th Judicial Circuit)
**clayclerk.com**
County Court Judge:
  Clay Co. Cthse., P.O. Box 1018,
  Green Cove Springs 32043

Timothy R. Collins................904-284-6327
Richard R. Townsend..........904-529-4730
Clerk of Circuit and County Courts:
James B. Jett, 825 N. Orange Ave.;
   P.O. Box 698,
   Green Cove Springs 32043...904-284-6317
   Fax....................................904-284-6390
Sheriff:
Rick Beseler, Jr., P.O. Box 548,
   Green Cove Springs 32043...904-264-6512

## COLLIER
### (20th Judicial Circuit)
#### www.clerk.collier.fl.us/
County Court Judges:
Collier Co. Govt. Complex, 3301 E. Tamiami
   Trail, Naples 34112
   Michael Carr........................239-304-4262
   Robert L. Crown ................239-530-6851
   Christine Greider ...............239-530-6846
   Ramiro Mañalich ...............239-774-8110
   Vince Murphy .....................239-774-8114
   Eugene C. Turner ...............239-774-8125
Clerk of Circuit and County Courts:
Dwight E. Brock, 3301 E. Tamiami Tr.,
   Bldg. L, 5th Fl., Naples 34112 .. 239-252-2745
   Fax....................................239-252-2755
Sheriff:
Don Hunter, 3301 E. Tamiami Trail,
   Bldg. J, Naples 34112 ........239-774-4434

## COLUMBIA
### (3rd Judicial Circuit)
#### www.columbiacountyfla.com
County Court Judge:
Tom Coleman, P.O. Box 2065,
   Lake City 32056-2065........386-758-1000
Clerk of County and Circuit Courts:
P. DeWitt Cason, P.O. Box 2069,
   Lake City 32056-2069........386-758-1342
Sheriff:
Bill Gootee, 4917 E. U.S. Hwy 90
   Lake City 32055................386-752-9212

## DADE
### (11th Judicial Circuit)
#### www.miami-dadeclerk.com/dadecoc/
Judges:
Civil Division:
Dade Co. Cthse., 73 W. Flagler St.,
   Miami 33130
Don S. Cohn, Rm. 804................305-349-7034
Robin Faber, Rm. 2701-SDJC . 305-252-5840
Gloria Gonzalez-Meyer, Rm. 2401-SDJC
   ...........................................305-252-5850
Wendell M. Graham, Rm. 717. 305-349-7012
Andrew S. Hague, Rm. 1-5CG .. 305-569-2518
Eric Hendon, Rm. 209-NDJC.. 305-354-8770
Lawrence D. King, Rm. 1-4CG .. 305-569-2506
Shelley J. Kravitz, Rm. 615 .. 305-349-7091
Myriam Lehr, Rm. 206-NDJC.. 305-354-8722
Patricia Marino Pedraza, Rm. 2501-SDJC
   ...........................................305-252-5848
Bronwyn C. Miller, Rm. 418 .. 305-349-7148
Ana M. Pando, Rm. 225.........305-520-4045
Catherine M. Pooler, Rm. 612 .. 305-349-7113
Nuria Saenz, Rm. 1-7CG......305-569-2543
Caryn C. Schwartz, Rm. 210-NDJC
   ...........................................305-354-8761
Jacqueline Schwartz, Rm. 1-6CG
   ...........................................305-569-2502
Linda Singer Stein (Assoc. Admin. Judge)
   Rm. 208-NDJC...................305-354-8773
Teretha Lundy Thomas, Rm. 1104
   (Admin. Judge)................305-349-7127

Lisa S. Walsh, Rm. 207-NDJC . 305-354-8772
Criminal Division:
Richard E. Gerstein Justice Bldg.,
   1351 N.W. 12th St., Miami 33125
Antonio Arzola, Rm. 508 ......305-548-5120
Beth Bloom, Rm. 609............305-548-5400
Jose L. Fernandez, Rm. 507 .. 305-548-5197
Mary J. Francis, Rm. 500 ......305-548-5350
Darrin P. Gayles, Rm. 712-DCC .. 305-349-7555
Luise Krieger-Martin, Rm. 302 .. 305-548-5122
Steve Leifman (Assoc. Admin. Judge),
   Rm. 617...........................305-548-5394
Norma S. Lindsey, Rm. 402.. 305-548-5237
Cristina Miranda, Rm. 505 .. 305-548-5201
Edward Newman, Rm. 616 .. 305-548-5397
Maria D. Ortiz, Rm. 510 .......305-548-5193
Thomas Petersen, Rm. 500... 305-548-5202
Ada Pozo, Rm. 229................305-520-4042
Sheldon R. Schwartz, Rm. 205-NDJC
   ...........................................305-354-8771
Fred Seraphin, Rm. 610 .......305-548-5185
Martin Shapiro, Rm. 7100....305-548-5632
Samuel J. Slom (Admin. Judge)
   Rm. 513 ...........................305-548-5187
Rodney Smith, Rm. 2101-SDJC .. 305-252-5858
Domestic Violence Division:
Lawson E. Thomas Courthouse Center,
   175 N.W. 1st Ave., Miami 33128
Victoria R. Brennan, Rm. 2122 .. 305-349-5700
Victoria del Pino, Rm. 1919.. 305-349-5701
Rosa C. Figarola, Rm. 2920 .. 305-349-5702
Amy Karan (Admin. Judge),
   Rm. 2926 .........................305-349-5674
Carroll J. Kelly, Rm. 1650 .. 305-349-5703
Judith Rubenstein, Rm. 2019 .. 305-349-5756
Deborah White-Labora, Rm. 2322
   ...........................................305-349-5750
Clerk, Circuit and County Courts:
Harvey Ruvin
   73 W. Flagler St., Ste. 242
   Miami 33130 .....................305-275-1155
Miami-Dade Co. Recorder: P.O. Box 011711,
   Flagler Station, Miami 33101
   ...........................................305-275-1155
Metro-Dade Police Department:
Robert L. Parker (Dir.), 9105 N.W. 25th St.,
   Doral 33172........................305-471-1780

## DESOTO
### (12th Judicial Circuit)
#### www.desotoclerk.com
County Court Judge:
115 E. Oak St., Arcadia 34266
Don Thomas Hall.................863-993-4644
James S. Parker ...................863-993-4644
Clerk of Circuit and County Courts:
Mitzie McGavic, 115 E. Oak St., Rm. 101
   Arcadia 34266 ....................863-993-4876
   Fax....................................863-993-4669
Sheriff:
Vernon L. Keen, 208 E. Cypress St.,
   Arcadia 34266 ...................863-993-4700

## DIXIE
### (3rd Judicial Circuit)
#### www.dixieclerk.com
County Court Judge:
Frederick L. Koberlein, P.O. Box 1995,
   Cross City 32628...............352-498-1234
Clerk of Circuit and County Courts:
Dana Johnson, P.O. Box 1206,
   Cross City 32628................352-498-1200
Sheriff:
Dewey H. Hatcher, Sr., P.O. Box 470,
   Cross City 32628-0470.......352-498-1220

## DUVAL
### (4th Judicial Circuit)
#### www.duvalclerk.com
County Court Judges:
Duval Co. Cthse., 330 E. Bay St.,
   Jacksonville 32202
Roberto A. Arias, Rm. 332 .. 904-630-2580
Harold C. Arnold, Rm. 303 .. 904-630-2535
Kevin Blasz, Rm. 501 ...........904-630-7009
Tyrie W. Boyer, Rm. 324 ......904-630-2579
Charles Cofer, Rm. 332.........904-630-2576
Angela M. Cox, Rm. 356.......904-630-2441
Eleni Derke, Rm. 340 ...........904-630-2582
Pauline Drayton, Rm. 356.... 904-630-2581
Emmet F. Ferguson III, Rm. 316
   ...........................................904-630-2577
Gary P. Flower, Rm. 316......904-630-7136
Russell L. Healey, Rm. 324.. 904-630-2565
Ronald Higbee, Rm. 340......904-630-2937
Dawn Hudson, Rm. 300........904-630-7081
John A. Moran, Rm. 364.......904-630-2578
James A. Ruth, Rm. 301, (Admin. Judge)
   ...........................................904-630-2568
Brent D. Shore, Rm. 300.......904-630-2566
Sharon H. Tanner, Rm. 364.. 904-630-2575
Clerk, Circuit and County Court:
Jim Fuller, Duval Co. Cthse.,
   330 E. Bay St., Rm. 103,
   Jacksonville 32202.............904-630-2028
   Fax....................................904-630-2950
   Circuit Civil.......................904-630-2031
   County Civil.......................904-630-2045
   Domestic Violence.............904-630-7514
   Family Law ........................904-630-2230
   Felony................................904-630-2065
   Juvenile .............................904-630-2072
   Misdemeanor.....................904-630-2070
   Probate..............................904-630-2053
   Recording ..........................904-630-2046
   Tax Deeds..........................904-630-2059
   Traffic................................904-391-6700
Sheriff:
John H. Rutherford, 501 E. Bay St.,
   Jacksonville 32202.............904-630-0500

## ESCAMBIA
### (1st Judicial Circuit)
#### www.clerk.co.escambia.fl.us
County Court Judges:
M.C. Blanchard Judicial Bldg.
   190 Governmental Ctr., 6th Fl.,
   Pensacola 32502
David B. Ackerman...............850-595-4420
Thomas E. Johnson .............850-595-4427
Patricia A. Kinsey................850-595-4424
G.J. Roark III......................850-595-4430
Joyce H. Williams ...............850-595-4433
Clerk of Circuit and County Courts:
Ernie Lee Magaha
   190 Governmental Center, Rm. 23001
   Pensacola 32502................850-595-4310
   Fax....................................850-595-4316
Sheriff:
Ron McNesby, P.O. Box 18770,
   Pensacola 32523-8770 .......850-436-9630

## FLAGLER
### (7th Judicial Circuit)
#### www.flaglerclerk.com
County Court Judge:
1769 E. Moody Blvd., #1, Bunnell 32110
Sharon Atack ......................386-313-4520
Clerk of Circuit and County Courts:
Gail Wadsworth, 1769 E. Moody Blvd., Bldg. 1,
   Bunnell 32110 ....................386-313-4400

Sheriff:
Don Fleming, 1001 Justice Lane,
Bunnell 32110 .................... 386-437-4116

## FRANKLIN
### (2nd Judicial Circuit)
www.franklinclerk.com
County Court Judge:
Van Russell, Franklin Co. Cthse. Annex
34 Forbes St., Ste. 2
Apalachicola 32320 ............ 850-653-9505
Clerk of Circuit and County Courts:
Marcia M. Johnson,
34 Market St., Ste. 203,
Apalachicola 32320 ............ 850-653-8861
Fax .................................... 850-653-4795
Carrabelle Annex, 1647 Hwy. 98
Carrabelle 32322 ............... 850-697-3263
Sheriff:
Mike Mock, 270 S.R. 65,
Eastpoint 32328 ................. 850-670-8500

## GADSDEN
### (2nd Judicial Circuit)
www.clerk.co.gadsden.fl.us
County Court Judge:
Stewart E. Parsons, 10 E. Jefferson St.,
Quincy 32351 .................... 850-627-6452
Clerk of Circuit and County Courts:
Nicholas Thomas, Gadsden Co. Cthse.,
P.O. Box 1649, Quincy 32351
......................................... 850-875-8601
Fax .................................... 850-875-8612
Sheriff:
Morris A. Young, 339 E. Jefferson St.,
Quincy 32351; P.O. Box 1709, Quincy
32353 ................................ 850-627-9233

## GILCHRIST
### (8th Judicial Circuit)
www.mygilchristcounty.com
County Court Judge:
Edward Philman, 112 S. Main St.,
Trenton 32693 .................... 352-463-3400
Clerk of Circuit and County Courts:
Joe Gilliam, 112 S. Main St.; P.O. Box 37,
Trenton 32693 .................... 352-463-3170
Fax: ................................... 352-463-3166
Sheriff:
David P. Turner, 9239 S. U.S. Hwy. 129,
Trenton 32693 .................... 352-463-3410

## GLADES
### (20th Judicial Circuit)
www.gladesclerk.com
County Court Judge:
Jack Lundy, P.O. Box 579,
Moore Haven 33471 .......... 863-946-6031
Clerk of Circuit and County Courts:
Joe Flint, 500 Ave. J; P.O. Box 10,
Moore Haven 33471 .......... 863-946-6010
Fax .................................... 863-946-0560
Sheriff:
Stuart K. Whiddon, Jr., 1995 E.S.R. 78 N.W.
Moore Haven 33471 .......... 863-946-1600

## GULF
### (14th Judicial Circuit)
www.gulfclerk.com
County Court Judge:
Fred N. Witten, 1000 Cecil G. Costin, Sr.
Blvd., Port St. Joe 32456 ... 850-229-1141

Clerk of Circuit and County Courts:
Becky Norris, 1000 Cecil G. Costin, Sr. Blvd.,
Rm. 148, Port St. Joe 32456
......................................... 850-229-6112
......................................... 850-639-5068
Fax .................................... 850-229-1990
Sheriff:
Joe Nugent, 1000 Cecil G. Costin,
Sr. Blvd., Port St. Joe 32547
......................................... 850-227-1115

## HAMILTON
### (3rd Judicial Circuit)
www.hamiltoncountyflorida.com
County Court Judge:
Sonny Scaff, 207 N.E. 1st St.,
Jasper 32052 ..................... 386-792-1220
Clerk of Circuit and County Courts:
Greg Godwin, 207 N.E. 1st St., Rm. 106,
Jasper 32052 ..................... 386-792-1288
Fax .................................... 386-792-3524
Sheriff:
J. Harrell Reid, 207 N.E. 1st St.,
Jasper 32052 ..................... 386-792-1001

## HARDEE
### (10th Judicial Circuit)
www.hardeeclerk.com
County Court Judge:
Jeffrey J. McKibben,
Hardee Co. Cthse., P.O. Drawer 1749,
Wauchula 33873 ................ 863-773-3174
Clerk of Circuit and County Courts:
B. Hugh Bradley, 417 W. Main St.;
P.O. Drawer 1749,
Wauchula 33873 ................ 863-773-4174
Fax .................................... 863-773-4422
Sheriff:
J. Loran Cogburn, 900 E. Summit St.,
Wauchula 33873 ................ 863-773-0304

## HENDRY
### (20th Judicial Circuit)
www.hendryclerk.org
County Court Judge:
Hendry Cthse., P.O. Box 1695,
LaBelle 33935
James D. Sloan ................... 863-675-5227
Clerk of Circuit and County Courts:
Barbara S. Butler, 25 E. Hickpoochee Ave.,
LaBelle 33975 .................... 863-675-5217
Sheriff:
Ronald E. Lee, Sr., 101 Bridge St.,
LaBelle 33975 .................... 863-674-4060

## HERNANDO
### (5th Judicial Circuit)
www.clerk.co.hernando.fl.us
County Court Judge:
Hernando Co. Cthse., 20 N. Main St.,
Brooksville 34601
Kurt Hitzemann .................. 352-754-4170
Donald Scaglione ............... 352-754-4295
Clerk of Circuit and County Courts:
Karen Nicolai, 20 N. Main St.,
Brooksville 34601 .............. 352-540-6216
Fax: ................................... 352-754-4239
Sheriff:
Richard B. Nugent, 18900 Cortez Blvd.,
Brooksville 34601 .............. 352-754-6830

## HIGHLANDS
### (10th Judicial Circuit)
www.clerk.co.highlands.fl.us
County Court Judge:
Anthony Ritenour, 430 S. Commerce Ave.,
Rm. 209, Sebring 33870 ..... 863-402-6614
Clerk of Circuit and County Courts:
Luke E. Brooker, 590 S. Commerce Ave.,
Sebring 33870 .................... 863-402-6564
Fax .................................... 863-402-6768
Sheriff:
Susan Benton, 434 Fernleaf Ave.,
Sebring 33870 .................... 863-402-7213

## HILLSBOROUGH
### (13th Judicial Circuit)
www.hillsclerk.com
Edgecomb Cthse.: 800 E. Twiggs St.,
Tampa 33602
N. Annex: 801 E. Twiggs St.,
Tampa 33602-3554
Plant City: 302 N. Michigan Ave., Plant City 33563
Annex: 800 E. Kennedy Blvd.,
Tampa 33602-4146
Old Cthse.: 419 Pierce St., Tampa 33602-4022
Floriland Mall (Traffic): 9309 N. Florida Ave.,
Rm. 103 Tampa 33612
County Civil:
Edgecomb:
Charlotte Anderson, 318 .......... 813-272-6562
Paul L. Huey, 315 .................. 813-272-5353
Gaston Fernandez, 316 .......... 813-272-5809
Eric Myers, 309 ..................... 813-272-5778
Joelle Ann Ober, 414 .............. 813-272-6806
Raul C. Palomino, Jr., 312 ....... 813-272-5122
Cheryl Thomas, 313 (Admin.) . 813-272-7138
Plant City:
Christine K. Vogel, Rm. 7 (Admin.)
......................................... 813-272-6530
County Criminal:
Annex:
Margaret T. Courtney, 102 .... 813-272-6854
Walter R. Heinrich, 123 (Admin.). 813-272-6841
Edgecomb:
John N. Conrad, 314 .............. 813-272-6749
North Annex:
Tom Barber, 225 ................... 813-276-6853
James V. Dominguez, 253 (Admin.)
......................................... 813-272-5228
Lawrence M. Lefler, 235 ......... 813-272-2781
Nick Nazaretian, 511 ............. 813-272-6852
Elizabeth G. Rice, 232 ........... 813-307-3681
Plant City:
Art E. McNeil, Rm. 14 ............ 813-272-7268
Clerk of Circuit & County Courts:
Pat Frank, 800 Twiggs St.; P.O. Box 1110,
Tampa 33601 ...................... 813-276-8100
Fax .................................... 813-272-6518
Brandon: 311 Pauls Dr., Ste. 100,
Brandon 33511
SouthShore Regional Service Ctr.,
410 30th St. S.E., Ruskin 33570
Plant City Cthse., 302 N. Michigan Ave.
Plant City 33563
Sheriff:
David A. Gee, P.O. Box 3371,
Tampa 33601-3371 ........... 813-247-8000

## HOLMES
### (14th Judicial Circuit)
www.holmesclerk.com
County Court Judge:
Owen N. Powell, Holmes Co. Cthse.,
201 N. Oklahoma St.
Bonifay 32425 .................... 850-547-1104

Clerk of Circuit and County Courts:
Cody Taylor, 201 N. Oklahoma St.;
P.O. Box 397, Bonifay 32425..850-547-1101
Fax ......................................850-547-6630
Sheriff:
Dennis Lee, 211 N. Oklahoma St.,
Bonifay 32425 ........................850-547-4421

## INDIAN RIVER
### (19th Judicial Circuit)
www.clerk.indian-river.org
County Court Judges:
Indian River Co. Cthse., 2000 16th Ave.,
Ste. 263, Vero Beach 32960
David C. Morgan ..............772-770-5070
Joe A. Wild..........................772-770-5072
Clerk of Circuit and County Courts:
Jeffrey K. Barton, P.O. Box 1028,
Vero Beach 32961-1028 .....772-770-5185
Fax ......................................772-770-5008
Sheriff:
Roy H. Raymond, 4055 41st Ave.,
Vero Beach 32960 ..............772-569-6700

## JACKSON
### (14th Judicial Circuit)
www.jacksonclerk.com
County Court Judge:
Woodrow W. Hatcher, 4445 Lafayette St.,
Marianna 32447................850-482-9656
Clerk of Circuit and County Courts:
Dale R. Guthrie, 4445 E. Lafayette St.;
P.O. Box 510, Marianna 32447..850-482-9552
Fax ......................................850-482-7849
Sheriff:
John P. McDaniel, 4012 Lafayette St.;
P.O. Box 919, Marianna 32447..850-482-9624

## JEFFERSON
### (2nd Judicial Circuit)
www.jeffersonclerk.com
County Court Judge:
Robert R. Plaines, Jefferson Co. Cthse., Rm. 3
Monticello 32344...............850-342-0191
Clerk of Circuit and County Courts:
Dale Boatwright, Co. Cthse.,
Rm. 10, Monticello 32344 ..850-342-0218
Fax ......................................850-342-0222
Sheriff:
David C. Hobbs, 171 Industrial Park,
Monticello 32344................850-997-2523

## LAFAYETTE
### (3rd Judicial Circuit)
www.lafayetteclerk.com
County Court Judge:
Darren K. Jackson, P.O. Box 197,
Mayo 32066 ........................386-294-1555
Clerk of Circuit and County Courts:
Ricky Lyons, P.O. Box 88,
Mayo 32066 ........................386-294-1600
Fax ......................................386-294-4231
Sheriff:
Owen Carson McCall, P.O. Box 227,
Mayo 32066 ........................386-294-1222

## LAKE
### (5th Judicial Circuit)
www.lakecountyclerk.org
County Court Judges:
Lake Co. Judicial Ctr., 550 W. Main St.,

Tavares 32778-7800
Richard Boylston ................352-742-4203
Donna F. Miller...................352-742-4206
Terry T. Neal .....................352-742-4127
Clerk of Circuit and County Courts:
Neil Kelly, P.O. Box 7800;
550 W. Main St., Tavares 32778-7800
.............................................352-742-4100
Fax ......................................352-742-4110
Sheriff:
Gary S. Borders, 360 W. Ruby St.,
Tavares 32778 ...................352-343-9500

## LEE
### (20th Judicial Circuit)
www.leeclerk.org
County Court Judges:
Lee County Justice Ctr., 1700 Monroe St.,
Ft. Myers 33901
James R. Adams .................239-533-2954
John E. Duryea, Jr..............239-533-9157
Josephine Gagliardi .............239-533-8268
Maria E. Gonzalez ..............239-533-2618
Leigh Frizzell Hayes ...........239-533-2677
Tara P. Paluck....................239-533-8257
Radford R. Sturgis..............239-533-9155
Clerk of Circuit and County Courts:
Charlie Green, P.O. Box 2469,
Ft. Myers 33902 ...............239-533-5000
Fax:....................................239-335-2440
Sheriff:
Mike Scott, 14750 Six Mile Cypress Pkwy.,
Ft. Myers 33912 ...............239-477-1000

## LEON
### (2nd Judicial Circuit)
www.clerk.leon.fl.us
County Court Judges:
Leon Co. Cthse., 301 S. Monroe St.
Tallahassee 32301
Augustus D. Aikens, Jr., Rm. 365E
.............................................850-577-4314
Ronald W. Flury, Rm. 265G..850-577-4318
Judith W. Hawkins, Rm. 265A
.............................................850-577-4317
Jim O. Shelfer, Rm. 265H....850-577-4309
Clerk of Circuit and County Courts:
Bob Inzer, 301 S. Monroe St.,
(Reference Division on Mailing Envelope)
Tallahassee 32301 ............850-577-4000
Administration.................850-577-4005
Appeals...........................850-577-4190
Circuit Civil....................850-577-4170
Circuit Criminal...............850-577-4070
Court Services.................850-577-4150
Family Law .....................850-577-4150
Finance...........................850-577-4020
Juvenile..........................850-577-4120
Misdemeanor...................850-577-4130
Probate...........................850-577-4180
Official Records (viewing)..850-577-4050
Official Records (recording)..850-577-4030
Traffic Court ...................850-577-4100
Sheriff:
Larry Campbell, P.O. Box 727,
Tallahassee 32302.............850-922-3300

## LEVY
### (8th Judicial Circuit)
www.levyclerk.com
County Court Judge:
Joseph E. Smith, 355 S. Court St.,
Bronson 32621 ..................352-486-5224
Clerk of Circuit and County Courts:

Danny Shipp, 355 S. Court St.;
P.O. Drawer 610, Bronson 32621
.............................................352-486-5266
Sheriff:
Johnny M. Smith, 9150 N.E. 80th Ave.;
P.O. Drawer 1719, Bronson 32621
.............................................352-486-5111

## LIBERTY
### (2nd Judicial Circuit)
www.libertyclerk.com
County Court Judge:
Kenneth L. Hosford, Liberty Co. Cthse.,
P.O. Box 687, Bristol 32321..850-643-2272
Clerk of Circuit and County Courts:
Robert Hill, P.O. Box 399,
Bristol 32321......................850-643-2215
Fax ......................................850-643-2866
Sheriff:
Harrell W. Revell, P.O. Box 67,
Bristol 32321......................850-643-2235

## MADISON
### (3rd Judicial Circuit)
www.madisonclerk.com
County Court Judge:
H. Wetzel Blair, Madison Co. Courthouse,
Madison 32340 ..................850-973-6221
Clerk of Circuit and County Courts:
Tim Sanders, 125 S.W. Range Ave.,
Madison 32341 ..................850-973-1500
Fax ......................................850-973-2059
Sheriff:
Peter C. Bucher, 125 S.W. Range Ave., Rm. 107
Madison 32340 ..................850-973-4151

## MANATEE
### (12th Judicial Circuit)
www.manateeclerk.com
County Court Judges:
1051 Manatee Ave. W., Bradenton 34205
George K. Brown, Jr.............941-749-3605
Robert A. Farrance .............941-742-3609
K. Douglas Henderson ........941-749-3607
Mark D. Singer ..................941-749-3601
Clerk of Circuit and County Courts:
R.B. "Chips" Shore, P.O. Box 25400 (34206),
1115 Manatee Ave. W.,
Bradenton 34206 ..............941-749-1800
Fax ......................................941-741-4082
Sheriff:
W. Brad Steube, 600 U.S. Hwy. 301 Blvd. W.,
Bradenton 34205 ..............941-747-3011

## MARION
### (5th Judicial Circuit)
www.marioncountyclerk.org
County Court Judges:
Marion Co. Judicial Ctr., 101 N.W. 1st Ave.,
Ocala 34475
John E. Futch (Admin.).......352-401-6745
Jim McCune........................352-401-7824
Steven G. Rogers.................352-401-7836
Sarah Ritterhoff Williams....352-401-6781
Clerk of Circuit and County Courts:
David R. Ellspermann, 110 N.W. 1st Ave.,
Ocala 34475........................352-671-5604
Fax ......................................352-671-5600
Sheriff:
Ed Dean, 692 N.W. 30th Ave; P.O. Box 1987,
Ocala 34478........................352-732-8181

## MARTIN
**(19th Judicial Circuit)**
clerk-web.martin.fl.us/clerkweb/

County Court Judges:
100 S.E. Ocean Blvd., Stuart 34994
David Harper, Ste. 249............ 772-288-5561
Kathleen H. Roberts............. 772-419-5370
Stewart R. Hershey ............. 772-288-5556

Clerk of Circuit and County Courts:
Marsha Ewing, 100 E. Ocean Blvd. Ste. 200;
P.O. Drawer 9016, Stuart 34995-9016
.............................................. 772-288-5576
Fax........................................ 772-288-5548
11730 S.E. Federal Hwy,
Hobe Sound .................... 772-546-1308
16550 S.W. Warfield Blvd.,
Indiantown........................ 772-223-7921

Sheriff:
Bob Crowder, 800 S.E. Monterey Road,
Stuart 34994 ................... 772- 220-7000

## MONROE
**(16th Judicial Circuit)**
www.clerk-of-the-court.com

County Court Judges:
3117 Overseas Hwy., Marathon 33050
Ruth Becker............................ 305-289-6029
502 Whitehead St., Key West 33040
Peary Fowler.......................... 305-292-3517
Wayne M. Miller ................... 305-292-3424
88820 Overseas Highway, Tavernier 33070
W. Reagan Ptomey, Jr............ 305-852-7155

Clerk of Circuit and County Courts:
Danny L. Kolhage, 500 Whitehead St.,
Key West 33040............... 305-294-4641
Fax....................................... 305-295-3663
Branch Offices:
3117 Overseas Hwy., Marathon 33050
.............................................. 305-289-6027
88820 Overseas Hwy., Plantation Key
33070 ............................... 305-852-7145
50 High Point Rd., Plantation Key 33070

Sheriff:
Richard D. Roth, 5525 College Rd.,
Key West 33040.................. 305-292-7000

## NASSAU
**(4th Judicial Circuit)**
www.nassauclerk.org/clerk

County Court Judge:
Granville C. Burgess,
76347 Veterans Way, Ste. 2105
Fernandina Beach 32035... 904-548-4940

Clerk of Circuit and County Courts:
John Crawford, P.O. Box 456,
Fernandina Beach 32035-0456
.............................................. 904-548-4600
Fax........................................ 904-548-4508

Sheriff:
T.L. Seagraves, Jr., 76001 Bobby Moore Cir.,
Yulee 32097 ....................... 904-548-4000

## OKALOOSA
**(1st Judicial Circuit)**
www.clerkofcourts.cc

County Court Judges:
Okaloosa County Courthouse
101 James Lee Blvd. E., Ste. 204
Crestview 32536
Jim Ward ............................ 850-689-5730
Okaloosa County Courthouse Annex
1250 N. Eglin Pkwy., Shalimar 32579
Patricia Grinstead
Ste. A114........................ 850-651-7449

1250 Eglin Pkwy. Ste. C115..850-651-7430
Clerk of Circuit and County Courts:
Don W. Howard, 101 James Lee Blvd. E.,
Rm. 210, Crestview 32536.. 850-689-5000
Fax...................................... 850-689-5832

Sheriff:
Charlie Morris, 1250 Eglin Parkway,
Shalimar 32579.................. 850-651-7400

## OKEECHOBEE
**(19th Judicial Circuit)**
www.clerk.co.okeechobee.fl.us

County Court Judges:
Jerald D. Bryant, 312 N.W. 3rd St.,
Okeechobee 34972 ............ 863-763-3193

Clerk of Circuit and County Courts:
Sharon Robertson, 312 N.W. 3rd St.,
Okeechobee 34972 ............ 863-763-2131
Fax....................................... 863-763-1557

Sheriff:
Paul C. May, 504 N.W. 4 St.,
Okeechobee 34973 .......... 863-763-3117

## ORANGE
**(9th Judicial Circuit)**
orangeclerk.onetgov.net

County Court Judges:
425 N. Orange Ave., Orlando 32801
Martha C. Adams (Crim.)..... 407-836-2072
Faye Allen (Crim.) ............... 407-836-2257
Deborah B. Ansbro (Crim.)... 407-836-2481
Maureen Bell (Crim.) ........... 407-836-2266
Deb S. Blechman (Civ.)........ 407-836-2354
Jerry L. Brewer (Admin.)...... 407-836-2352
Leon B. Cheek III (Crim.) .... 407-836-0524
Nancy L. Clark (Civ.)............ 407-836-0570
Carolyn B. Freeman (Admin.). 407-836-2093
Heather Higbee (Crim.) ....... 407-836-0598
Steve Jewett (Crim.)............. 407-836-2034
Wilfredo Martinez (Civ.)....... 407-836-0521
W. Michael Miller (Crim.)..... 407-836-2091
Antoinette Plogstedt (Civ.)... 407-836-2246
Wayne Shoemaker (Crim.).... 407-836-0530
Mark D. Wixtrom (Crim.)..... 407-836-4526
3855 S. John Young Parkway, Orlando 32839
John E. Jordan...................... 407-254-7669
Mike Murphy ........................ 407-254-7667

Clerk of Circuit and County Courts:
Lydia Gardner, 425 N. Orange Ave.;
P.O. Box 4994, Orlando 32801. 407-836-2060
Fax........................................ 407-836-2269

Sheriff:
Kevin Beary, 2500 W. Colonial Dr.,
Orlando 32804................... 407-254-7000

## OSCEOLA
**(9th Judicial Circuit)**
www.osceolaclerk.com

County Court Judges:
2 Courthouse Square, Kissimmee 34741
Carol Engel Draper (Crim.).. 407-343-2513
Hal C. Epperson, Jr. (Crim.).. 407-343-2554
Stephania Jancewicz (Crim.). 407-343-2495
Ronald A. Legendre (Civ.)... 407-742-2509

Clerk of Circuit and County Courts:
Larry Whaley, 2 Courthouse Square,
Ste. 2000, Kissimmee 34741 .. 407-343-3500
Fax...................................... 407-343-3699

Sheriff:
Bob Hansell, 2601 E. Irlo Bronson Memorial
Hwy., Kissimmee 34744..... 407-348-1100

## PALM BEACH
**(15th Judicial Circuit)**
www.pbcountyclerk.com

County Court Judges:
205 N. Dixie Hwy., West Palm Beach 33401
Civil:
Ted Booras ........................... 561-355-1955
Frank Castor ........................ 561-355-1985
Paul Damico.......................... 561-355-6892
Peter M. Evans (Admin.)....... 561-355-1500
Debra Moses Stephens ......... 561-355-1908
Criminal:
Sandra Bosso-Pardo ............. 561-355-1811
Barry M. Cohen .................... 561-355-3440
Reginald Corlew ................... 561-355-1913
Mark Eissey .......................... 561-355-1803
Laura Johnson (Admin.) ....... 561-355-2094
Janis Keyser ......................... 561-355-1915
Joseph Marx ......................... 561-355-1168
Domestic:
Sheree Cunningham............. 561-355-2330
200 W. Atlantic Ave., Delray Beach 33444
Donald Hafele ...................... 561-274-1425
Charles E. Burton (Admin.). 561-274-1415
James Martz .......................... 561-274-1420
John L. Phillips..................... 561-330-1750
Amy Smith ............................ 561-274-1487
3228 Gun Club Rd., West Palm Beach 33406
Nancy Perez........................... 561-688-4599
Paul O. Moyle........................ 561-688-4600
3188 PGA Blvd., Palm Beach Gardens 33410
Cory Ciklin............................ 561-624-6597
38844 S.R. 80, Belle Glade 33430
Nelson Bailey (Admin.) ........ 561-996-4841

Clerk of Circuit and County Courts:
Sharon R. Bock, 301 N. Olive Ave., 9th Fl.;
P.O. Box 229,
West Palm Beach 33402 .... 561-355-2996
Fax...................................... 561-355-6727

Sheriff:
Ric L. Bradshaw, 3228 Gun Club Rd.;
P.O. Box 24681, West Palm Beach
33416-4681 ...................... 561-688-3000

## PASCO
**(6th Judicial Circuit)**
www.pascoclerk.com

County Court Judges:
West Pasco Judicial Ctr., 7530 Little Rd.,
New Port Richey 34654
Paul Firmani, Rm. 111 ......... 727-847-8184
Debra Roberts, Rm. 111 ....... 727-815-7025
Marc H. Salton, Rm. 114 ...... 727-847-8173
Candy Morris VanDercar, Rm. 313
.............................................. 727-815-7130
Anne Wansboro, Rm. 215 .... 727-815-7028
Pasco Cty. Cthse., 38053 Live Oak Ave.,
Dade City 33523
Robert P. Cole, Rm. 109 ....... 352-521-4424
William G. Sestak, Rm. 110 . 352-518-4013

Clerk of Circuit and County Courts:
Jed Pittman, 38053 Live Oak Ave.,
Dade City 33523 ............... 352-521-4274
P.O. Drawer 338, New Port Richey
34656-0338 ...................... 727-847-2411

Sheriff:
Bob White, 8700 Citizen Dr.,
New Port Richey 34654 ..... 727-847-5878

## PINELLAS
**(6th Judicial Circuit)**
www.pinellasclerk.org

County Court Judges:
Criminal Justice Ctr., 14250 49th St. N.,
Clearwater 33762

Henry J. Andringa, Ch. 26 ....... 727-453-7725
Susan Bedinghaus, Ch. 24 ....... 727-464-6219
Patrick K. Caddell, Ch. 10 ....... 727-453-7926
John D. Carballo, Ch. 21 ....... 727-453-7262
Robert Dittmer, Ch. 20 ....... 727-464-6095
Thomas B. Freeman, Ch. 25... 727-464-6902
Donald E. Horrox, Ch. 23 ....... 727-464-6470
Lorraine Kelly, Ch. 27 ....... 727-464-6193
Paul A. Levine, Ch. 11 ....... 727-453-7931
James Pierce, Ch. 22 ....... 727-464-6460
501 1st Ave. N., St. Petersburg 33701
Walter A. Fullerton, Rm.A222... 727-582-7822
Kathleen T. Hessinger, Rm. A212
....... 727-582-7880
Edwin Jagger, Rm. A220 ..... 727-582-7788
Clearwater Harrison Cthse.,
324 S. Ft. Harrison Ave., Clearwater 33756
Myra S. McNary, Rm. 248 ..... 727-464-3034
Dorothy Vaccaro, Rm. 142..... 727-464-4282
North Cty. Traffic Court,
29582 U.S. Hwy. 19 N., Clearwater 33761
John Carassas........................ 727-464-8740
South Cty. Traffic Court, 1800 66th St. N.,
St. Petersburg 33710
William H. Overton, Rm. 105..727-582-7620
Clerk of Circuit and County Courts:
Ken Burke, 315 Court St.,
Clearwater 33756-5165 ....727-464-3341
Fax .......................... 727-464-4162
Branch Offices:
North Co. Branch, 29582 U.S. 19 N.,
Clearwater 33761 .......... 727-464-8700
Criminal Justice Ctr., 14250 49th St. N.,
Clearwater 33762 ....... 727-464-7000
Clerk's Tyrone Branch, 1800 66th St. N.,
St. Petersburg 33710....... 727-582-7681
St. Petersburg Branch, 545 1st Ave. N.,
St. Petersburg 33701....... 727-582-7771
Sheriff:
Jim Coats, 10750 Ulmerton Rd., P.O. Box
2500, Largo 33779............. 727-582-6200

## POLK
## (10th Judicial Circuit)
### www.polkcountyclerk.net
County Court Judges:
P.O. Box 9000, Bartow 33831
Timothy Coon .................. 863-534-7780
Angela Cowden (Admin.) ..... 863-534-5883
Mary C. Green (Crim.) ........ 863-534-4667
Robert E. Griffin (Crim.) ...... 863-534-4890
Beth Harlan (Crim.) ........... 863-534-4374
Anne H. Kaylor (Civ.) .......... 863-534-4088
John Kirkland (Small Claims). 863-534-4962
Michael E. Raiden (Dom.).... 863-534-4366
Keith Spoto ...................... 863-534-5862
Robert L. Williams (Crim.)... 863-534-5840
Clerk of Circuit and County Courts:
Richard Weiss,
255 N. Broadway Ave.; P.O. Box 9000,
Bartow 33831-9000............ 863-534-4540
Fax .......................... 863-534-4089
Sheriff:
Grady C. Judd, Jr., 455 N. Broadway Ave.,
Bartow 33830.................... 863-534-6200

## PUTNAM
## (7th Judicial Circuit)
### www1.putnam-fl.com/live/clkmain.asp
County Court Judges:
Peter T. Miller, P.O. Box 398,
Palatka 32178-0398 ........... 386-329-0269
Elizabeth A. Morris, P.O. Box 147,
Palatka 32178-0147 ......... 386-326-2736
Clerk of Circuit and County Courts:
Tim Smith, 401 St. Johns Ave.;

P.O. Box 758, Palatka 32178-0758
.......................... 386-329-0361
Fax .......................... 386-329-0888
Sheriff:
Dean Kelly, 130 Orie Griffin Blvd.;
P.O. Drawer 1578, Palatka 32178-1578
.......................... 386-329-0800

## ST. JOHNS
## (7th Judicial Circuit)
### www.clk.co.st-johns.fl.us
County Court Judges:
4010 Lewis Speedway, St. Augustine 32084
Patti Christensen .............. 904-827-5613
Charles J. Tinlin ............... 904-827-5611
Clerk of Circuit and County Courts:
Cheryl Strickland, 4010 Lewis Spdwy.,
St. Augustine 32084.......... 904-819-3600
Fax .......................... 904-819-3661
Sheriff:
David B. Shoar, 4015 Lewis Speedway,
St. Augustine 32084.......... 904-824-8304

## ST. LUCIE
## (19th Judicial Circuit)
### www.slcclerkofcourt.com
County Court Judges:
218 S. 2nd St., Ft. Pierce 34950
Cliff Barnes, Rm. 226 .......... 772-462-1474
Philip J. Yacucci, Rm. 222 .... 772-462-1957
Kathryn Nelson, Rm. 216..... 772-462-1462
250 N.W. Country Club Dr., Port St. Lucie 34986
Thomas J. Walsh................ 772-871-5339
Clerk of Circuit and County Courts:
Edwin M. Fry, Jr., P.O. Box 700,
Ft. Pierce 34954 ............ 772-462-6900
Fax .......................... 772-462-2833
Sheriff:
Ken Mascara, 4700 W. Midway Rd.,
Ft. Pierce 34981 ............... 772-462-7300

## SANTA ROSA
## (1st Judicial Circuit)
### www.santarosaclerk.com
County Court Judge:
Santa Rosa County Courthouse
6865 Caroline St., Milton 32570
Ross L. Bilbrey ................. 850-981-5544
Robert Hilliard, Box B ........ 850-981-5643
Clerk of Circuit and County Courts:
Mary M. Johnson, P.O. Box 472,
Milton 32572.................... 850-983-1987
Sheriff:
Wendell Hall, 5755 E. Milton Rd.,
Milton 32583 ...................... 850-983-1100

## SARASOTA
## (12th Judicial Circuit)
### www.sarasotaclerk.com
County Court Judges:
2002 Ringling Blvd., Sarasota 34237
Kimberly Bonner ................ 941-861-7895
David L. Denkin ................. 941-861-7962
Judy Goldman.................... 941-861-7956
Emanuel LoGalbo, Jr.......... 941-861-7956
4000 South Tamiami Tr., Venice 34293
Phyllis R. Galen................. 941-861-3050
Clerk of Circuit and County Courts:
Karen E. Rushing, 2000 Main St.,
Sarasota 34237 ............ 941-861-7400
Fax .......................... 941-861-7453
Sheriff:
William F. Balkwill, P.O. Box 4115,

Sarasota 34230 ............ 941-861-5800

## SEMINOLE
## (18th Judicial Circuit)
### www.seminoleclerk.org
County Court Judges:
101 Bush Blvd., Sanford 32773
Carmine M. Bravo ............... 407-665-4688
Jerri L. Collins.................... 407-665-4982
Ralph E. Eriksson ............... 407-665-4921
Mark Edward Herr............... 407-665-4910
John L. Woodard III............. 407-665-4906
301 N. Park Ave., Sanford 32771
Donald L. Marblestone......... 407-665-4132
Clerk of Circuit and County Courts:
Maryanne Morse, 301 N. Park Ave.;
P.O. Box 8099,
Sanford 32772-8099........... 407-665-4330
Fax .......................... 407-330-7193
Sheriff:
Donald F. Eslinger, N. 100 Bush Blvd.,
Sanford 32773 ................... 407-665-6600

## SUMTER
## (5th Judicial Circuit)
### www.sumterclerk.com
County Court Judge:
Thomas D. Skidmore, Sumter County
Cthse., 225 McCollum Ave.
Bushnell 33513 ................. 352-793-0250
Clerk of Circuit and County Courts:
Gloria Hayward, 209 N. Florida St.,
Bushnell 33513 ................. 352-793-0211
Fax .......................... 352-568-6608
Sheriff:
William Farmer, 101 N. Main St.;
P.O. Box 188, Bushnell 33513.. 352-793-0222

## SUWANNEE
## (3rd Judicial Circuit)
### www.suwclerk.org/mambo
County Court Judge:
William R. Slaughter II, Suwannee Co.
Cthse., Live Oak 32060 ...... 386-362-3431
Clerk of Circuit and County Courts:
Kenneth Dasher, 200 S. Ohio/MLK Ave.,
Live Oak 32064 ................. 386-362-0500
Fax .......................... 386-362-0567
Sheriff:
Tony C. Cameron, 200 S. Ohio/MLK Ave.,
Live Oak 32064 ................. 386-364-3443

## TAYLOR
## (3rd Judicial Circuit)
### www.taylorclerk.com
County Court Judge:
Stephen Murphy, P.O. Box 914,
Perry 32348 ...................... 850-838-3510
Clerk of Circuit and County Courts:
Annie Mae Murphy, 108 N. Jefferson St.;
P.O. Box 620, Perry 32347.... 850-838-3506
Fax .......................... 850-838-3549
Sheriff:
L.E. Williams, 108 N. Jefferson St., Ste. 103,
Perry 32347 ...................... 850-584-4225

## UNION
## (8th Judicial Circuit)
### www.unionclerk.com
County Court Judge:
David L. Reiman, 55 W. Main St.,

Rm. 207, Lake Butler 32054 .. 386-496-2621

Clerk of Circuit and County Courts:
Regina Parrish, 55 W. Main St., Rm. 103,
Lake Butler 32054 ............. 386-496-3711
Fax ..................................... 386-496-1718

Sheriff:
Jerry Whitehead, 55 W. Main St., Rm. 102,
Lake Butler 32054 ............. 386-496-2501

## VOLUSIA
### (7th Judicial Circuit)
### www.clerk.org/index.jsp

County Court Judges:
125 E. Orange Ave., Daytona Beach 32114
David B. Beck...................... 386-257-6074
Dawn P. Fields ..................... 386-257-6060
David H. Foxman................... 386-257-6058
Peter A.D. McGlashan ........... 386-257-6033
Belle B. Schumann ............... 386-257-6042
Stasia Warren ...................... 386-257-6070
101 N. Alabama Ave., DeLand 32724
Shirley A. Green .................. 386-736-5947
Peter Marshall..................... 386-626-6592
John Roger Smith................. 386-736-5948

124 N. Riverside Dr., New Smyrna Beach 32168

Mary Jane Henderson........... 386-423-3313

Clerk of Circuit and County Courts:
Diane M. Matousek, P.O. Box 6043,
DeLand 32721-6043 .......... 386-736-5915
Fax ..................................... 386-822-5711

Sheriff:
Ben Johnson, P.O. Box 569,
DeLand 32721-0569........... 386-736-5961

## WAKULLA
### (2nd Judicial Circuit)
### www.wakullaclerk.com

County Court Judge:
Jill C. Walker, Wakulla Co. Cthse.,
3056 Crawfordville Hwy.,
Crawfordville 32327 .......... 850-926-0943

Clerk of Circuit and County Courts:
Brent X. Thurmond, 3056 Crawfordville Hwy.
Crawfordville 32327 .......... 850-926-0905
Fax ..................................... 850-926-0938

Sheriff:
David F. Harvey, 15 Oak St.,
Crawfordville 32327 .......... 850-926-0800

County Court Judge:
David W. Green, Walton Co. Cthse., 571
Hwy. 90 E., DeFuniak Springs 32435
......................................... 850-892-8131

Clerk of Circuit and County Courts:
Martha Ingle, 571 Hwy. 90 E.,
DeFuniak Springs 32435....850-892-8115
Fax.....................................850-892-8711

Sheriff:
Ralph L. Johnson, 72 N. 6th St.,
DeFuniak Springs 32433....850-892-8186

## WASHINGTON
### (14th Judicial Circuit)
### www.washingtonclerk.com

County Court Judge:
Colby Peel, 1293 Jackson Ave.,
Chipley 32428 ..................... 850-638-6268

Clerk of Circuit and County Courts:
Linda Cook, 1293 Jackson Ave., P.O. Box 647
Chipley 32428....................850-638-6285
Fax.....................................850-638-6420

Sheriff:
Robert C. Haddock, 1293 Jackson Ave., Bldg. 400;
P.O. Box 626, Chipley 32428.. 850-638-6111

---

# Division of Administrative Hearings
# Judges of Compensation Claims
### 1230 Apalachee Parkway, Tallahassee 32399-3060
### www.jcc.state.fl.us/JCC

Robert S. Cohen, Director and Chief Judge
Harry L. Hooper, Deputy Chief Judge
David Langham, Deputy Chief Judge
1230 Apalachee Parkway, Tallahassee
32399-3060 ........................ 850/488-9675
Daytona Beach District Office: Flagler, Volusia
Thomas G. Portuallo, 444 Seabreeze Blvd.,
Ste. 450, Daytona Beach 32118  386/254-3734
Ft. Lauderdale District Office: Broward
Geraldine Hogan, Daniel A. Lewis,
Kathryn S. Pecko
4500 N. State Road 7, Ste. 200,
Lauderdale Lakes 33319 ... 954/714-3400
Ft. Myers District Office: Charlotte, Collier,
DeSoto, Lee
E. Douglas Spangler, Jr., Kathy A. Sturgis
2080 McGregor Blvd., 3d Fl.,
Ft. Myers 33901 ............... 239/338-2459
Gainesville District Office: Alachua,
Columbia, Dixie, Gilchrist, Levy, Marion
John P. Thurman, 1900 S.W. 34th St.,
Ste. 202, Gainesville 32608-1202
......................................... 352/955-2244
Jacksonville District Office: Baker, Nassau,
Bradford, Putnam, Duval, Union,
St. Johns, Clay
Ivy Cream Harris, William Dane, Jr.
1809 Art Museum Dr., Ste. 200,
Jacksonville 32207-2840.... 904/348-2790

Lakeland District Office: Hardee, Polk,
Highlands
Mark H. Hofstad, 5015 S. Florida Ave., Ste. 401
Lakeland 33813-3150 ........ 863/648-3150
Melbourne District Office: Brevard
Paul T. Terlizzese, 700 S. Babcock St.,
Ste. 400, Melbourne 32901... 321/984-4866
Miami District Office: Dade, Monroe
Henry H. Harnage, Charles M. Hill
Alan M. Kuker, Gerardo Castiello
Sylvia Medina-Shore
401 N.W. 2d Ave., Ste. S321,
Miami 33128-3902 .......... 305/377-5413
Orlando District Office: Lake, Osceola,
Orange, Seminole
W. James Condry, Thomas W. Sculco
400 W. Robinson St., Ste. 608 N.,
Orlando 32801-1701 ......... 407/245-0844
Panama City District Office: Bay, Calhoun,
Gulf, Holmes, Jackson, Liberty, Walton,
Washington
Laura Roesch, 2401 State Ave., Ste. 100,
Panama City 32405......... 850/872-7774
Pensacola District Office: Escambia,
Okaloosa, Santa Rosa
David W. Langham, Nolan S. Winn
700 S. Palafox St., Ste. 305,
Pensacola 32501 ............. 850/595-6310
Port St. Lucie District Office: Indian River,

Martin, Okeechobee, St. Lucie
Robert D. McAliley
2806 S. U.S. Highway 1, Ste. C-7,
Ft. Pierce 34982 ............. 772/429-2132
Sarasota District Office: Manatee, Sarasota
Diane B. Beck, 6497 Parkland Dr., Ste. M,
Sarasota 34243-4097 ........ 941/753-0900
St. Petersburg District Office: Pasco, Pinellas
Lauren L. Hafner, Donna S. Remsnyder
501 1st Ave. North, Ste. 300,
St. Petersburg 33701 ........ 727/893-2321
Tallahassee District Office: Franklin, Gadsden,
Hamilton, Jefferson, Lafayette, Leon,
Madison, Suwannee, Taylor, Wakulla
John J. Lazzara
1180 Apalachee Pkwy., Suite A
Tallahassee 32301............. 850/488-2110
Tampa District Office, Citrus, Hernando,
Hillsborough, Sumter
Ellen H. Lorenzen, Doris E. Jenkins,
Joseph Murphy
1000 N. Ashley Dr., Ste. 309,
Tampa 33602-3330.......... 813/272-2380
West Palm Beach District Office: Glades,
Hendry, Palm Beach
Mary D'Ambrosio, Timothy Basquill,
Shelley H. Punancy
5405 Okeechobee Blvd., Ste. 200,
West Palm Beach 33417 .... 561/640-2827

# FEDERAL COURTS

## UNITED STATES DISTRICT COURT—NORTHERN DISTRICT OF FLORIDA

### www.flnd.uscourts.gov

| 401 S.E. First Ave. | 111 N. Adams St. | 1 N. Palafox St. | 30 W. Government St. |
|---|---|---|---|
| Gainesville 32601 | Tallahassee 32301-7730 | Pensacola 32502 | Panama City 32401 |

Judges:
Robert L. Hinkle, Chief Judge
  U.S. Courthouse, 111 N. Adams St.,
  Tallahassee 32301............ 850/521-3601
William Stafford, Senior Judge
  ............................................. 850/521-3611
U.S. Courthouse, 401 S.E. First Ave.,
  Gainesville 32601-6896
Maurice M. Paul, Senior Judge, Ste. 307,
  ........................................ 352/380-2415
Stephan P. Mickle................ 352/380-2742
U.S. Courthouse, 1 N. Palafox St., Pensacola
32502
Lacey A. Collier, Senior Judge. 850/444-0174
M.C. Rodgers.......................... 850/435-8448
Roger Vinson.......................... 850/435-8444

U.S. Courthouse, 30 W. Government St.
Panama City 32401
  R. Smoak ............................. 850-763-7459
Clerk: William McCool
  U.S. Courthouse, 111 N. Adams St.,
  Tallahassee 32301-7730 .... 850/521-3501
  Pensacola............................ 850/435-8440
  Gainesville ......................... 352/380-2400
  Panama City ....................... 850/769-4556
U.S. Magistrates:
Larry Bodiford
  U.S. Courthouse, 30 W. Government St.,
  Panama City 32402 ........... 850/763-0723
G. Miles Davis
  U.S. Courthouse, 1 N. Palafox St.,
  Pensacola 32502................ 850/470-8145

A. Kornblum
  U.S. Courthouse, 401 S.E. 1st Ave.,
  Gainesville 32601-6895 ..... 352/380-2746
William C. Sherrill, Jr.
  U.S. Courthouse, 111 N. Adams St.,
  Tallahassee 32301............. 850/521-3621
E. Timothy
  U.S. Courthouse, 1 N. Palafox St.,
  Pensacola 32501................ 850/437-6823
Bankruptcy Court: www.flnb.uscourts.gov
Lewis M. Killian, Jr., Judge
  110 E. Park Ave.,
  Tallahassee 32301............. 850/521-5031
Clerk: William W. Blevins
  110 E. Park Ave.,
  Tallahassee 32301............. 850/521-5001

Note: Tallahassee and Gainesville Divisions are in Eastern Time Zone. Pensacola and Panama City Divisions are in Central Time Zone.

## UNITED STATES DISTRICT COURT—MIDDLE DISTRICT OF FLORIDA

### www.flmd.uscourts.gov

| Sam M. Gibbons U.S. Courthouse | U.S. Courthouse | U.S. Courthouse |
|---|---|---|
| 801 N. Florida Avenue, #223 | 300 N. Hogan Street | 401 W. Central Blvd. |
| Tampa 33602-3800 | Jacksonville 32202 | Suite 1200 |
| 813/301-5400 (Clerk's Office) | 904/549-1900 | Orlando 32801-0120 |
| | | 407/835-4200 (Clerk's Office) |

| Golden-Collum Federal Building & | U.S. Courthouse & Federal Building |
|---|---|
| U.S. Courthouse | 2110 First St. |
| 207 N.W. Second St. | Ft. Myers 33901 |
| Ocala 34475 | 239/461-2000 (Clerk's Office) |
| 352/369-4860 (Clerk's Office) | |

udges:
01 W. Central Blvd., Orlando 32801-0210
Patricia C. Fawsett, Chief Judge, #3650
  ........................................ 407/835-4250
Anne C. Conway, #6750 ...... 407/835-4270
John Antoon II, #6650 .......... 407/835-4334
Gregory A. Presnell, #5750 .. 407/835-4301
George C. Young, Senior Judge, #3600
  ........................................ 407/835-4280
'G. Kendall Sharp, Senior Judge, #6600
  ........................................ 407/835-4260
01 N. Florida Ave., Tampa 33602-3800
Elizabeth A. Kovachevich, #1730
  ........................................ 813/301-5730
Steven D. Merryday, #1530 .. 813/301-5001
Susan C. Bucklew, #1430...... 813/301-5858
Richard A. Lazzara, #1558 ... 813/301-5350
James D. Whittemore, #1358  813/301-5880
01 N. Florida Ave., Tampa 33602-4509
James S. Moody, Jr., #1330... 813/301-5680
William J. Castagna, Senior Judge, #1458
  ........................................ 813/301-5935
00 N. Hogan St., Jacksonville 32202-4242
Harvey E. Schlesinger, Rm. 11-150
  ........................................ 904/549-1990
Henry Lee Adams, Jr., Rm. 11-200
  ........................................ 904/549-1930

Timothy J. Corrigan, Rm. 11-100
  ........................................ 904/549-1300
Virginia Covington, Rm. 11-350. 904/549-1970
Howell W. Melton, Senior Judge, Rm. 11-300
  ........................................ 904/549-1940
John H. Moore II, Senior Judge, Rm. 11-400
  ........................................ 904/549-1980
2110 1st St., Ft. Myers 33901-3080
  John E. Steele, #6-107 ........ 239/461-2140
  M. Morales Howard, #5-107. 239/461-2050
207 NW Second St., Ocala 34475-6666
  Wm. Terrell Hodges, Senior Judge, #330
  ........................................ 352-690-6907
Clerk: Sheryl L. Loesch, 401 W. Central Blvd.,
  Orlando 32801-0210 ........... 407/835-4222
U.S. Magistrate Judges:
  801 N. Florida Ave., Tampa 33602-3800
  Thomas G. Wilson, #1238..... 813/301-5588
  Elizabeth A. Jenkins, #1138. 813/301-5774
  Thomas B. McCoun III, #1248. 813/301-5550
  Mark A. Pizzo, #1248............ 813/301-5011
  Mary S. Scriven, #1040......... 813/301-5540
300 N. Hogan St., Jacksonville 32202-4242
  Howard T. Snyder, Rm. 5-211 904/549-1960
  Thomas E. Morris, #5-311..... 904/549-1950
  Monte C. Richardson, #5-411. 904/301-6742
  James R. Klindt, #5-111 ...... 904/360-1520

401 W. Central Blvd., Orlando 32801-0210
  David A. Baker, #501........... 407/835-4290
  Gregory J. Kelly, #3550......... 407/835-3855
  Karla R. Spaulding, #5500 ... 407/835-4320
2110 First St., Ft. Myers 33901-3080
  Douglas N. Frazier, #5-181... 239/461-2120
  Sheri Polster Chappell, #6-186.. 239/461.2060
207 N.W. Second Ave., Ocala 34475-6666
  Gary R. Jones, #310.............. 352/369-4869
Bankruptcy Judges:
300 N. Hogan St., Jacksonville 32202-4242
  Paul Glenn, Chief Judge, Ste. 3-350
  ........................................ 904/301-6490
  Jerry A. Funk, Ste. 350......... 904/301-6490
135 W. Central Blvd., Orlando 32801
  Arthur B. Briskman, Ste. 950.. 407/648-6225
  Karen S. Jenneman .............. 407/648-6832
801 N. Florida Ave., Ste. 727, Tampa
33602-3899
  Michael G. Williamson ......... 813/301-5520
  L. Rodney May...................... 813/301-5200
  Catherine Peek McEwen....... 813/301-5082
  Alexander L. Paskay............. 813/301-5146
  Caryl E. Delano ................... 813/301-5190
Clerk:
  Lee Ann Bennett, Acting Clerk of Court
  801 N. Florida Ave.,
  Tampa 33602-3899 ........ 813/301-5065

# UNITED STATES DISTRICT COURT—SOUTHERN DISTRICT OF FLORIDA

**www.flsd.uscourts.gov**

299 E. Broward Blvd., Rm. 108
Ft. Lauderdale 33301
954/769-5400

301 Simonton St,
Key West 33040
305/295-8100

Federal Courthouse Square
400 N. Miami Ave., 8th Floor, Miami 33128
305/497-2300

300 S. 6th St.
Ft. Pierce 34950
772/595-9691

701 Clematis St., Rm. 402
West Palm Beach 33401
561/803-3400

Judges:
400 N. Miami Avenue, Miami 33132
Federico A. Moreno, Chief Judge, Rm. 13-3
........................................ 305/523-5110
Donald L. Graham, Rm. 13-4 . 305/523-5130
K. Michael Moore, Rm. 13-1 . 305/523-5160
Paul C. Huck, Rm. 13-2 ......... 305/523-5520
Ursula Ungaro, Rm. 12-4 ...... 305/523-5550
Joan A. Lenard, Rm. 12-1..... 305/523-5500
Alan S. Gold, Rm. 11-1.......... 305/523-5680
Patricia A. Seitz, Rm. 11-4 .. 305/523-5530
Adalberto Jordan, Rm. 10-1 . 305/523-5560
Jose E. Martinez, Rm. 10-2.. 305/523-5590
99 N.E. 4th St., Miami 33132
James L. King, Senior Judge,.... 305/523-5000
Shelby Highsmith, Senior Judge,
Rm. 1027 ......................... 305/523-5170
299 E. Broward Blvd., Ft. Lauderdale 33301
William J. Zloch, Rm. 202B .. 954/769-5480
W. P. Dimitrouleas, Rm. 203. 954/769-5650
James I. Cohn, Rm 203 ......... 954/769-5490
Jose A. Gonzalez, Jr., Senior Judge,
Rm. 205-D ........................ 954/769-5560
301 N. Miami Ave., Miami 33128
Cecilia Altonaga, 4th Fl........ 305/523-5510

Marcia G. Cooke, 6th Fl........ 305/523-5150
William M. Hoeveler, Senior Judge, 9th Fl.
........................................ 305/523-5570
701 Clematis St., West Palm Beach 33401
Daniel T.K. Hurley, Rm. 352 561/803-3450
Donald M. Middlebrooks, Rm. 257
........................................ 561/514-3720
Kenneth A. Marra, Rm. 316.. 561/514-3760
Kenneth L. Ryskamp, Senior Judge,
Rm. 416 ............................. 561/803-3420
U.S. Magistrate Judges:
300 N.E. 1st Ave., Miami 33132
Ted E. Bandstra, Interim Chief Mag. Judge
Rm. 219 ............................. 305/523-5700
William C. Turnoff, Rm. 130 305/523-5710
Stephen T. Brown, Rm. 111.. 305/523-5740
Andrea M. Simonton, Rm. 131 . 305/523-5930
John J. O'Sullivan, Rm. 203. 305/523-5920
Patrick A. White, Rm. 132.... 305/523-5780
Chris McAliley, Rm. 105....... 305/523-5890
Edwin G. Torres, Rm 234 ..... 305/523-5750
99 N.E. 4th St., Miami 33132
Barry L. Garber, Rm. 1061... 305/523-5730
Peter R. Palermo, Rm. 1067. 305/523-5760
Robert L. Dubé, Rm. 1168.... 305/523-5770

299 E. Broward Blvd., Ft. Lauderdale 33301
Lurana S. Snow, Rm. 204 ..... 954/769-5460
Barry S. Seltzer, Rm. 109 .... 954/769-5450
701 Clematis St., West Palm Beach 33401
Linnea R. Johnson, Rm. 221.. 561/803-3470
Ann E. Vitunac, Rm. 438...... 561/803-3440
James M. Hopkins, Rm. 330. 561/514-3710
300 S. 6th St., 2d Fl., Ft. Pierce 34950
Frank J. Lynch, Jr............... 772/467-2320
Clerk: Clarence Maddox
301 N. Miami Ave., Rm. 150,
Miami 33128-7788 ............. 305/523-5001
Bankruptcy Judges:
51 S.W. 1st Ave., Rm. 1517, Miami 33130
Robert A. Mark, Chief Judge.. 305/714-1760
A. Jay Cristol ...................... 305/714-1770
Laurel Myerson Isicoff ....... 305/714-1750
299 E. Broward Blvd., Ft. Lauderdale 33301
Raymond B. Ray, Rm. 112..... 954/769-5760
1515 N. Flagler Dr., WPB 33401
Paul G. Hyman, Jr. ............. 561/514-4139

Clerk: Katherine Gould Feldman
51 S.W. 1st Ave., Rm. 1517,
Miami 33130 ..................... 305/714-1800

---

## SUPREME COURT OF THE UNITED STATES
One First St. N.E.
Washington, D.C. 20543
202/479-3211
www.supremecourtus.gov

Chief Justice:
John G. Roberts, Jr.
Associate Justices:
John Paul Stevens
Samuel A. Alito, Jr.
Antonin Scalia
Anthony M. Kennedy
David H. Souter
Clarence Thomas
Ruth Bader Ginsburg
Stephen G. Breyer
Officers of the Court:
Clerk: William K. Suter
Reporter of Decisions: Frank D. Wagner
Marshal: Pamela Talkin
Librarian: Judith A. Gaskell

The Court holds one term annually commencing on the first Monday in October.

## U. S. COURT OF FEDERAL CLAIMS
717 Madison Pl. N.W.
Washington, D.C. 20005
202/357-6400
www.uscfc.uscourts.gov

Chief Judge: Edward J. Damich
Clerk: Margaret M. Earnest

## U. S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
National Courts Bldg.,
717 Madison Place N.W.
Washington, D.C. 20439
202/633-6550
www.fedcir.gov

Chief Judge: Paul R. Michel
Circuit Executive and Clerk: Jan Horbaly

## U. S. TAX COURT
400 Second St. N.W.
Washington, D.C. 20217
202/521-0700
www.ustaxcourt.gov

Chief Judge: John O. Colvin
Clerk: Robert R. Di Trolio

## OFFICE OF THE IMMIGRATION JUDGE
333 S. Miami Avenue, Ste. 700
Miami, Florida 33130
www.usdoj.gov/eoir

Chief Immigration Judge:
David J. Neal
5107 Leesburg Pike, Ste. 2500
Falls Church, VA 22041........ 703/305-1247
Judges for Miami District:
Scott G. Alexander............... 305/530-6455
Kevin G. Bradley ................. 305/530-6455
Teofilo Chapa ...................... 305/530-6455

J. Daniel Dowell .................. 305/530-6455
Mahlon F. Hanson ................ 305/530-6455
Rodger C. Harris................... 305/530-6455
Carey Holliday .................... 305/530-6455
Michael C. Horn................... 305/530-6455
Denise Marks Lane ............... 305/530-6455
Stephen E. Mander............... 305/530-6455
Nancy R. McCormack............. 305/530-6455
Pedro A. Miranda................. 305/530-6455
Adam Opaciuch .................. 305/530-6455
John Opaciuch ................... 305/530-6455
Charles J. Sanders............... 305/530-6455
Bruce W. Solow ................... 305/530-6455
Elisa M. Sukkar................... 305/530-6455
*Lilliana Torreh-Bayouth* ...... 305/530-6455
Immigration Court: Krome North Processing
Center, 18201 S.W. 12th St., Miami 33194
Rex J. Ford .......................... 305/530-0571
Kenneth S. Hurewitz............. 305/530-0571
Denise Slavin....................... 305/530-0571
Immigration Court: Bradenton,
515 11th St. W, Bldg. B, Rm. 300, 34205
R. Kevin McHugh ................ 941/749-1044
Gail Padgett......................... 941/749-1044
Immigration Court: Orlando, 5449 Semoran
Blvd., Ste. 200, 32822
Kevin Chapman.................... 407/648-6565

Victoria L. Ghartey............... 407/648-6565
Daniel Lippman.................... 407/648-6565
Rafael Ortiz-Segura ............. 407/648-6565
Earle Wilson ....................... 407/648-6565
Court Administrator, Miami:
James Griffin ....................... 305/530-6455
Court Administrator, Krome:
Mark Russelburg................. 305/530-6455
Court Administrator, Orlando:
Mark Russelburg................. 407/648-6565

## U. S. COURT OF APPEALS
## FOR THE
## ELEVENTH CIRCUIT
### 56 Forsyth St. N.W.,
### Atlanta, Georgia 30303
(Includes states of Florida,
Georgia, and Alabama)
### www.ca11.uscourts.gov

Circuit Justice: Justice Anthony M. Kennedy
56 Forsyth St. N.W., Atlanta, GA 30303
........................................ 404/335-6100

J.L. Edmondson (Chief Judge)
Gerald Bard Tjoflat
R. Lanier Anderson III
Stanley F. Birch, Jr.
Joel F. Dubina
Susan H. Black
Ed Carnes
Rosemary Barkett
Frank M. Hull
Stanley Marcus
Charles R. Wilson
William H. Pryor, Jr.
Senior Judges:
John C. Godbold
James C. Hill
Peter T. Fay
Phyllis A. Kravitch
Emmett R. Cox
Senior judges may be contacted through
the clerk's office at 56 Forsyth St. N.W.,
Atlanta, GA 30303.............404/335-6100
Circuit Executive:
James Gerstenlauer, 56 Forsyth St. N.W.,
Atlanta, GA 30303 ............ 404/335-6535
Clerk:
Thomas K. Kahn, 56 Forsyth St. N.W.,
Atlanta, GA 30303 ............. 404/335-6100



# There's no place like USA.gov.

It's the official source of federal and state government information.
It can make you as all-knowing as the Wizard of Oz.



1 (800) FED-INFO

A public service message from the U.S. General Services Administration.



# State Appellate Districts

**First Appellate District:** Alachua, Baker, Bay, Bradford, Calhoun, Clay, Columbia, Dixie, Duval, Escambia, Franklin, Gadsden, Gilchrist, Gulf, Hamilton, Holmes, Jackson, Jefferson, Lafayette, Leon, Levy, Liberty, Madison, Nassau, Okaloosa, Santa Rosa, Suwannee, Taylor, Union, Wakulla, Walton, Washington
• Comprising the 1st, 2d, 3d, 4th, 8th, and 14th Circuits.

**Second Appellate District:** Charlotte, Collier, DeSoto, Glades, Hardee, Hendry, Highlands, Hillsborough, Lee, Manatee, Pasco, Pinellas, Polk, Sarasota
• Comprising the 6th, 10th, 12th, 13th, and 20th Circuits.

**Third Appellate District:** Dade, Monroe
• Comprising the 11th and 16th Circuits.

**Fourth Appellate District:** Broward, Indian River, Okeechobee, Palm Beach, St. Lucie, Martin
• Comprising the 15th, 17th, and 19th Circuits.

**Fifth Appellate District:** Brevard, Citrus, Flagler, Hernando, Lake, Marion, Orange, Osceola, Putnam, Seminole, St. Johns, Sumter, Volusia
• Comprising the 5th, 7th, 9th, and 18th Circuits.

# Federal Districts

**Northern District:** Court held in Gainesville, Marianna, Tallahassee, Panama City, and Pensacola.

**Middle District:** Court held in Fernandina, Ft. Myers, Jacksonville, Live Oak, Ocala, Orlando, St. Petersburg, and Tampa.

**Southern District:** Court held in Ft. Lauderdale, Ft. Pierce, Key West, Miami, and West Palm Beach.



# Judicial Circuits
## Counties/County Seats

**First Circuit**
**Escambia**
  Pensacola
**Okaloosa**
  Crestview
**Santa Rosa**
  Milton
**Walton**
  DeFuniak Springs

**Second Circuit**
**Franklin**
  Apalachicola
**Gadsden**
  Quincy
**Jefferson**
  Monticello
**Leon**
  Tallahassee
**Liberty**
  Bristol
**Wakulla**
  Crawforville

**Third Circuit**
**Columbia**
  Lake City
**Dixie**
  Cross City
**Hamilton**
  Jasper
**Lafayette**
  Mayo
**Madison**
  Madison
**Suwannee**
  Live Oak
**Taylor**
  Perry

**Fourth Circuit**
**Duval**
  Jacksonville
**Clay**
  Green Cove Springs
**Nassau**
  Fernandina Beach

**Fifth Circuit**
**Citrus**
  Inverness

**Hernando**
  Brooksville
**Lake**
  Tavares
**Marion**
  Ocala
**Sumter**
  Bushnell

**Sixth Circuit**
**Pasco**
  Dade City
**Pinellas**
  Clearwater

**Seventh Circuit**
**Flagler**
  Bunnell
**Putnam**
  Palatka
**St. Johns**
  St. Augustine
**Volusia**
  DeLand

**Eighth Circuit**
**Alachua**
  Gainesville
**Baker**
  Macclenny
**Bradford**
  Starke
**Gilchrist**
  Trenton
**Levy**
  Bronson
**Union**
  Lake Butler

**Ninth Circuit**
**Orange**
  Orlando
**Osceola**
  Kissimmee

**Tenth Circuit**
**Hardee**
  Wauchula
**Highlands**
  Sebring
**Polk**
  Bartow

**Eleventh Circuit**
**Dade**
  Miami

**Twelfth Circuit**
**DeSoto**
  Arcadia
**Manatee**
  Bradenton
**Sarasota**
  Sarasota

**Thirteenth Circuit**
**Hillsborough**
  Tampa

**Fourteenth Circuit**
**Bay**
  Panama City
**Calhoun**
  Blountstown
**Gulf**
  Port St. Joe
**Holmes**
  Bonifay
**Jackson**
  Marianna
**Washington**
  Chipley

**Fifteenth Circuit**
**Palm Beach**
  West Palm Beach

**Sixteenth Circuit**
**Monroe**
  Key West

**Seventeenth Circuit**
**Broward**
  Ft. Lauderdale

**Eighteenth Circuit**
**Brevard**
  Titusville
**Seminole**
  Sanford

**Nineteenth Circuit**
**Indian River**
  Vero Beach
**Martin**
  Stuart
**Okeechobee**
  Okeechobee
**St. Lucie**
  Ft. Pierce

**Twentieth Circuit**
**Charlotte**
  Punta Gorda
**Collier**
  Naples
**Glades**
  Moore Haven
**Hendry**
  LaBelle
**Lee**
  Ft. Myers

# CITY/COUNTY CIRCUIT CHART

| City (County) | Circuit | City (County) | Circuit | City (County) | Circuit |
|---|---|---|---|---|---|
| Alachua (Alachua) | 8th | Bronson* (Levy) | 8th | Deltona (Volusia) | 7th |
| Alford (Jackson) | 2nd | Brooker (Bradford) | 8th | Deltona Lakes (Volusia) | 7th |
| Allandale (Volusia) | 7th | Brooksville* (Hernando) | 5th | Destin (Okaloosa & Walton) | 1st |
| Alligator Point (Franklin) | 2nd | Buena Vista (Dade) | 11th | Doctors Inlet (Clay) | 4th |
| Altamonte Springs (Seminole) | 18th | Bunche Park (Dade) | 11th | Dona Vista (Lake) | 5th |
| Altha (Calhoun) | 14th | Bunnell* (Flagler) | 7th | Dover (Hillsborough) | 13th |
| Altoona (Orange) | 9th | Bushnell* (Sumter) | 5th | Duck Key (Monroe) | 16th |
| Alva (Lee) | 20th | Callahan (Nassau) | 4th | Dundee (Polk) | 10th |
| Amelia Island (Nassau) | 4th | Callaway (Bay) | 14th | Dunedin (Pinellas) | 6th |
| Anna Maria (Manatee) | 12th | Campbellton (Jackson) | 14th | Dunnellon (Marion) | 5th |
| Anthony (Marion) | 5th | Canal Point (Palm Beach) | 15th | Eagle Lake (Polk) | 10th |
| APO Miami (Dade) | 11th | Candler (Marion) | 5th | Earleton (Alachua) | 8th |
| Apalachicola* (Franklin) | 2nd | Cantonment (Escambia) | 1st | East Palatka (Putnam) | 7th |
| Apollo Beach (Hillsborough) | 13th | Cape Canaveral (Brevard) | 18th | East Point (Franklin) | 2nd |
| Apopka (Orange) | 9th | Cape Coral (Lee) | 20th | Eaton Park (Polk) | 10th |
| Arcadia* (DeSoto) | 12th | Captiva Island (Lee) | 20th | Eatonville (Orange) | 9th |
| Archer (Alachua) | 8th | Carol City (Dade) | 11th | Eau Gallie (Brevard) | 18th |
| Aripeka (Pasco) | 6th | Carrabelle (Franklin) | 2nd | Ebro (Washington) | 14th |
| Astatula (Lake) | 5th | Caryville (Washington) | 14th | Edgewater (Volusia) | 7th |
| Arlington (Duval) | 4th | Casselberry (Seminole) | 18th | Edgewood (Orange) | 9th |
| Astor (Lake) | 5th | Cecil Field (Duval) | 4th | Eglin AFB (Okaloosa) | 1st |
| Atlantic Beach (Duval) | 4th | Cedar Grove (Bay) | 14th | Elfers (Pasco) | 6th |
| Atlantis (Palm Beach) | 15th | Cedar Key (Levy) | 8th | Elkton (St. Johns) | 7th |
| Auburndale (Polk) | 10th | Celebration (Osceola) | 9th | El Portal (Dade) | 11th |
| Aventura (Dade) | 11th | Center Hill (Sumter) | 5th | Ellenton (Manatee) | 12th |
| Avon Park (Highlands & Polk) | 10th | Century (Escambia) | 1st | Englewood (Sarasota & Charlotte) | 12th |
| Babson Park (Polk) | 10th | Charlotte Harbor (Charlotte) | 20th | Enterprise (Volusia) | 7th |
| Bagdad (Santa Rosa) | 1st | Chattahoochee (Gadsden) | 2nd | Estero (Lee) | 20th |
| Baker (Okaloosa) | 1st | Chiefland (Levy) | 8th | Esto (Holmes) | 14th |
| Bal Harbour (Dade) | 11th | Chipley* (Washington) | 14th | Eustis (Lake) | 5th |
| Baldwin (Duval) | 4th | Christmas (Orange) | 9th | Everglades City (Collier) | 20th |
| Balm (Hillsborough) | 13th | Cinco Bayou (Okaloosa) | 1st | Evinston (Alachua) | 8th |
| Barberville (Volusia) | 7th | Citra (Marion) | 5th | Fanning Springs (Gilchrist & Levy) | 8th |
| Bartow* (Polk) | 10th | Clarksville (Calhoun) | 14th | Fedhaven (Polk) | 10th |
| Bascom (Jackson) | 14th | Clearwater* (Pinellas) | 6th | Fellsmere (Indian River) | 19th |
| Bay Harbor (Dade) | 11th | Clearwater Beach (Pinellas) | 6th | Fern Park (Seminole) | 18th |
| Bay Harbor Gardens (Dade) | 11th | Clermont (Lake) | 5th | Fernandina Beach* (Nassau) | 4th |
| Bay Harbor Islands (Dade) | 11th | Clewiston (Hendry) | 20th | Flagler Beach (Flagler) | 7th |
| Bay Harbor Isle (Dade) | 11th | Cloud Lake (Palm Beach) | 15th | Florahome (Putnam) | 7th |
| Bay Lake (Orange) | 9th | Cocoa (Brevard) | 18th | Floral City (Citrus) | 5th |
| Bay Pines (Pinellas) | 6th | Cocoa Beach (Brevard) | 18th | Florida City (Dade) | 11th |
| Bayport (Hernando) | 5th | Coconut Creek (Broward) | 17th | Forest City (Seminole) | 18th |
| Bayonet Point (Pasco) | 6th | Coconut Grove (Dade) | 11th | Freeport (Walton) | 1st |
| Bell (Gilchrist) | 8th | Coleman (Sumter) | 5th | Frostproof (Polk) | 10th |
| Belle Glade (Palm Beach) | 15th | Cooper City (Broward) | 17th | Fruitland Park (Lake) | 5th |
| Belleair (Pinellas) | 6th | Coral Gables (Dade) | 11th | Ft. George (Duval) | 4th |
| Belleair Beach (Pinellas) | 6th | Coral Ridge (Broward) | 17th | Ft. Lauderdale* (Broward) | 17th |
| Belleair Bluffs (Pinellas) | 6th | Coral Springs (Broward) | 17th | Ft. McCoy (Marion) | 5th |
| Belleair Shore (Pinellas) | 6th | Cortez (Manatee) | 12th | Ft. Meade (Polk) | 10th |
| Belleview (Marion) | 5th | Cottondale (Jackson) | 14th | Ft. Myers* (Lee) | 20th |
| Beverly Beach (Flagler) | 7th | Crawfordville* (Wakulla) | 2nd | Ft. Myers Beach (Lee) | 20th |
| Beverly Hills (Citrus) | 5th | Crescent City (Putnam) | 7th | Ft. Pierce* (St. Lucie) | 19th |
| Big Pine Key (Monroe) | 16th | Crestview* (Okaloosa) | 1st | Ft. Pierce Beach (St. Lucie) | 19th |
| Biscayne Gardens (Dade) | 11th | Cross City* (Dixie) | 3rd | Ft. Walton (Okaloosa) | 1st |
| Biscayne Park (Dade) | 11th | Crystal Beach (Pinellas) | 6th | Ft. Walton Beach (Okaloosa) | 1st |
| Blountstown* (Calhoun) | 14th | Crystal River (Citrus) | 5th | Ft. White (Columbia) | 3rd |
| Boca Grande (Lee) | 20th | Crystal Lake (Bay) | 14th | Gables-by-the-Sea (Dade) | 11th |
| Boca Raton (Palm Beach) | 15th | Crystal Springs (Pasco) | 6th | Gainesville* (Alachua) | 8th |
| Bokeelia (Lee) | 20th | Cudjoe Key (Monroe) | 16th | Geneva (Seminole) | 18th |
| Bonifay* (Holmes) | 14th | Cutler Ridge (Dade) | 11th | Gibsonton (Hillsborough) | 13th |
| Bonita Beach (Lee) | 20th | Cypress (Jackson) | 14th | Gifford (Indian River) | 19th |
| Bonita Shores (Lee) | 20th | Dade City* (Pasco) | 6th | Glen Ridge (Palm Beach) | 15th |
| Bonita Springs (Lee & Collier) | 20th | Dania (Broward) | 17th | Glen St. Mary (Baker) | 8th |
| Bostwick (Clay) | 4th | Davenport (Polk) | 10th | Glenwood (Volusia) | 7th |
| Bowling Green (Hardee) | 10th | Davie (Broward) | 17th | Golden Beach (Dade) | 11th |
| Boynton Beach (Palm Beach) | 15th | Daytona (Volusia) | 7th | Golden Gate (Collier) | 20th |
| Boys Ranch (Suwannee) | 3rd | Daytona Beach (Volusia) | 7th | Goldenrod (Orange) | 9th |
| Bradenton* (Manatee) | 12th | Daytona Beach Shores (Volusia) | 7th | Golf (Palm Beach) | 15th |
| Bradenton Beach (Manatee) | 12th | DeBary (Volusia) | 7th | Gonzalez (Escambia) | 1st |
| Bradley (Polk) | 10th | Deerfield (Broward) | 17th | Goodland (Collier) | 20th |
| Brandon (Hillsborough) | 13th | Deerfield Beach (Broward) | 17th | Gotha (Orange) | 9th |
| Branford (Suwannee) | 3rd | DeFuniak Springs* (Walton) | 1st | Goulds (Dade) | 11th |
| Brighton (Highlands) | 10th | DeLand* (Volusia) | 7th | Graceville (Jackson) | 14th |
| Briny Breezes (Palm Beach) | 15th | DeLeon Springs (Volusia) | 7th | Graham (Bradford) | 8th |
| Bristol* (Liberty) | 2nd | Delray Beach (Palm Beach) | 15th | Grand Island (Lake) | 5th |

*County Seat

| City (County) | Circuit |
|---|---|
| rand Ridge (Jackson) | 14th |
| rant (Brevard) | 18th |
| reen Cove Springs* (Clay) | 4th |
| reenacres City (Palm Beach) | 15th |
| reenwood (Jackson) | 14th |
| reensboro (Gadsden) | 2nd |
| reenville (Madison) | 3rd |
| retna (Gadsden) | 2nd |
| roveland (Lake) | 5th |
| ulf Breeze (Santa Rosa) | 1st |
| ulf Hammock (Levy) | 8th |
| ulf Stream (Palm Beach) | 15th |
| ulfport (Pinellas) | 6th |
| aines City (Polk) | 10th |
| allandale (Broward) | 17th |
| ampton (Bradford) | 8th |
| arbor Oaks (Duval) | 4th |
| arbor Heights (Charlotte) | 20th |
| astings (St. Johns) | 7th |
| avana (Gadsden) | 2nd |
| awthorne (Alachua) | 8th |
| eathrow (Seminole) | 5th |
| ernando (Citrus) | 11th |
| ialeah (Dade) | 11th |
| ialeah Gardens (Dade) | 11th |
| ialeah Lakes (Dade) | 11th |
| igh Springs (Alachua) | 8th |
| ighland Beach (Palm Beach/) | 15th |
| ighland City (Polk) | 10th |
| ighland Park (Polk) | 10th |
| illcrest Heights (Polk) | 10th |
| illiard (Nassau) | 4th |
| illsboro Beach (Broward) | 17th |
| obe Sound (Martin) | 19th |
| oliday (Pasco) | 6th |
| olly Hill (Volusia) | 7th |
| ollywood (Broward) | 17th |
| ollywood Beach (Broward) | 17th |
| ollywood Hills (Broward) | 17th |
| olmes Beach (Manatee) | 12th |
| omeland (Polk) | 10th |
| omestead (Dade) | 11th |
| omestead AFB (Dade) | 11th |
| omosassa (Citrus) | 5th |
| omosassa Springs (Citrus) | 5th |
| orseshoe Beach (Dixie) | 3rd |
| osford (Liberty) | 2nd |
| owey-in-the-Hills (Lake) | 5th |
| udson (Pasco) | 6th |
| urlburt Field (Okaloosa) | 1st |
| ypoluxo Island (Palm Beach) | 15th |
| mmokalee (Collier) | 20th |
| ndialantic (Brevard) | 18th |
| ndian Creek (Dade) | 11th |
| ndian Harbour Beach (Brevard) | 18th |
| ndian Lake Estates (Polk) | 10th |
| ndian River City (Brevard) | 18th |
| ndian River Shores (Indian River) | 19th |
| udian Rocks Beach (Pinellas) | 6th |
| ndian Shores (Pinellas) | 6th |
| ndiantown (Martin) | 19th |
| nglis (Levy) | 8th |
| stachatta (Hernando) | 5th |
| nterlachen (Putnam) | 7th |
| nverness* (Citrus) | 5th |
| slamorada (Monroe) | 16th |
| slandia (Dade) | 11th |
| Isle of Capri (Collier) | 20th |
| Jacksonville* (Duval) | 4th |
| Jacksonville Beach (Duval) | 4th |
| Jasper* (Hamilton) | 3rd |
| Jay (Santa Rosa) | 1st |
| Jennings (Hamilton) | 3rd |
| Jensen Beach (Martin) | 19th |
| Juno (Palm Beach) | 15th |
| Juno Beach (Palm Beach) | 15th |
| Juno Isles (Palm Beach) | 15th |
| Jupiter (Palm Beach) | 15th |
| Jupiter Island (Martin) | 19th |
| Kendale Lakes (Dade) | 11th |
| Kendall (Dade) | 11th |
| Kennedy Space Center (Brevard) | 18th |
| Kenneth City (Pinellas) | 6th |
| Key Biscayne (Dade) | 11th |
| Key Colony Beach (Monroe) | 16th |
| Key Largo (Monroe) | 16th |
| Key West* (Monroe) | 16th |
| Keystone Heights (Clay) | 4th |
| Kissimmee* (Osceola) | 9th |
| La Belle* (Hendry) | 20th |
| LaCrosse (Alachua) | 8th |
| Lady Lake (Lake) | 5th |
| Laguna Beach (Bay) | 14th |
| Lake Alfred (Polk) | 10th |
| Lake Buena Vista (Orange) | 9th |
| Lake Butler* (Union) | 8th |
| Lake City* (Columbia) | 3rd |
| Lake Clarke Shores (Palm Beach) | 15th |
| Lake Geneva (Clay) | 4th |
| Lake Hamilton (Polk) | 10th |
| Lake Helen (Volusia) | 7th |
| Lake Jem (Lake) | 5th |
| Lake Mary (Seminole) | 18th |
| Lake Monroe (Seminole) | 18th |
| Lake Panasoffkee (Sumter) | 5th |
| Lake Park (Palm Beach) | 15th |
| Lake Placid (Highlands) | 10th |
| Lake Wales (Polk) | 10th |
| Lake Worth (Palm Beach) | 15th |
| Lakeland (Polk) | 10th |
| Lamont (Jefferson) | 2nd |
| Land O' Lakes (Pasco) | 6th |
| Lantana (Palm Beach) | 15th |
| Largo (Pinellas) | 6th |
| Lauderdale (Broward) | 17th |
| Lauderdale Isles (Broward) | 17th |
| Lauderdale Lakes (Broward) | 17th |
| Lauderdale-by-the-Sea (Broward) | 17th |
| Lauderhill (Broward) | 12th |
| Laurel (Sarasota) | 1st |
| Laurel Hill (Okaloosa) | 8th |
| Lawtey (Bradford) | 16th |
| Layton (Monroe) | 17th |
| Lazy Lake (Broward) | 5th |
| Lecanto (Citrus) | 3rd |
| Lee (Madison) | 5th |
| Leesburg (Lake) | 20th |
| LeHigh Acres (Lee) | 11th |
| Leisure City (Dade) | 17th |
| Lighthouse Point (Broward) | 13th |
| Limona (Hillsborough) | 13th |
| Lithia (Hillsborough) | 11th |
| Little River (Dade) | 3rd |
| Live Oak* (Suwannee) | 2nd |
| Lloyd (Jefferson) | 16th |
| Long Key (Monroe) | 12th |
| Longboat Key (Manatee) | 18th |
| Longwood (Seminole) | 10th |
| Lorida (Highlands) | 5th |
| Lowell (Marion) | 15th |
| Loxahatchee (Palm Beach) | 13th |
| Lutz (Hillsborough) | 14th |
| Lynn Haven (Bay) | 8th |
| Macclenny* (Baker) | 13th |
| MacDill AFB (Hillsborough) | 6th |
| Madeira Beach (Pinellas) | 3rd |
| Madison* (Madison) | 9th |
| Maitland (Orange) | 18th |
| Malabar (Brevard) | 14th |
| Malone (Jackson) | 15th |
| Manalapan (Palm Beach) | 4th |
| Mandarin (Duval) | 13th |
| Mango (Hillsborough) | 15th |
| Mangonia Park (Palm Beach) | 12th |
| Manasota (Manatee) | 16th |
| Marathon (Monroe) | 16th |
| Marathon Shores (Monroe) | 20th |
| Marco Island (Collier) | 17th |
| Margate (Broward) | 14th |
| Marianna* (Jackson) | 7th |
| Marineland (Flagler/St. Johns) | 1st |
| Mary Esther (Okaloosa) | 5th |
| Mascotte (Lake) | 20th |
| Matlacha (Lee) | 3rd |
| Mayo* (Lafayette) | 4th |
| Mayport (Duval) | 9th |
| McCoy AFB (Orange) | 5th |
| McIntosh (Marion) | 11th |
| Medley (Dade) | 18th |
| Melbourne (Brevard) | 18th |
| Melbourne Beach (Brevard) | 18th |
| Melbourne Village (Brevard) | 8th |
| Melrose (Alachua) | 18th |
| Merritt Island (Brevard) | 14th |
| Mexico Beach (Bay) | 11th |
| Miami* (Dade) | 11th |
| Miami Beach (Dade) | 11th |
| Miami Gardens (Dade) | 11th |
| Miami Lakes (Dade) | 11th |
| Miami Shores (Dade) | 11th |
| Miami Springs (Dade) | 8th |
| Micanopy (Alachua) | 18th |
| Micco (Brevard) | 2nd |
| Miccosukee (Leon) | 4th |
| Middleburg (Clay) | 2nd |
| Midway (Gadsden) | 1st |
| Milton* (Santa Rosa) | 18th |
| Mims (Brevard) | 5th |
| Minneola (Lake) | 17th |
| Miramar (Broward) | 1st |
| Molino (Escambia) | 5th |
| Monteverde (Lake) | 2nd |
| Monticello* (Jefferson) | 20th |
| Moore Haven* (Glades) | 8th |
| Morriston (Levy) | 10th |
| Mulberry (Polk) | 5th |
| Mt. Dora (Lake) | 5th |
| Mt. Plymouth (Lake) | 20th |
| Murdock (Charlotte) | 15th |
| Nangonia Park (Palm Beach) | 20th |
| Naples* (Collier) | 20th |
| Naples Park (Collier) | 11th |
| Naranja (Dade) | 4th |
| NAS Jacksonville (Duval) | 1st |
| NAS Pensacola (Escambia) | 1st |
| Navarre (Santa Rosa) | 4th |
| Neptune Beach (Duval) | 6th |
| New Port Richey (Pasco) | 7th |
| New Smyrna Beach (Volusia) | 8th |
| Newberry (Alachua) | 1st |
| Niceville (Okaloosa/Walton) | 10th |
| Nichols (Polk) | 5th |
| Nobleton (Hernando) | 12th |
| Nocatee (DeSoto) | 10th |
| Nochtee (Polk) | 12th |
| Nokomis (Sarasota) | 14th |
| Noma (Holmes) | 11th |
| North Bay Village (Dade) | 20th |
| North Ft. Myers (Lee) | 17th |
| North Lauderdale (Broward) | 11th |
| North Miami (Dade) | 11th |
| North Miami Beach (Dade) | 20th |
| North Naples Park (Collier) | 15th |
| North Palm Beach (Palm Beach) | 12th |
| North Port (Sarasota) | 6th |
| North Redington Beach (Pinellas) | 7th |
| Oak Hill (Volusia) | 9th |
| Oakland (Orange) | 17th |
| Oakland Park (Broward) | 5th |
| Ocala* (Marion) | 19th |
| Ocean Breeze Park (Martin) | |

*County Seat

| City (County) | Circuit | City (County) | Circuit | City (County) | Circuit |
|---|---|---|---|---|---|
| Ocean Ridge (Palm Beach) | 15th | Princeton (Dade) | 11th | Sunrise (Broward) | 17th |
| Ochopee (Collier) | 20th | Punta Gorda* (Charlotte) | 20th | Surfside (Dade) | 11th |
| Ocoee (Orange) | 9th | Quincy* (Gadsden) | 2nd | Sweetwater (Dade) | 11th |
| Odessa (Pasco) | 6th | Raiford (Union) | 8th | Tallahassee* (Leon) | 2nd |
| Okeechobee* (Okeechobee) | 19th | Reddick (Marion) | 5th | Tallevast (Manatee) | 12th |
| Oklawaha (Marion) | 5th | Redington Beach (Pinellas) | 6th | Tamarac (Broward) | 17th |
| Ojus (Dade) | 11th | Redington Shores (Pinellas) | 6th | Tampa* (Hillsborough) | 13th |
| Old Town (Dixie) | 3rd | Ridge Manor (Pasco) | 6th | Tangerine (Orange) | 9th |
| Oldsmar (Pinellas) | 6th | Riverview (Hillsborough) | 13th | Tarpon Springs (Pinellas) | 6th |
| Ona (Hardee) | 10th | Riviera Beach (Palm Beach) | 15th | Tavares* (Lake) | 5th |
| Oneco (Manatee) | 12th | Rockledge (Brevard) | 18th | Tavernier (Monroe) | 16th |
| Opa Locka (Dade) | 11th | Roseland (Indian River) | 19th | Temple Terrace (Hillsborough) | 13th |
| Orange City (Volusia) | 7th | Rotonda West (Charlotte) | 20th | Tequesta (Palm Beach) | 15th |
| Orange Lake (Marion) | 5th | Royal Palm Beach (Palm Beach) | 15th | Terra Ceia (Manatee) | 12th |
| Orange Park (Clay) | 4th | Ruskin (Hillsborough) | 13th | The Villages (Lake) | 5th |
| Orange Springs (Marion) | 5th | Safety Harbor (Pinellas) | 6th | Thonotosassa (Hillsborough) | 13th |
| Orchid (Indian River) | 19th | Salem (Taylor) | 3rd | Tice (Lee) | 20th |
| Orlando* (Orange) | 9th | Salerno (Martin) | 19th | Tierra Verde (Pinellas) | 6th |
| Ormond Beach (Volusia) | 7th | Salt Springs (Marion) | 5th | Titusville* (Brevard) | 18th |
| Ormond-by-the-Sea (Volusia) | 7th | Samoset (Manatee) | 12th | Treasure Island (Pinellas) | 6th |
| Osprey (Sarasota) | 12th | San Antonio (Pasco) | 6th | Trenton* (Gilchrist) | 8th |
| Osteen (Volusia) | 7th | San Mateo (Putnam) | 7th | Tyndall AFB (Bay) | 14th |
| Otter Creek (Levy) | 8th | Sanford* (Seminole) | 18th | Umatilla (Lake) | 5th |
| Oviedo (Seminole) | 18th | Sanibel (Lee) | 20th | Upper Key Largo (Dade) | 11th |
| Ozona (Pinellas) | 6th | Sanibel Island (Lee) | 20th | Vacation Village (Monroe) | 16th |
| Pace (Santa Rosa) | 1st | Santa Rosa Beach (Walton) | 1st | Valparaiso (Okaloosa) | 1st |
| Pahokee (Palm Beach) | 15th | Sarasota* (Sarasota) | 12th | Valrico (Hillsborough) | 13th |
| Paisley (Lake) | 5th | Satellite Beach (Brevard) | 18th | Venice (Sarasota) | 12th |
| Palatka* (Putnam) | 7th | Satsuma (Putnam) | 7th | Venus (Highlands) | 10th |
| Palm Bay (Brevard) | 18th | Scottsmoor (Brevard) | 18th | Vernon (Washington) | 14th |
| Palm Beach (Palm Beach) | 15th | Sea Ranch Lakes (Broward) | 17th | Vero Beach* (Indian River) | 19th |
| Palm Beach Gardens (Palm Beach) | 15th | Seaside (Santa Rosa) | 1st | Viera (Brevard) | 18th |
| Palm Beach Shores (Palm Beach) | 15th | Sebastian (Indian River) | 19th | Village of Golf (Palm Beach) | 15th |
| Palm City (Martin) | 19th | Sebring* (Highlands) | 10th | Virginia Gardens (Dade) | 11th |
| Palm Coast (Flagler) | 7th | Seffner (Hillsborough) | 13th | Wabasso (Indian River) | 19th |
| Palm Harbor (Pinellas) | 6th | Seminole (Pinellas) | 6th | Wacissa (Jefferson) | 2nd |
| Palm Springs (Palm Beach) | 15th | Seven Springs (Pasco) | 6th | Wakulla Springs (Wakulla) | 2nd |
| Palmetto (Manatee) | 12th | Sewall's Point (Martin) | 19th | Waldo (Alachua) | 8th |
| Panacea (Wakulla) | 2nd | Shalimar (Okaloosa) | 1st | Walnut Hill (Escambia) | 1st |
| Panama City* (Bay) | 14th | Sharpes (Brevard) | 18th | Warrington (Escambia) | 1st |
| Panama City Beach (Bay) | 14th | Siesta Key (Sarasota) | 12th | Wauchula* (Hardee) | 10th |
| Parker (Bay) | 14th | Silver Springs (Marion) | 5th | Wausau (Washington) | 14th |
| Parkland (Broward) | 17th | Singer Island (Palm Beach) | 15th | Waverly (Polk) | 10th |
| Parrish (Manatee) | 12th | Sneads (Jackson) | 14th | Webster (Sumter) | 5th |
| Pass-A-Grille Beach (Pinellas) | 6th | Sopchoppy (Wakulla) | 2nd | Weeki Wachee (Hernando) | 5th |
| Patrick AFB (Brevard) | 18th | Sorrento (Lake) | 5th | Weirsdale (Marion) | 5th |
| Paxton (Walton) | 1st | South Bay (Palm Beach) | 15th | Welaka (Putnam) | 7th |
| Pembroke Lakes (Broward) | 17th | South Daytona (Volusia) | 7th | Wellington (Palm Beach) | 15th |
| Pembroke Park (Broward) | 17th | South Daytona Beach (Volusia) | 7th | Wesley Chapel (Pasco) | 6th |
| Pembroke Pines (Broward) | 17th | South Florida (Broward/952) | 17th | West Hollywood (Broward) | 17th |
| Pensacola* (Escambia) | 1st | South Jacksonville (Duval) | 4th | West Melbourne (Brevard) | 18th |
| Pensacola Beach (Escambia) | 1st | South Miami (Dade) | 11th | West Miami (Dade) | 11th |
| Perrine (Dade) | 11th | South Palm Beach (Palm Beach) | 15th | West Palm Beach* (Palm Beach) | 15th |
| Perry* (Taylor) | 3rd | South Pasadena (Pinellas) | 6th | Weston (Broward) | 17th |
| Pierson (Volusia) | 7th | Southwest Ranches (Broward) | 17th | Westville (Holmes) | 14th |
| Pineland (Pinellas) | 6th | Sparr (Marion) | 5th | Wewahitchka (Gulf) | 14th |
| Pinellas Park (Pinellas) | 6th | Spring Hill (Hernando) | 5th | White Springs (Hamilton) | 3rd |
| Placida (Charlotte) | 20th | Springfield (Bay) | 14th | Wilbur-by-the-Sea (Volusia) | 7th |
| Plant City (Hillsborough) | 13th | St. Augustine* (St. Johns) | 7th | Wildwood (Sumter) | 5th |
| Plantation (Broward) | 17th | St. Augustine Beach (St. Johns) | 7th | Williams Island (Dade) | 11th |
| Plantation Key (Monroe) | 16th | St. Cloud (Osceola) | 9th | Williston (Levy) | 8th |
| Plymouth (Orange) | 9th | St. James City (Lee) | 20th | Wilton Manors (Broward) | 17th |
| Poinciana (Osceola) | 9th | St. Leo (Pasco) | 6th | Wimauma (Hillsborough) | 13th |
| Polk City (Polk) | 10th | St. Lucie Village (Indian River) | 19th | Windermere (Orange) | 9th |
| Pomona Park (Putnam) | 7th | St. Marks (Wakulla) | 2nd | Winter Garden (Orange) | 9th |
| Pompano Beach (Broward) | 17th | St. Petersburg (Pinellas) | 6th | Winter Haven (Polk) | 10th |
| Ponce de Leon (Holmes) | 14th | St. Pete Beach (Pinellas) | 6th | Winter Park (Orange) | 9th |
| Ponce Inlet (Volusia) | 7th | Starke* (Bradford) | 8th | Winter Springs (Seminole) | 18th |
| Ponte Vedra Beach (St. Johns) | 7th | Steinhatchee (Taylor) | 3rd | Woodville (Leon) | 2nd |
| Port Charlotte (Charlotte) | 20th | Stuart* (Martin) | 19th | Worthington Springs (Union) | 8th |
| Port Everglades (Broward) | 17th | Sugar Loaf Shores (Monroe) | 16th | Yalaha (Lake) | 5th |
| Port Orange (Volusia) | 7th | Summerfield (Marion) | 5th | Yankeetown (Levy) | 8th |
| Port Richey (Pasco) | 6th | Summerland Key (Monroe) | 16th | Yulee (Nassau) | 4th |
| Port Salerno (Martin) | 19th | Sumterville (Sumter) | 5th | Zellwood (Orange) | 9th |
| Port St. Joe* (Gulf) | 14th | Sun City (Hillsborough) | 13th | Zephyrhills (Pasco) | 6th |
| Port St. John (Brevard) | 18th | Sun City Center (Hillsborough) | 13th | Zolfo Springs (Hardee) | 10th |
| Port St. Lucie (St. Lucie) | 19th | Sunny Isles (Dade) | 11th | | |

*County Seat

# TABLE OF CONTENTS

CAPTION OF CASE...................................................................................1

TABLE OF CONTENTS ..........................................................................3

A. PARTIES ...........................................................................................4

B. JURISDICTION.................................................................................4

C. NATURE OF ACTION.......................................................................4

D. CAUSE OF ACTION..........................................................................6

E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF....................14

F. REQUEST FOR RELIEF.....................................................................14

G. JURY DEMAND................................................................................15

H. CERTIFICATE OF SERVICE.............................................................16

I. OATH.................................................................................................16

J. ACKNOWLEDGEMENT.....................................................................16

## EXHIBITS

COUNTIES/ COUNTY SEATS.......................................................... APPENDIX (i)

"STATE OF FLORIDA", INC.'S "COURTS, ADMINISTRATIVE OFFICIALS" PERSONAL ROSTER....................................................................... APPENDIX (ii)

A - DS-DE-56 CONTRACT [OATH] REVISED ON 9/85.......................... PASSIM

B - DS-DE-56 CONTRACT [OATH] REVISED ON 7/92...................................PASSIM

C - DS-DE-56 CONTRACT [OATH] REVISED ON 10/96................................PASSIM

D - DS-DE-56 CONTRACT [OATH] REVISED ON 10/98................................ PASSIM

E - DS-DE-56 CONTRACT [OATH] REVISED ON 9/99...................................PASSIM

F - DS-DE-56 CONTRACT [OATH] REVISED ON 2/04...................................PASSIM

G - DS-DE-56 CONTRACT [OATH] REVISED ON 5/07...................................PASSIM

H - DS-DE-26 CONTRACT [OATH] REVISED ON 8/99................................... PASSIM

I - DS-DE-26 CONTRACT [OATH] REVISED ON 8/03...................................PASSIM

J - DS-DE-26 CONTRACT [OATH] REVISED ON 5/07...................................PASSIM

K - DS-DE-26 CONTRACT [OATH] REVISED ON 2/08...................................PASSIM

L - DS-DE-24 CONTRACT [OATH] REVISED ON 5/07...................................PASSIM

1 ........................................................................................... PASSIM

2 ........................................................................................... PASSIM

3 ........................................................................................... PASSIM

4 ........................................................................................... PASSIM

## A. PARTIES
### IN COMPLIANCE TO FED.R.CIV.P. 10(A)

1. Derrick Devon Griffin (Plaintiff)- [On behalf of the United States of America] is a citizen of the State of Florida, who presently is located at the Okaloosa Correctional Institution, 3189 Little Silver Road, Crestview, Florida, 32539-6708.

2. STATE OF FLORIDA, Incorporated (Defendant) is a municipal/corporate body, which is headquartered at The Capitol, PL-01, Tallahassee, Florida 32301. Service is to be made upon its holder –in – due – course Governor Charlie Crist at the aforementioned address.

3. Each party as named in the caption of this claim are Chief underling parties to there respected sub-divisional offices to this action and in the state of Florida's "Court, Administrative Officials" personnel roster that would reveal the name, address, and location to serve each party where applicable (SEE, Appendix ii)

## B. JURISDICTION

The plaintiffs in this cause assert jurisdiction over this matter under 28 U.S.C.A. § 171 growing from Article III, Section II of the United States Constitution. With regards to Federal Rules of Civil Procedure, Rule 9 (b).

In review of the base of jurisdiction for this claim of Article III, Section II of the United States Constitution. All cases affecting ambassadors, other public ministers and counsels and those in which a state shall be party, the Supreme Court shall have original jurisdiction.

However, the business of a state or court is commercial in nature, and only under the color of law can operate to its ends. The procedural errors that have been made, whether criminal, civil, commercial, or other wise dealt with a corporate fiction, and the purposes herein. It is to be defined as only existing in the contemplations of law. Pursuant to 31 U.S.C.A § 3729 ET SEQ; and 31 U.S.C §3730.

## C. NATURE OF ACTION
### IN COMPLIANCE TO FED.R.CIV.P. 8(A)

The Ex. Rel Plaintiff Derrick Devon Griffin on behalf of the United States of America do submit the aforementioned statement in compliance to Federal Rules of Civil Procedure, Rule 8(A)

The Ex. Rel Plaintiff does continually state as the nature of action that:

4

> When it is claimed or appears to the court that the contract or any clause thereof
> may be unconscionable the parties shall be afforded a reasonable opportunity to
> present evidence as to its commercial setting purpose and effect to aid this court
> in making the determination. Fla. Stat., 672. 302 § (2).

Under federal civil judicial procedure and rules, the "State of Florida" cause does leave the "aggrieved party" opportunity for remedy and the rights afforded by the state and federal constitutions.

In this cause, the "State of Florida" elected and/or appointed officials completely disregarded the principles and importance of "good faith." See, Fla. Stat. § 671.203 (every contract or duty within this title imposes an obligation of good faith in its performance or enforcement), for failure to submit a valid [2] contract (I.E. Judicial qualifications oath "F.S. § 105.031", Public employer qualification oath "F.S. §99.021" and public employee oath "F.S. §§876.05 – 876.10" on the record, thereby, divesting itself of jurisdiction over the subject matter and proper party. Furthermore, the parties in this action submitted that the "State of Florida's" elected and appointed officials rely on the federal rules of civil and criminal procedure, which are structured for the use in federal/ maritime/ admiralty and statutory jurisdiction. Whether criminal, civil, or commercial, based on this structure, and following these rules and regulations, in order for the "State of Florida's" elected and appointed officials to bind a party to any action. Also, in order to obtain and sustain jurisdiction, the court must supply a contract of a person authorized to administer said contract (known as "oath of office"), requiring a specific performance. The above elected and appointed officials for the "State of Florida" had failed to comply.

As stated in *Clearfield Trust Co. v. United States*, 318 U.S. 363-371, 63 S.Ct. 573 1943, in pertinent part, "Entity can not compel specific performance upon it's corporate statues or corporate rules unless it, like any other corporation is the holder – in – due - course[3] of some contract[4] or commercial agreement between it and the one whom demands for performance are made, and is willing to produce said document and place it into evidence before trying to enforce its demands called statutes." (Emphasis added). General principles of law. "Unless displaced by the particular provisions of this title, the principles of law and equity, including the law merchant

---

[2] For each contract to be valid in the state of Florida by it's laws, the contract must be "sworn to and duly acknowledged by a person authorized to administer oaths", duly reflecting the signature of the person authorized by state law to execute such. Primarily executed by a notary public.
[3] The United States of America is the holder-in-due-course of the incorporate body of the "State of Florida"
[4] Judicial qualifications oath "F.S. § 105.031"; Public Employee qualification oath "F.S. §99.021" and public employee oath "F.S. §§ 876.05 – 876.10".

and law relative to capacity to contract, principle and agent, estoppel, fraud, misrepresentation, duress, coercion, mistake, bankruptcy, or other validating or invalidity cause shall supplement it's provisions." No act of congress, treaty, statute, or legal doctrine exists that can allow the disregard of a claim of an injustice of a constitutional nature. The Ex. Rel plaintiff on behalf of the United States of America and the asserted claims encompass all allodical rights contained within the state and federal constitutions, national and international treaties, and, ultimately God Almighty. See, Florida and United States Constitutions, "Universal Declaration of Human Rights," "International Covenant of Civil and Political Rights" and the Holy Bible in which this corporate entity called the United States of America was founded. Giving authority to establish the "State of Florida," Incorporated.

## D. CAUSE OF ACTION

### IN COMPLIANCE TO FED.R.CIV.P. 9 (B)

The EX Rel plaintiff on behalf of the United States of America do allege that the dependant(s) have defrauded the United States of America and the following facts form the sufficient need to give rise to a strong inference of fraudulent intent. The EX Rel plaintiff on behalf of the United States of America allege:

> The Defendant is not a lawyer and is a pro se counsel of record as is held to "less stringent standards than formal pleadings drafter by lawyers and can only be dismissed for failure to state a claim if it appears "Beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." *Estelle v. Gamble*, 429 U.S. 97, 106 (1979) (Quoting *Haines v. Kerner*, 404 U.S. 519, 520-521 (1972). The allegations of the compliant are taken as true and are construed in light most favorable to the plaintiff. Davis v. Monroe County Board of Education, 120 F.3d 1390, 1393 (11th Cir. 1997). The EX Rel plaintiff on behalf of the United States of America do also state, "Where a case involves complex or extensive fraudulent schemes, courts have "relaxed" pleadings rule's particularly requirements; additionally where the fraudulent conduct is alleged to have taken place over a number of years, rule's requirements are less stringently applied." *U.S EX Rel. Taylor v. Gabelli*, 345 F.Supp 2d 313 (S.D.N.Y. 2004) at page 315.

The EX Rel plaintiff on behalf of the United States of America do hereby illustrate that the "State of Florida" with intent and knowingly permitted all of it's subsidiaries / municipal corporations [counties] to permit it's public ministers [Judges], counsels [State Attorney's], third persons [Sheriff's and Clerks] and underlings to breach the terms and conditions of having their individual contract (Which is identified as "The Oath of Qualification and Office") executed without having the prerequisite of having it sworn to and duly acknowledged as required by law.

With these omissions made from at minimum of 1999 to 2008 this caused each contract to be void, year after year.

Furthermore, the time in which the omissions were made is when the defendant disregarded it's by laws (constitutions and statutes) and permitted it's subsidiaries / municipal corporations [counties], public ministers [ judges], councils [state attorneys] third persons [sheriff's and clerks] and underlings to proceed in duties from 1999 to 2008 of an elected and appointed office. Failing to submit a valid contract, as required through the bylaws (constitutions and statutes) to the governing agency or as stated/ division of elections.

The EX Rel plaintiff on behalf of the United States of America were misled by the defendant and it's underlings to think that they complied to the prerequisite of qualifying to run for public office and swore or affirmed to the requirements [as cited in footnote 4, herein] of the legislative intent (Florida Statutes) before they (defendants) executed the constitutional requirement of the "State of Florida" Article II, §5 (b) at the swearing in/ installation ceremony. Furthermore, the defendants misled the plaintiffs in believing the counsels and third persons had official jurisdiction over the counties to wit they were appointed or elected to excersize the duties that are associated with said office of appointment or elections. The content of such fraudulent statements is when the defendant authorized each of its underlings to state:

> " I do solemnly swear or affirm that I will support, protect and defend the constitution and government of the United States and of the State of Florida; that I am duly qualified to hold office under the constitution of the state, and that I will well and faithfully perform the duties of office of which I am now about to enter, so help me God."

Obtained from the DS-DE-56 form from the office of the secretary of state/division of elections which is one of the subsidiaries of the "State of Florida", Incorporated. This statement that was approved for release and signed by the defendant's was misleading, when review of this contract shows that the contract was not signed by an authorized person who is authorized to administer oaths and take acknowledgements. As prescribed in the bylaws of the Florida statutes, as listed in footnote 4 herein. This will show that, indeed the defendants DID NOT ".... Support, protect and defend the constitution and government of the United States and State of Florida; That I am duly qualified to hold office...". This statement was made from 1999- 2008. The contract was not validated and the Defendants breached the terms and conditions, thereby.

This extensive fraudulent scheme of the "State of Florida" went even further. They misled the plaintiffs in believing the public ministers [Judges] had official jurisdiction over the counties

to wit they were appointed or elected to excersize the duties that are associated with said office of appointment or elections. The content of such fraudulent statements is when the defendant authorized each of its underlings to state as to part two (2):

> "I. [name] am a candidate for the judicial office of [office]. [district]. [circuit]. [group]. My legal residence is [name of] county. Florida. I am a qualified elector of the state and of the territorial jurisdiction of the court to which I seek election. I am qualified under the constitution and the laws of Florida to hold the office to which I desire to be elected or in which I desire to be elected or in which I desire to be retained."

Obtained from the DS-DE 26 form from the office of the secretary of state/division of elections which is one of the subsidiaries of the "State of Florida". Incorporated. This statement that was approved for release and signed by the defendant's was misleading. when review of this contract shows that the contract was not signed by an authorized person who is authorized to administer oaths and take acknowledgements. As prescribed in the bylaws of the Florida statutes. as listed in footnote 4 herein. This will show that, indeed the defendants DID NOT "..Support, protect and defend the constitution and government of the United States and State of Florida; that I am duly qualified to hold office..." This statement was made from 1999- 2008. The contract was not validated and the Defendants breached the terms and conditions, thereby.

The defendants obtained payment from the United States government, through the office of the chief financial office of the "State of Florida". Receiving a salary for an office that the defendants were not legally qualified to hold. This due to a non-valid contract. The defendant's fraudulently entered into an office, by not qualifying (F.S. § 105.031 and F.S. § 99.021) and by not having a valid public employer oath (F.S. § 876.05- §876.10).

Also. in accordance to U.S.C.A. title 4, § 101 and § 102. Each person[6] knew exactly what it took to have a valid contract [oath]. but disregarded this. Rendering eight (8) years of fraudulent practices and submitting with an intent for compensation forms DS-DE 56 and DS-DE-26 [7]. This should prove a false claim that due to the defendants actions were on going not correcting the forms until May 2007 and not having validation until 2008 by it's underlings.

---

[6] (27) Person – As defined in Florida Statute § 671.201 means an individual. corporation. business. trust. estate. trust. partnership. limited liability company. association. joint venture. government. governmental subdivision agency.

[7] The printed language of this form matches and is the verification to the requirements to be paid government money. See. Fla. Stat. § 876.05 (1); and (2) says. "said [contracts] oath shall be filed... Prior to the approval of any voucher for the payment of salary. expenses or other compensation."

Indeed, the defendants knowingly presented to the office of the secretary of state/ division of elections "The above named forms" so to get compensation and caused the secretary of state/ division of elections to submit a voucher to the chief financial officer of the "State of Florida" who then caused the federal treasury to release expenditures. Authorizing all underlings to use the same forms mentioned above and such said forms were fraudulent and from 1999-2007, but the defendants did not have the fraud stopped until 2008. This was the billing scheme to obtain funds from the government of the United States of America.

Again, the defendants knowingly knew what was going on and this solidifies 31 U.S.C §3729 (A) (1) – (2). Where there was an actual knowing of what they were doing, as they acted in a deliberate ignorance of the truth of their printed bylaws (constitutions and statutes) and acted falsely of the information and duly acted in a reckless disregard [8] of the truth of the bylaws of their own corporate structure. 31 U.S.C § 3729 (b). The Defendants can call it whey they will, but the law does not contemplate fraudulent activity. The defendants legally committed fraud, a mistake and a knowing condition of the mind. (Fed.R.Civ.P. Rule 9(b) 28 U.S.C.A). It is well established that "An agency must comply with its own rule's. *Hearse v. Dept. of Health and Rehabilitation Services*, 474 So.2d (Fla. 1st DCA 1985).

This theoretically viable claim is supported by the acknowledgement of this fraud by Florida's ministers in the *Florida Bar v. Sibley*, 995 So.2d 346 (Fla. 2008) where the Florida Supreme Court admitted on page four (4), clause three (3) where they stated "All of the justices appointed to the court in 1998 or earlier executed written, notarized oaths of office in full compliance with the dictates of section 876.05." Paragraph four (4) further acknowledges the defendant's condition of there mind when there highest judicial ministers in the state said, "Further, as an elected judicial officer, Judge Prescott was required to submit a sworn, notarized oath of candidate form, which fully satisfies section 876.05, Florida Statutes, as a prerequisite to qualifying as a candidate for the position he now holds." And on page five (5), clause two (2) it was further confirmed that there was a mandatory requirement when they stated, "Failure of a judicial officer to have a written, executed, a notarized loyalty oath on file pursuant to section

---

[8] Committing criminal acts in violation of F.S. § 876.10 and/or § 837.012; §839-18 and § 843.0855. Along with committing citizens to legal process when they were not qualified by law

876.05 would deprive such officer of the authority to act[9], a majority of the <u>court fulfilled the statutes</u> requirements long before Sibley's case arose, and all of them had by the time of Sibley's suspension."

It makes it clear as an uncloudy day that this requirement of these Florida Statutes [876.05 and 99.021] are mandatory to be "sworn to and subscribed before me this ___ day of, <u>year</u>, at _____ County, Florida" "signature and title of officer administering oath" and operating in those capacities as a public employee without qualifying is a criminal violation of F.S. 876.10 and/or 837.012; 839.18 and 843.0855 (a) (A-D) (2-3)(5)(A, C) and fraudulently excepting funds from the US Treasury for at minimum for the past eight (8) years. With this fraud or mistake going on from 1999- October 2007 (Where some oaths were not corrected until late 2008). This would reveal, knowing that this claim is plausible of fraud by the defendants when it was recognized when they stated in the *Sibley* case on page (5), clause 1, that, "Finally, although not legally required, the justices who had not done so before executed new, notarized loyalty oaths by October 2007...". This again proves that from 1999 to around October 2007 the defendants submitted false claims for payments of salaries when they (the defendants) did not meet the requirements to qualify and were private citizens acting as public officers (committing criminal violations against the state) and getting paid for there fraud. The *Sibley* case is plead upon and prescribed by the legal theory that makes theoretically this claim plausible.

It is a proven fact from the records of the secretary of state or division of elections from the documents submitted " unsubscribed loyalty [contract] oath" and the active service of the parties involved that the defendants did knowingly ask the United States Treasury, through the Chief Financial Officer of the State of Florida's Government to pay an amount of money that it legally does not owe to a voided contract. These records of submission of their fraudulent nature for reimbursement is the sine qua non-of this Federal False Claims Acts violation. Simply put no person who first was a private citizen who desired to be a public employee or officer in the State of Florida (Ambassadors, Ministers, Counsels, et cetera) from 1999 to at minimum October 2007 and later WERE NOT legally a public employee or officer, according to law. Failing to meet the qualifications to hold the title and collecting payment for the title of the duty that the defendants NEVER legally held. Where the defendant's created semblance of jurisdiction executing the

---

[9] By not having a valid contract (oath) on file, causes a defect in the contract and such was null and void. Causing each citizen who resides in the State of Florida to be a "Judicial Minister" who was not legally authorized. Denying many their rights to a preliminary hearing as pursuant to Federal Rule of Civil Procedure 5.1.

duties of the office when not legally authorized by the overriding principle of the Florida (constitution and statutes) legislative intent. Documentary exhibits to support this contention that false claims were submitted; show that this fraud of "unsubscribed contracts" were submitted to begin process of payments and was paid from the 1999 unsworn oath/contract form, 2004 unsworn contract/oath form and the use of a 2007 and 2008 sworn to form to attempt to cover up the fraud. Showing that the defendants were aware and continued in this practice. This claim is set in accordance with Federal Rule of Civil Procedure 9 (b) as showing a practice of fraud (and there disregard in 1999 and again thru 2004) and mistake and knowledge of what was going on, up until the corrected form in 2007 and 2008 contribute to the verification. The following specific examples contribute to the verification of the knowing behavior, when:

1) The issuance of [contact] form DS-DE 56, which was executed legally from the "State of Florida's" secretary of state/ division of election in 9/85. See Exhibit "A" as an example. Then, [contract] form DS-DE-56 was executed legally and revised in 7/92. See Exhibit "B" as an example. Then again, [contract] form DS-DE 56 was executed legally and revised in 10/96. See Exhibit "C" as an example. Finally, [contract] form DS-DE-56 was executed legally and revised in 10/98. See Exhibit "D" as an example. None of these contracts were void because each contract, commonly known as the oath of office was in compliance with the bylaws (constitution and statutes) of the "State of Florida", Incorporated. Being each revision was signed with the "signature and title of the officer administering [the] oath. This will show that the holder-in-due-course, in the vested authority of the governor of the "State of Florida" and all underlings knew from as far back as September, 1985 of the mandatory requirement to have a lawful [contract] form DS-DE-56 executed legally. That is why the Defendants did it.

2) The issuance of the State of Florida, Secretary of state [contract] form DS-DE-56 (Rev 9/99) [see exhibit "E" as an example] for signature and certification lacked the acknowledgement (Signature and title of officer administering oath"). By issuing this [contract] form that was previously in compliance to the requirements was done so fraudulently and/or mistakenly when the defendants (who can read and write knew the qualification requirements) that this significant portion was required. In there condition of the mind, knowing, the defendants disregarded the law of the state and the federal and state charters. Having this same fraudulent activity revised and knowingly continued in

the issuing of the DS-DE-56 (Rev 02/04) (See exhibit "F" as an example] and correcting the fraud, mistake, or condition of the mind and issuing the revised DS-DE-56 (Rev. 05/07) [See Exhibit "G" as an example]. But prior to having this [contract] form corrected the defendant's submitted vouchers for the state to render payment to defendants in which they never qualified for. Exhibits "E" and "F" prove that every private citizen in the State of Florida did not LEGALLY qualify for elected or appointed office [To even have their name on the ballot] or as an operating public employee. Complying to the requirements, by executing authorized and legally sufficient [contract] form AFTER executing orders, judgments, jail sentences, etcetera. Having the Ex. Rel Plaintiff's and other similarly situated individuals detained in custody without preliminary hearings. When the defendants had no subject matter jurisdiction and where the plaintiffs and EX. Rel plaintiffs have suffered an "Irreparable Injury."

This would prove that the defendants committed fraud to qualify for office, and broke the law. See Federal Rules of Criminal Procedure, Title 18, § 1001 and §1002; Florida Statute §876.10 and/or 837.012; §839.18 and § 843.0855 (1) (A-D), 2-3, (5)(A, C). It is clear that Florida Statute §876.09 titled "Scope of law" must be abided by and the defendants violated the charter for qualifications. The proof is not in the pudding, but in the filing. By filing the public employees; oath (§876.05 FLA. Stat.), According to this statutes, this solidifies that the defendants and underlings desired to have [show intent] the Federal Government render the "...voucher for the payment of salary, expenses or other compensation". This verifies the claim and the act of knowing which is fraud. Warranting recovery of about 8 years of funds paid out by the Chief Financial Officer of the State of Florida. Which was received from the United States Treasury.

Part one, and part two, above essentially state and meet the requirements of rule 9 (b) and harmonizes with Rule 8 (A) and therefore satisfies the requirements of the law. Insomuch that it "provide a reasonable delineation of the underlying acts and transactions allegedly constituting fraud" giving the defendant "fair notice of the nature of Plaintiff's claim and the grounds upon which it is based." *Mobil*, 982 F.Supp. at 878 (Quoting *Friedlander v. Nims*, 755 F.2d 810, 813 (11th Cir. 1985).

1) The issuance of the "State of Florida" secretary of state [contract] form DS-DE-26 prior to 1999 would reveal that each person complied with the regulations. It is when [contract] form DS-DE-26 (Rev. 8/99) [See Exhibit "H" as an example] for signature and

certification lacked the acknowledgement ("Signature and title of officer administering oath"). By issuing this [contract] for that was previously in compliance to the requirements was done so fraudulently and/or mistakenly when the defendant's, who can read and write knew the qualification requirements, that this significant portion was required. In there condition of the mind, knowing, the defendants disregarded the law of the state and the federal and state charters. Having this same fraudulent activity revised and knowingly continued in the issuing of the DS-DE-26 (Rev. 08/03) [See Exhibit "I" as an example] and correcting the fraud, mistake or condition of the mind and issuing the revised DS-DE-26 (Rev 05/07) [See Exhibit "J" as an example] and revising again the [contract] form DS-DE-26 (Rev. 02/08) [See Exhibit "K" as an example]. But prior to having the [contract] form corrected the defendant's submitted vouchers for the State of Florida to render payment to them. Collecting pay amounts for the specific office that the defendants never qualified for. Exhibits "H" and "I" prove that every citizen in the "State of Florida" did not legally qualify for elected or appointed office [To even have their name on the ballot] or as an operating public employee. See, Exhibit 1-4 to show the directives that has never changed. But the "State of Florida" disregarded them, knowingly. Even the DS-DE-24 (Rev 08/03) loyalty oath (Candidates with party affiliation) contract was not valid. See exhibit "L" as an example. And Exhibit "M" as an example. Will show on the DS-DE-24 (Rev. 05/07) [contract] that the defendants went back to correct it after the fact. Proving that they knew.

It is stated in the bylaws of the "State of Florida" commonly known as "Florida Statutes" that; "Goods or conduct including any part of a performance are "conforming" or conform to the contract when they are in accordance with the obligation under contract." F.S. §672.106 §(2) and §(3) resounds of the terms of "termination" occurs when either party pursuant to a power created by agreement or law puts an end to the contract otherwise than for its breach. On termination, all obligations which are still executory on both sides are discharged but any right based on prior breach or performance survives.

Whenever the performance of a contract is breached, a "Termination" has and should occur. When a party pursuant to a power created by agreement or law puts an end to the contract otherwise than for its breach. On termination the parties should understand all obligations which

are still one who performs or carries out acts on both sides are discharged but any right based on prior breach or performance survives.

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

The Ex. Rel. Plaintiffs on behalf of himself and the United States of America has never filed a lawsuit with regards to this matter.

The EX. Rel Plaintiff on behalf of himself and the United States of America has sought informal and formal relief from the appropriate administrative officials regarding the acts complained of in "Part D" herein. The Ex. Rel; Plaintiff on behalf of himself and the United States of America has exhausted available remedies by: Sending notice by United States mail, postage pre-paid.

## F. REQUEST FOR RELIEF

Wherefore, the EX. Rel Plaintiff on behalf of himself and the United States of America Petition this Honorable Court, based upon the information provided, that this Honorable Court to neither declare unconstitutional a state statute, but instead pray for the declaration and an injunction that would: (1) Declare that Florida Statute §876.05 - § 876.10 requirement is still mandatory from 1999- 2008, which are the controversial years to have "...All candidates for public office, are required to take an oath before any person duly authorized to take acknowledgments of instruments...", in writing reflecting the "signature and title of officer administering oath" and filed with the appropriate governmental agency, from at minimum 1985 until statute is changed. In which statute requirement has not been changed during controversy years of 1999 – 2008; (2) Declare that Florida Statute § 99.021 requirement is still mandatory from 1999-2008, which is the controversy years to have, "Each candidate.. SHALL take and subscribe to an oath or affirmation in writing." Reflecting the "sworn to and subscribed before me this __ day of _____, _____, at _____County, Florida. (Signature and title of officer administering oath)" and filed with the appropriate governmental agency from at minimum 1985 until statute is changed. In which statute requirement has not been changed during controversy years of 1999-2008; (3) Declare that Florida Statute §105.031 (4)(b) requirements is still mandatory from 1999-2008, which is the controversy years to have, "All candidates for judicial office shall subscribe to an oath or affirmation in writing..." reflecting the "sworn to and subscribed before me this ___day of _____, _____, at _____county, Florida. (Signature and title of officer administering oath)" and filed with the appropriate

governmental agency from at minimum 1985 until statute is changed. In which statute requirement has not been changed during controversy years of 1999-2008; (4) Declare that as it appears from the face of the statute requirements and the unambiguous language of the legislative intent that any person who has not submitted a valid contract, commonly known as "oath" without the oath being duly acknowledged would have breached the terms and conditions of the printed law and such person would not have jurisdiction over the subject matter (The duty that is assigned to the said office); (5) Declare that the "State of Florida" Incorporated and it's underlings shall reimburse the United States of America's Federal Treasury for monies paid during the years of controversy from at minimum, September 1999 – May 2007. Being that the contract, commonly known as the oath of office (Also as cited in footnote 4, herein), was irregular, invalid, null and void. Once the defendants ceased and decided the terms and conditions. Being it was a breach of contract as defined in Florida Statute §671.201 (Which is listed as footnote 4 herein).

With finality to this claim, the plaintiff on behalf of himself and the United States of America. Petition this court to review the mandatory language of the "State of Florida", Incorporated, bylaws and the "evidence that is substantial if a reasonable mind might accept it as adequate to support a conclusion. *Miles v. State*, 160 Fla. 523, 36 So.2d 182 (1948), citing *Younger v. State*, 215 So.2d 318, 324 (Fla. 4th DCA 1968) and render justice to the people of this country. For the "State of Florida," Incorporated and its underlings are amendable.

## G. JURY DEMAND

The Ex. Rel. plaintiffs on behalf of himself and the United States of America, petitions the clerk of this court to enter the name of Derrick Devon Griffin as lead pro se counsel of record and enter the DEMAND FOR A JURY TRIAL, where applicable.

By:_____
Mr. Derrick Devon Griffin, pro se
Fla. Dept. of Corr. No.: L10895

15

## CERTIFICATE OF SERVICE

I, Derrick Devon Griffin on behalf of himself and the United States of America do hereby certify that the foregoing is a true and correct copy and has been forwarded to the "State of Florida," Incorporated holder-in-due-course:

Gov. Charlie Crist
The Capitol, PL-01
Tallahassee, Florida, 32301 .

Nevertheless, I, Derrick Devon Griffin, the foregoing complaint and mailed on 21 DECEMBER 2010, to the above holder-in-due-course, Gov. Charlie Crist, at the above address again, but now for filing at: U.S. COURT CLERK ; 2110 FIRST STREET; FT. MYERS, FLORIDA ; 33901

By: _____
Mr. Derrick Devon Griffin, pro se
Fla. Dept. of Corr. No.: L10895

## OATH

Under penalties of perjury, I declare that I have read the foregoing motion and that the facts stated in it are true.

By: _____
Mr. Derrick Devon Griffin, pro se
Fla. Dept. of Corr. No.: L10895

## ACKNOWLEDGEMENT

Under penalties of perjury, I declare that I have read the foregoing motion and that the facts stated in it are true. Pursuant to Title 28 U.S.C §1746.

By: _____
Mr. Derrick Devon Griffin, pro se
Fla. Dept. of Corr. No.: L10895

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS, AND TYPE STYLE REQUIREMENTS

1) This brief complies with the type-volume limitation of Rule 32(a)(7)(B), Federal Rules of Appellate Procedure because:

    This brief contains **4880** words, excluding parts of the brief excepted by Rule 32(a)(7)(B)(iii).

2) This brief complies with the typeface requirements of Rule 32(a)(5), Federal Rules of Appellate Procedure and the type style requirements of Rule 32(a)(6), Federal Rules of Appellate Procedure because:

    This brief has been prepared in a proportionally spaced typeface using Microsoft Word standard version 2003 in New Times Roman 12 point font.

By: _____
Mr. Derrick Devon Griffin, pro se
Fla. Dept. of Corr. No.: L10895